IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| E-NUMERATE SOLUTIONS, INC. and E-NUMERATE, LLC, | |
| Plaintiffs, | No. 19-859 C |
| v. | Judge Lydia Kay Griggsby |
| THE UNITED STATES, | |
| Defendant. | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Scott Bolden as attorney of record for the United States. Service of all papers by mail through the United States Postal Service should be addressed as follows:

Scott Bolden
Deputy Director
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530

Service of all papers by other methods, such as Federal Express and messenger, should be addressed as follows:

Scott Bolden
Deputy Director
Commercial Litigation Branch
1100 L Street, NW
Room 8500
Washington, DC 20005

July 10, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

GARY L. HAUSKEN
Director

s/Scott Bolden
SCOTT BOLDEN
Deputy Director
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Email: Scott.Bolden@USDOJ.gov
Telephone: (202) 307-0262
Facsimile: (202) 307-0345

Of Counsel:

RICHARD M. HUMES
Associate General Counsel

GEORGE C. BROWN
Assistant General Counsel

NELSON KUAN
Senior Counsel
Office of the General Counsel
U.S. Securities and Exchange Commission