# In the United States Court of Federal Claims

| | |
|---|---|
| E-NUMERATE SOLUTIONS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 19-859C<br><br>Filed: August 5, 2019 |

**ORDER**

On July 19, 2019, the government filed a motion for a 60-day enlargement of time to file an answer or otherwise respond to the complaint in the above-captioned matter, pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims (docket entry no. 5). Counsel for the government states that the additional time is necessary for the government to analyze the claims and prosecution histories for all seven patents at issue in this case and to review and address the allegations in the complaint. *Id.* at 3. In addition, the government states that the additional time is necessary because the United States Patent and Trademark Office is currently reviewing four of the seven patents at issue, and so waiting for the agency's decision could streamline the litigation in this case. *Id.* at 4.

On August 2, 2019, plaintiffs filed a response to the government motion for an enlargement of time (docket entry no. 6). Counsel for plaintiffs states that they do not oppose the government's motion. *Id.*

In view of the foregoing, and for good cause shown, the Court **GRANTS** the

government's motion for an enlargement of time. The government shall **FILE** an answer or otherwise respond to the complaint on or before **October 11, 2019**.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
Judge