# In the United States Court of Federal Claims

| | | |
|---|---|---|
| E-NUMERATE SOLUTIONS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 19-859C<br><br>Filed: November 4, 2019 |

**SCHEDULING ORDER**

On November 4, 2019, the parties filed a joint motion for an enlargement of time for the briefing of the government's motion to dismiss (ECF No. 9). The parties state that the additional time is necessary for them to properly analyze and respond to the arguments presented for the seven patents-in-suit and the 77 asserted claims. *Id.* at 2.

In view of the foregoing, and for good cause shown, the Court **GRANTS** the parties' joint motion for an enlargement of time, and, with the assistance of the parties, adopts the following briefing schedule:

1. Plaintiffs shall file their response and opposition to the government's motion to dismiss on or before **December 20, 2019**, and
2. The government shall file its reply in support of its motion to dismiss on or before **January 24, 2020**.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
Judge