# In the United States Court of Federal Claims

| | |
|---|---|
| E-NUMERATE SOLUTIONS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 19-859C<br><br>Filed December 9, 2019 |

**ORDER**

Pursuant to Rule 40.1(b) of the Rules of the United States Court of Federal Claims, and to promote the efficient administration of justice, the Clerk of the Court is directed to **TRANSFER** the above-captioned case to the Honorable Ryan T. Holte. Judge Holte has agreed to take the case.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
Judge