# In the United States Court of Federal Claims

Case No.: 19-859 C
Filed: December 9, 2019

E-NUMERATE SOLUTIONS, INC. et al

v.

THE UNITED STATES

NOTICE OF REASSIGNMENT TO:
Judge Ryan T. Holte

Pursuant to Rule 40.1 of the Rules of the United States Court of Federal Claims, this case has been reassigned to the above judge.

Lisa L. Reyes
Clerk of Court