IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| E-NUMERATE SOLUTIONS, INC. and E-NUMERATE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 19-859 C<br><br>Judge Ryan T. Holte |

**UNOPPOSED MOTION TO INCREASE THE PAGE LIMIT ON PLAINTIFFS' OPPOSITION BRIEF TO THE UNITED STATES' MOTION TO DISMISS PURSUANT TO RCFC 12(b)(6) AND 35 U.S.C. § 101**

Plaintiffs e-Numerate Solutions, Inc. and e-Numerate, LLC (collectively "e-Numerate") hereby files this unopposed motion to increase the page limit set forth in CFC Rule 5.4(b)(1) on its brief in opposition to the United States' ("the Government's") motion to dismiss by ten (10) additional pages. In support of this motion, e-Numerate states as follows:

WHEREAS the Complaint asserts infringement of seven (7) United States Patents;

WHEREAS the Government has moved to dismiss the Complaint pursuant to 35 U.S.C. § 101 and CFC Rule 12(b)(6);

WHEREAS CFC Rule 5.4(b)(1) sets a page limit on e-Numerate's brief of forty (40) pages;

WHEREAS several of the independent claims in the patents-in-suit are lengthy and consume significant amounts of the pages in the brief;

WHEREAS the issues are complex and e-Numerate's discussion of same would benefit from an additional ten (10) pages; and

WHEREAS e-Numerate conferred with the Government about this request and the Government does not oppose the relief sought.

WHEREFORE e-Numerate respectfully requests that the Court grant e-Numerate an additional ten (10) pages on its brief in opposition to the Government's motion to dismiss.

Respectfully submitted,

Dated: December 16, 2019

**O'KELLY & ERNST, LLC**

*/s/Sean T. O'Kelly*
Sean T. O'Kelly
824 N. Market Street, Suite 1001A
Wilmington, Delaware 19801
(302) 778-4000
(302) 295-2873 (facsimile)
sokelly@oelegal.com

and

**O'ROURKE LAW OFFICE, LLC**
Gerard M. O'Rourke
1201 N. Orange Street
Suite 7260
Wilmington, DE 19801-1186
(484) 770-8046
gorourke@orourkefirm.com

*Attorneys for Plaintiffs e-Numerate Solutions, Inc. and e-Numerate LLC*