# In the United States Court of Federal Claims

No. 19-859
(Filed: 17 December 2019)

| | |
|---|---|
| E-NUMERATE SOLUTIONS, INC. and E-NUMERATE, LLC, | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant | * |

**ORDER**

On 16 December 2019, plaintiffs filed an unopposed motion seeking leave to file an opposition brief in excess of 40 pages to the government's pending Motion to Dismiss. For good cause shown, plaintiffs' unopposed motion is **GRANTED**. Plaintiffs' opposition brief accordingly shall not exceed 50 pages. Plaintiff shall file its opposition brief to the government's Motion to Dismiss on or before **20 December 2019**, as established in this Court's 4 November 2019 Order.

**IT IS SO ORDERED.**

s/ Ryan T. Holte
RYAN T. HOLTE
Judge