**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| E-NUMERATE SOLUTIONS, INC. and E-NUMERATE, LLC, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 1:19-cv-00859-RTH |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**APPLICATION FOR ORAL ARGUMENT**

Plaintiffs e-Numerate Solutions, Inc. and e-Numerate, LLC ("Plaintiffs"), by and through their undersigned counsel, respectfully request oral argument on Defendant's Motion to Dismiss Pursuant to Rule 12(b)(6) (ECF-8).

Dated: January 15, 2020

Respectfully submitted,

**O'KELLY & ERNST, LLC**
*/s/ Sean T. O'Kelly*
Sean T. O'Kelly
824 N. Market Street, Suite 1001A
Wilmington, DE 19801
(302) 778-4000
(302) 295-2873 (facsimile)
sokelly@oelegal.com

and

**O'ROURKE LAW OFFICE, LLC**
Gerard M. O'Rourke
1201 N. Orange Street, Suite 7260
Wilmington, DE 19801
(484) 770-8046
gorourke@orourkefirm.com

*Counsel for Plaintiffs*