**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| E-NUMERATE SOLUTIONS, INC., and E-NUMERATE, LLC<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 19-859 C<br><br>Judge Ryan T. Holte |

**DEFENDANT'S UNOPPOSED MOTION TO INCREASE THE PAGE LIMIT FOR THE REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS**

Defendant, the United States ("the Government"), in accordance with Rule 5.4(b) of the Rules of the Court of Federal Claims ("RCFC"), respectfully requests leave of the Court to exceed the 20-page limit on the length of its Reply in Support of its Motion to Dismiss, due January 24, 2020. See ECF 10 (setting the briefing schedule). Specifically, the Government seeks an additional four (4) pages, for a total of 24 pages.

The Government found that 20 pages were inadequate to address the issues. Plaintiffs assert infringement of many claims from seven (7) United States patents, see ECF 1, and the Government has moved to dismiss the Complaint pursuant to 35 U.S.C. § 101 and RCFC 12(b)(6), see ECF 8. The Government seeks additional pages to fully address Plaintiffs' Opposition, which was 45 pages in length. See ECF 15; see also ECF 14. Finally, counsel for the parties discussed this request, and Plaintiffs do not oppose this Motion for a 4-page extension. Accordingly, the Government respectfully submits that good cause exists to increase the number of pages for the Government's Reply to 24 pages.

Respectfully submitted,

January 23, 2020

JOSEPH H. HUNT
Assistant Attorney General

GARY L. HAUSKEN
Director

s/Scott Bolden
SCOTT BOLDEN
Deputy Director
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Email: Scott.Bolden@USDOJ.gov
Telephone: (202) 307-0262
Facsimile: (202) 307-0345
*COUNSEL FOR THE UNITED STATES OF AMERICA*

Of Counsel:
SHAHAR HAREL
Department of Justice

RICHARD M. HUMES
Associate General Counsel
GEORGE C. BROWN
Assistant General Counsel
NELSON KUAN
Senior Counsel
Office of the General Counsel
U.S. Securities and Exchange Commission