# In the United States Court of Federal Claims

No. 19-859
(Filed: 23 January 2020)

**************************************
E-NUMERATE SOLUTIONS, INC. and *
E-NUMERATE, LLC, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant *
*
**************************************

**ORDER**

On 23 January 2020, the government filed an unopposed motion, ECF No. 17, seeking leave to file a reply brief in excess of 20 pages to plaintiffs' response to the government's pending motion to dismiss. For good cause shown, the government's unopposed motion is **GRANTED**. The government's reply brief accordingly shall not exceed 24 pages. The government shall still file its reply brief to plaintiffs' response to the government's motion to dismiss on or before **24 January 2020**, as established in this Court's 4 November 2019 Order, ECF No. 10.

**IT IS SO ORDERED.**

s/ Ryan T. Holte
RYAN T. HOLTE
Judge