IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| E-NUMERATE SOLUTIONS, INC. and<br>E-NUMERATE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 19-859 C<br><br>Judge Ryan T. Holte |

**DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR ORAL ARGUMENT**

Defendant, the United States ("the Government"), hereby submits its response to Plaintiffs' Application for Oral Argument. See ECF 16. The Government does **not** oppose Plaintiffs' request that the Court hear oral argument on the Government's Motion to Dismiss. See ECF 8.

The decision of whether to hear oral argument is completely within the Court's discretion. Rule 12 of the Court of Federal Claims ("RCFC") does not require the Court to hold an oral hearing if a party has otherwise had an opportunity to present its views. See RCFC 12; Gallo-Rodriguez v. United States, 513 F. App'x 971, 973-74 (Fed. Cir. 2013). Briefing is complete with respect to the Government's Motion to Dismiss, and all parties to the litigation had a full and fair opportunity to present their respective views. See ECF 8, 15, 19. Nevertheless, the Government is prepared to argue its Motion if the Court determines that oral argument would be beneficial.

Respectfully submitted,

January 24, 2020

JOSEPH H. HUNT
Assistant Attorney General

GARY L. HAUSKEN
Director

s/Scott Bolden
SCOTT BOLDEN
Deputy Director
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Email: Scott.Bolden@USDOJ.gov
Telephone: (202) 307-0262
Facsimile: (202) 307-0345

Of Counsel:

SHAHAR HAREL
Department of Justice

RICHARD M. HUMES
Associate General Counsel

GEORGE C. BROWN
Assistant General Counsel

NELSON KUAN
Senior Counsel
Office of the General Counsel
U.S. Securities and Exchange
Commission