# In the United States Court of Federal Claims

No. 19-859
(Filed: 27 January 2020)

| | |
|---|---|
| E-NUMERATE SOLUTIONS, INC. and E-NUMERATE, LLC, | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant | * |

## **ORDER**

As agreed by counsel for the parties, the Court will hold a telephonic status conference on **31 January 2020 at 2:00 pm (EST)**. The Court will send parties an e-mail with instructions on how to join the call.

**IT IS SO ORDERED.**

s/ Ryan T. Holte
RYAN T. HOLTE
Judge