# In the United States Court of Federal Claims

No. 19-859
(Filed: 3 February 2020)

**************************************
E-NUMERATE SOLUTIONS, INC. and *
E-NUMERATE, LLC, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant *
*
**************************************

## ORDER

On 15 January 2020, plaintiff filed a motion for oral argument on the government's Motion to Dismiss Pursuant to Rule 12(b)(6), ECF No. 8. *See* Application for Oral Argument, ECF No. 16. "The Government does not oppose Plaintiffs' request that the Court hear oral argument on the Government's Motion to Dismiss." Defendant's Response to Plaintiff's Motion for Oral Argument, ECF No. 20 (emphasis omitted).

Accordingly, plaintiff's motion for oral argument is **GRANTED**. As agreed by counsel for the parties during the 31 January 2020 status conference, the Court shall hear oral argument on the government's motion to dismiss at **2:00 pm (EST) on 23 March 2020**. Oral argument will be held at the Howard T. Markey National Courts Building, 717 Madison Pl., NW, Washington, DC.

**IT IS SO ORDERED.**

s/ Ryan T. Holte
RYAN T. HOLTE
Judge