IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| E-NUMERATE SOLUTIONS, INC. and E-NUMERATE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 19-859 C<br><br>Judge Ryan T. Holte |

**JOINT MOTION TO CONTINUE ORAL ARGUMENT ON DEFENDANT'S MOTION TO DISMISS PURSUANT TO RCFC 12(b)(6) AND 35 U.S.C. § 101**

Plaintiffs e-Numerate Solutions, Inc. and e-Numerate, LLC (collectively "e-Numerate") and Defendant United States ("the Government") jointly move this Court to continue the oral argument presently scheduled for March 23, 2020 at 2 pm.

The parties respectfully submit that the ongoing health crisis justifies the requested continuance. Both parties want an in-person hearing on the Government's Motion to Dismiss. In addition, representatives from both parties plan on attending the hearing. Plaintiffs' counsel and the plaintiffs' client representatives have to travel to the hearing which is problematic given the current health crisis. Granting this continuance does not prejudice either party. There is no Scheduling Order in place and formal discovery has not yet commenced.

The parties respectfully request that the Court schedule the oral argument on one of the following dates at a time convenient for the Court: May 5 – 8, and 11 – 13.

For the above reasons, e-Numerate and the Government respectfully request that this motion be granted and that the oral argument be re-scheduled on one of the above dates at a time convenient for the Court.

Respectfully submitted,

Dated: March 17, 2020

**O'KELLY & ERNST, LLC**

*/s/ Sean T. O'Kelly*
Sean T. O'Kelly
824 N. Market Street, Suite 1001A
Wilmington, Delaware 19801
(302) 778-4000
(302) 295-2873 (facsimile)
sokelly@oelegal.com

and

**O'ROURKE LAW OFFICE, LLC**
Gerard M. O'Rourke
1201 N. Orange Street
Suite 7260
Wilmington, DE 19801-1186
(484) 770-8046
gorourke@orourkefirm.com

*Attorneys for Plaintiffs e-Numerate Solutions, Inc. and e-Numerate LLC*

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

GARY L. HAUSKEN
Director

s/Scott Bolden
SCOTT BOLDEN
Deputy Director
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Email: Scott.Bolden@USDOJ.gov
Telephone: (202) 307-0262
Facsimile: (202) 307-0345

*COUNSEL FOR THE UNITED STATES OF AMERICA*

Of Counsel:
SHAHAR HAREL
Department of Justice

RICHARD M. HUMES
Associate General Counsel
GEORGE C. BROWN
Assistant General Counsel
NELSON KUAN
Senior Counsel
Office of the General Counsel
U.S. Securities and Exchange Commission