# In the United States Court of Federal Claims

No. 19-859
(Filed: 18 March 2020)

**************************************
E-NUMERATE SOLUTIONS, INC. and *
E-NUMERATE, LLC, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant *
*
**************************************

**ORDER**

On 17 March 2020, the parties filed a joint motion to continue the oral argument scheduled for 23 March 2020. *See* Joint Mot. to Continue Oral Argument on Def.'s Mot. to Dismiss Pursuant to RCFC 12(b)(6) and 35 U.S.C. § 101, ECF No. 23. The parties prefer an in-person hearing as "representatives from both parties plan on attending," and thus request a continuance in view of "the ongoing health crisis." *Id.* at 1. For good cause shown, the parties' joint motion is **GRANTED**. The oral argument scheduled for 23 March 2020 is **CANCELED.** The Court shall hear oral argument on the government's motion to dismiss at **1:00 pm (EDT) on 5 May 2020**. Oral argument will be held at the Howard T. Markey National Courts Building, 717 Madison Pl., NW, Washington, DC.

**IT IS SO ORDERED.**

s/ Ryan T. Holte
RYAN T. HOLTE
Judge