IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| E-NUMERATE SOLUTIONS, INC. and<br>E-NUMERATE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 19-859 C<br><br>Judge Ryan T. Holte |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Shahar Harel as attorney of record for the United States, *vice* Scott Bolden. Service of all papers by other parties should be addressed as follows:

Shahar Harel
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530

August 13, 2020

Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General

GARY L. HAUSKEN
Director

s/ Shahar Harel
SHAHAR HAREL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Email: Shahar.Harel@USDOJ.gov
Telephone: (202) 305-3075
Facsimile: (202) 307-0345
*COUNSEL FOR THE UNITED STATES OF AMERICA*

Of Counsel:
SCOTT BOLDEN
Department of Justice

RICHARD M. HUMES
Associate General Counsel
GEORGE C. BROWN
Assistant General Counsel
NELSON KUAN
Senior Counsel
Office of the General Counsel
U.S. Securities and Exchange Commission