**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

E-NUMERATE SOLUTIONS, INC. and
E-NUMERATE, LLC,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.

C.A. No. 19-859-RTH

**JOINT MOTION FOR LEAVE TO AMEND THE COMPLAINT AND TO EXTEND DEFENDANT'S DEADLINE FOR ANSWERING**

Plaintiffs e-Numerate Solutions, Inc. and e-Numerate, LLC (collectively "e-Numerate") and Defendant United States ("the Government") jointly move this Court to permit Plaintiffs to assert various independent claims of United States Patent 7,650,355 ("the '355 patent"), 8,185,816 ("the '816 patent"), 9,262,383 ("the '383 patent"), and 9,268,748 ("the '748 patent"). All of these patents are presently asserted in this litigation. Upon the granting of this motion, the parties respectfully request that the Government have three (3) weeks to file its Answer from the date the amended pleading is filed.

The parties are in receipt of the Court's decision of August 7, 2020 denying the Government's motion to dismiss pursuant to CFC Rule 12(b)(6) and 35 U.S.C. § 101. The parties conferred about the decision and this proposed amendment to permit Plaintiffs to assert the claims that were the subject of a now-dismissed *Inter Partes* Review ("IPR"). Specifically, the additional claims that will be asserted are:

1. The '355 patent – claims 1, 27, 28 and 54;
2. The '816 patent – claims 1, 10, 17, 26 and 27;

3. The '383 patent – claims 1, 17 and 18; and
4. The '748 patent – claims 1, 11 and 19.

A proposed redlined Amended Complaint is attached hereto as Exhibit A.

In light of Plaintiffs' proposed modifications, the Government does not oppose this Amendment. Further, the Government agrees that it will respond to the Amended Complaint by filing an Answer. However, in light of the Government's operative deadline to answer the present Complaint by August 21, it will file its Answer on that date if the Court does not rule on the present Motion by the morning of August 21. In return, Plaintiffs are willing to extend the Government's time to Answer the Amended Complaint to three (3) weeks from its filing.

Respectfully submitted,

Dated: August 19, 2020

**O'KELLY & ERNST, LLC**

*<u>/s/ Sean T. O'Kelly</u>*
Sean T. O'Kelly
824 N. Market Street, Suite 1001A
Wilmington, Delaware 19801
Tel.: (302) 778-4000
Fax: (302) 295-2873
sokelly@oelegal.com

and

**O'ROURKE LAW OFFICE, LLC**
Gerard M. O'Rourke
1201 N. Orange Street
Suite 7260
Wilmington, DE 19801-1186
(484) 770-8046
gorourke@orourkefirm.com

*Attorneys for Plaintiffs e-Numerate Solutions, Inc. and e-Numerate LLC*

Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General

GARY L. HAUSKEN
Director

/s/ Shahar Harel
SHAHAR HAREL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Email: Shahar.Harel@USDOJ.gov
Telephone: (202) 305-3075
Facsimile: (202) 307-0345

*COUNSEL FOR THE UNITED STATES OF AMERICA*

Of Counsel:
SCOTT BOLDEN
Department of Justice

RICHARD M. HUMES
Associate General Counsel
GEORGE C. BROWN
Assistant General Counsel
NELSON KUAN
Senior Counsel
Office of the General Counsel
U.S. Securities and Exchange Commission