# In the United States Court of Federal Claims

No. 19-859
(Filed: 19 August 2020)

*************************************
E-NUMERATE SOLUTIONS, INC. and *
E-NUMERATE, LLC, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant *
*
*************************************

**ORDER**

On 19 August 2020, the parties filed a joint motion addressing the schedule in this matter. *See* Joint Mot. for Leave to Am. The Compl. and to Extend Def.'s Deadline for Answering, ECF No. 29. The parties "jointly move this Court to permit Plaintiffs to assert various independent claims" of four of the asserted patents in this case. *Id.* at 1. If the parties' joint motion were to be granted, the parties further "request that the Government have three (3) weeks to file its Answer from the date the amended pleading is filed." *Id.* A copy of plaintiffs proposed amended complaint was attached to the parties' joint motion as Exhibit A. *See id.* at Ex. A. The government does not oppose these amendments to the complaint and agreed to respond by filing an Answer in exchange for an extension of their deadline to respond by three weeks from the filing of the amended complaint. *Id.* at 2.

For good cause shown, the parties' joint motion is **GRANTED**. Plaintiffs shall file the amended complaint **on or before 26 August 2020**. The government shall file an Answer to the amended complaint **on or before 16 September 2020**.

**IT IS SO ORDERED.**

s/ Ryan T. Holte
RYAN T. HOLTE
Judge