**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| E-NUMERATE SOLUTIONS, INC. and E-NUMERATE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | C.A. No. 19-859-RTH |

**JOINT MOTION TO EXTEND DEADLINE FOR SUBMITTING JOINT PRELIMINARY STATUS REPORT**

Plaintiffs e-Numerate Solutions, Inc. and e-Numerate, LLC (collectively "e-Numerate") and Defendant United States ("the Government") jointly move this Court to extend the deadline for submitting the Joint Preliminary Status Report pursuant to Rule 4 of Appendix A of the Rules for the United States Court of Appeals for the Court of Federal Claims ("Rules") to November 25, 2020.

The Court entered a decision on August 7, 2020 denying the Government's motion to dismiss pursuant to CFC Rule 12(b)(6) and 35 U.S.C. § 101. By agreement of the parties, the Plaintiffs filed an Amended Complaint on August 26, 2020. The Government filed its Answer on September 16, 2020. The Joint Preliminary Status Report is presently due on November 4, 2020.

The parties request this extension of the due date until November 25, 2020, to permit further discussion between the parties about an appropriate schedule in this case given the presence of seven (7) asserted United States patents and potential discovery of the Plaintiffs, the Government, and third parties. The parties further respectfully request that the due date for any

disclosures due under the Rules be calculated based on a due date of November 25, 2020 for the Joint Preliminary Status Report and that the dates for Plaintiff's disclosures under PRCFC 4 and 5 and Defendant's disclosures under PRCFC 6 and 7 similarly be deferred by three weeks.

Respectfully submitted,

Dated: November 3, 2020

**O'KELLY & ERNST, LLC**

*/s/ Sean T. O'Kelly*
Sean T. O'Kelly
824 N. Market Street, Suite 1001A
Wilmington, Delaware 19801
Tel.: (302) 778-4000
Fax: (302) 295-2873
sokelly@oelegal.com

and

**O'ROURKE LAW OFFICE, LLC**
Gerard M. O'Rourke
1201 N. Orange Street
Suite 7260
Wilmington, DE 19801-1186
(484) 770-8046
gorourke@orourkefirm.com

*Attorneys for Plaintiffs e-Numerate Solutions, Inc. and e-Numerate LLC*

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

GARY L. HAUSKEN
Director

*/s/ Shahar Harel*
SHAHAR HAREL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Email: Shahar.Harel@USDOJ.gov
Telephone: (202) 305-3075
Facsimile: (202) 307-0345

*COUNSEL FOR THE UNITED STATES OF AMERICA*

Of Counsel:
SCOTT BOLDEN
Department of Justice

RICHARD M. HUMES
Associate General Counsel
GEORGE C. BROWN
Assistant General Counsel
Office of the General Counsel
U.S. Securities and Exchange Commission