# In the United States Court of Federal Claims

No. 19-859
(Filed: 12 November 2020)

| | |
|---|---|
| *************************************** | |
| E-NUMERATE SOLUTIONS, INC. and E-NUMERATE, LLC, | * * * |
| Plaintiffs, | * * |
| v. | * * |
| THE UNITED STATES, | * * |
| Defendant | * * |
| *************************************** | |

**ORDER**

On 3 November 2020, the parties filed a joint motion requesting the Court "extend the deadline for submitting the Joint Preliminary Status Report pursuant to Rule 4 of Appendix A of the Rules for the United States Court of Appeals for the Court of Federal Claims . . . to November 25, 2020." *See* Joint Mot. to Extend Deadline for Submitting Joint Preliminary Status Report, ECF No. 33. The parties request this extension "to permit further discussion between the parties about an appropriate schedule in this case given the presence of seven . . . asserted United States patents and potential discovery of the [p]laintiffs, the [g]overnment, and third parties." *Id.* at 1.

For good cause shown, the parties' joint motion is **GRANTED-IN-PART**. The parties shall file the Joint Preliminary Status Report on or before **19 November 2020**. The primary scheduling agreement within the Joint Preliminary Status Report shall be to set a comprehensive schedule for claim construction briefing and *Markman* hearing, as well as the disclosure deadlines detailed in Rules 4–7 of the Patent Rules of the United States Court of Federal Claims.

Further, as agreed by counsel for the parties, the Court will hold a telephonic status conference to discuss the Joint Preliminary Status Report on **23 November 2020 at 3:00pm (EST)**. The telephonic status conference will constitute a Rule 16 conference under the Rules of the United States Court of Federal Claims. The Court will separately send instructions for joining the call.

**IT IS SO ORDERED.**

s/ Ryan T. Holte
RYAN T. HOLTE

Judge