**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

E-NUMERATE SOLUTIONS, INC. and
E-NUMERATE, LLC,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.

C.A. No. 19-859-RTH

**JOINT MOTION TO EXTEND CERTAIN DEADLINES**

Plaintiffs e-Numerate Solutions, Inc. and e-Numerate, LLC (collectively "e-Numerate") and Defendant United States ("the Government") jointly move this Court to extend the deadlines for submitting the Protective Order in this matter and several dates relating to the initial disclosures set forth in the Court of Federal Claims Patent Rules. Specifically, the parties respectfully request that the Court extend the deadlines as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Parties Submit Joint Protective Order Along With Disputed Provisions | 14 December 2020 | 21 December 2020 |
| Plaintiffs Serve Preliminary Infringement Contentions | 14 December 2020 | 15 December 2020 |
| Plaintiffs Serve Documents Related To Preliminary Infringement Contentions | 14 December 2020 | 18 December 2020 |
| Government Serves Preliminary Invalidity Contentions | 16 February 2021 | 17 February 2021 |
| Government Serves Documents Related to Preliminary Invalidity Contentions | 16 February 2021 | 19 February 2021 |

The parties request the extension of these dates for the following reasons. With regard to the Protective Order deadline, the parties have made significant progress on the negotiation of the Order and have agreed to use this Court's Protective Order in *Wanker v. United States*, Case No. 18-1660C- RTH as the template for the parties' additional discussions. The extension of the deadline for the service of the preliminary infringement contentions is to accommodate a scheduling conflict Plaintiffs' attorneys have in an unrelated matter. The extension of the deadline for the document production accompanying the infringement contentions is to allow for the processing of the documents. The extension of the deadline for the service of preliminary invalidity contentions is to account for the extension granted to Plaintiffs. The extension on the document production deadline accompanying the invalidity contentions is also to account for the extension granted to Plaintiffs. These extensions are not sought for purposes of delay.

Respectfully submitted,

Dated: December 14, 2020

**O'KELLY & ERNST, LLC**

*/s/ Sean T. O'Kelly*
Sean T. O'Kelly
824 N. Market Street, Suite 1001A
Wilmington, Delaware 19801
Tel.: (302) 778-4000
Fax: (302) 295-2873
sokelly@oelegal.com

and

**O'ROURKE LAW OFFICE, LLC**
Gerard M. O'Rourke
1201 N. Orange Street
Suite 7260
Wilmington, DE 19801-1186
(484) 770-8046
gorourke@orourkefirm.com

*Attorneys for Plaintiffs e-Numerate Solutions, Inc. and e-Numerate LLC*

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

GARY L. HAUSKEN
Director

*/s/ Shahar Harel*
SHAHAR HAREL
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Email: Shahar.Harel@udsoj.gov
Telephone: (202) 305-3075
Facsimile: (202) 307-0345

*COUNSEL FOR THE UNITED STATES OF AMERICA*

Of Counsel:
SCOTT BOLDEN
Department of Justice

RICHARD M. HUMES
Associate General Counsel
GEORGE C. BROWN
Assistant General Counsel
Office of the General Counsel
U.S. Securities and Exchange Commission