**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| E-NUMERATE SOLUTIONS, INC. and<br>E-NUMERATE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | C.A. No. 19-859-RTH |

**JOINT MOTION TO EXTEND DEADLINE FOR SUBMITTING JOINT PRELIMINARY STATUS REPORT**

Plaintiffs e-Numerate Solutions, Inc. and e-Numerate, LLC (collectively "e-Numerate") and Defendant United States ("the Government") jointly move this Court for entry of the Protective Order attached hereto as Exhibit A pursuant to the Court's Orders of November 23, 2020, and December 14, 2020. D.I. 36 and D.I. 38. The parties have modeled the attached Protective Order after this Court's Protective Order in *Wanker v. United States*, Case No. 18-1660C- RTH ("Wanker Order"). The parties were able to agree to relevant modifications of the Wanker Order and do not presently need to bring any dispute to the Court for resolution.

Respectfully submitted,

Dated: December 21, 2020

**O'KELLY & ERNST, LLC**

*/s/ Sean T. O'Kelly*
Sean T. O'Kelly
824 N. Market Street, Suite 1001A
Wilmington, Delaware 19801
Tel.: (302) 778-4000
Fax: (302) 295-2873
sokelly@oelegal.com

and

**O'ROURKE LAW OFFICE, LLC**
Gerard M. O'Rourke
1201 N. Orange Street
Suite 7260
Wilmington, DE 19801-1186
(484) 770-8046
gorourke@orourkefirm.com

*Attorneys for Plaintiffs e-Numerate Solutions, Inc. and e-Numerate LLC*

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

GARY L. HAUSKEN
Director

s/Shahar Harel
SHAHAR HAREL
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Email:Shahar.Harel@USDOJ.gov
Telephone: (202) 305-3075
Facsimile: (202) 307-0345

*COUNSEL FOR THE UNITED STATES OF AMERICA*

Of Counsel:
SCOTT BOLDEN
Department of Justice

RICHARD M. HUMES
Associate General Counsel
GEORGE C. BROWN
Assistant General Counsel
Office of the General Counsel
U.S. Securities and Exchange Commission