# In the United States Court of Federal Claims

No. 19-859
(Filed: 23 December 2020)

| | |
|---|---|
| E-NUMERATE SOLUTIONS, INC. and E-NUMERATE, LLC, | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant | * |

## ORDER

On 23 November 2020, the Court held a telephonic status conference in this case. *See* Order, ECF No. 34. As agreed by the parties, following the status conference the Court ordered the parties to file a joint protective order to govern the case. *See* Order, ECF No. 36. On 21 December 2020, the parties filed a joint motion for the Court to enter the proposed protective order attached to the motion as Exhibit A. *See* Joint Motion to Extend Deadline for Submitting Joint Preliminary Status Report, ECF No. 39.[1]

Rule 5.2(e) of the Rules of the Court of Federal Claims allows the Court to issue a protective order for good cause. The parties express to the Court they "believe that a Protective Order that includes provisions relating to the protection of source code and the ability of third parties to produce documents and source code under protective order will be necessary" given "the nature of this case" and technology at issue. Joint Preliminary Status Report, ECF No. 35 at 10. For good cause shown, the Court **GRANTS** plaintiff's motion. The Court will enter the protective order as a separate order.

**IT IS SO ORDERED.**

s/ Ryan T. Holte
RYAN T. HOLTE
Judge

[1] ECF No. 39 is titled a "joint motion to extend deadline for submitting joint preliminary status report," but the language of the motion states the parties "jointly move this Court for entry of the Protective Order attached hereto as Exhibit A pursuant to the Court's Orders of November 23, 2020 and December 14, 2020." *Id*. The Court understands the motion to be a joint motion for entry of the proposed protective order.