# In the United States Court of Federal Claims

No. 19-859
(Filed: 2 March 2021)

| | |
|---|---|
| ************************************** | |
| E-NUMERATE SOLUTIONS, INC. and | * |
| E-NUMERATE, LLC, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant | * |
| | * |
| ************************************** | |

## ORDER

As agreed by counsel for the parties, the Court will hold a status conference on **15 March 2021 at 3:00pm EST** at the Howard T. Markey National Courts Building, 717 Madison Pl., NW, Washington, DC.

**IT IS SO ORDERED.**

s/ Ryan T. Holte
RYAN T. HOLTE
Judge