# In the United States Court of Federal Claims

No. 19-859
(Filed: 16 March 2021)

| | |
|---|---|
| ************************************** | |
| E-NUMERATE SOLUTIONS, INC. and | * |
| E-NUMERATE, LLC, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant | * |
| | * |
| ************************************** | |

**ORDER**

On 15 March 2021, the Court held a status conference to discuss the parties' 16 February 2021 Joint Motion to Extend Certain Deadlines and 11 March 2021 Joint Status Report. *See* ECF No. 42; ECF No. 44. As agreed by counsel for the parties during the status conference, plaintiffs shall serve the government with a proposed second amended complaint on or before **12:00pm EDT on 2 April 2021**. As further agreed by counsel, on or before **12:00pm EDT on 16 April 2021**, the parties **SHALL FILE** a joint status report regarding any opposition the government has (if any) to plaintiffs' second amended complaint and the parties' proposed schedule for further claim construction briefing or other proceedings. All deadlines in this case are **STAYED** pending further proceedings.

**IT IS SO ORDERED.**

s/ Ryan T. Holte
RYAN T. HOLTE
Judge