**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| E-NUMERATE SOLUTIONS, INC. and E-NUMERATE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | C.A. No. 19-859-RTH |

**JOINT STATUS REPORT**

Plaintiffs e-Numerate Solutions, Inc., and e-Numerate, LLC (collectively "e-Numerate") and Defendant the United States of America (the "Government") respectfully submit this Joint Status Report.

The parties agree that Plaintiffs will file an unopposed motion for leave to amend by Friday, April 23, 2021. The parties' further positions are set forth below.

Defendant's Further Position

Pursuant to the Court's Order (Dkt. No. 45) and the status conference held on March 15, 2021, Defendant states that it does not object to the Court granting Plaintiffs leave to file the proposed second amended complaint and attachments thereto provided by Plaintiffs to Defendant on April 2, 2021.[1] However, Defendant's non-opposition to a second amendment of

[1] Defendant notes that Plaintiffs provided the proposed amended complaint without warning after the close of business on April 2, while the Court's order required service of the proposed amended complaint by noon. Prospectively, Defendant expects Plaintiffs to comply with the Court's deadlines or consult Defendant regarding extensions prior to deadlines.

the complaint cannot be construed as agreement to the merits of any of the proposed amendments.

In particular, Plaintiffs' amendments implicate "authorization or consent" under 28 U.S.C. § 1498(a) – a jurisdictional issue. Defendant disputes allegations by Plaintiffs that the Government's Statement of Interest in *e-Numerate Solutions, Inc. et al. v. Mattress Firm Holding Corp. et al.*, D. Del. No. 17-cv-933 ("Delaware Case") is as broad as Plaintiffs contend. *See* Dkt. No. 1-2. Contrary to the express language of the Statement of Interest, Plaintiffs assert that "[b]y virtue of the Statement of Interest the United States has assumed all liability for patent infringement by ***all companies*** that use XBRL to file documents with the SEC, ***FDIC/FFIEC, and FERC/DOE*** pursuant to federal regulation." (emphasis added).

While the Court's Rules require that Plaintiffs have sufficient legal and factual support for their assertions, the Government is separately investigating Plaintiffs' assertion of authorization and consent. As this is a jurisdictional issue and is Plaintiffs' burden to establish, the Government retains the right to move for dismissal based on lack of subject matter jurisdiction at any time.

<u>Plaintiffs' Further Position</u>

Plaintiffs contend that the Statement of Interest is a writing that speaks for itself and that issues regarding the scope and effect of the Statement of Interest, if any, can be resolved during the normal course of this litigation.[2]

[2] Plaintiffs note the Government's statement regarding service of the proposed amended complaint. The Court Ordered service on Friday, April 2 at the Status Conference in this matter. That date was Good Friday and plaintiffs' counsel worked through staffing issues and computer connectivity issues to effectuate service on the Government that day without seeking a further extension. Any delay was inadvertent and no prejudice to the Government exists.

Both Parties' Position

The parties have met and conferred about various issues that may arise in light of Plaintiffs' proposed assertion of an additional U.S. Patent in this litigation as well as the naming of additional government agencies as accused infringers. The parties are attempting to narrow the disputes between them on scheduling. The parties respectfully request an extra week to present a joint proposal (or, if necessary, competing proposals) to the Court for milestones past the filing of the proposed second amended complaint. The parties respectfully submit that good cause exists for this extension and that this request is not being proposed for any improper purpose.

Respectfully submitted,

Dated: April 16, 2021

**O'KELLY & ERNST, LLC**

*/s/ Sean T. O'Kelly (with permission)*
Sean T. O'Kelly
824 N. Market Street, Suite 1001A
Wilmington, Delaware 19801
Tel.: (302) 778-4000
Fax: (302) 295-2873
sokelly@oelegal.com

and

**O'ROURKE LAW OFFICE, LLC**
Gerard M. O'Rourke
1201 N. Orange Street
Suite 7260
Wilmington, DE 19801-1186
(484) 770-8046
gorourke@orourkefirm.com

*Attorneys for Plaintiffs e-Numerate Solutions, Inc. and e-Numerate LLC*

Dated: April 16, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

GARY L. HAUSKEN
Director

s/ *Shahar Harel*
SHAHAR HAREL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Email: Shahar.Harel@USDOJ.gov
Telephone: (202) 305-3075
Facsimile: (202) 307-0345

*COUNSEL FOR THE UNITED STATES OF AMERICA*

Of Counsel:
SCOTT BOLDEN
NELSON KUAN
Department of Justice

ELIZABETH MCFADDEN
Deputy General Counsel
GEORGE C. BROWN
Assistant General Counsel
Office of the General Counsel
U.S. Securities and Exchange Commission