# In the United States Court of Federal Claims

No. 19-859
(Filed: 20 April 2021)

| | |
|---|---|
| E-NUMERATE SOLUTIONS, INC. and E-NUMERATE, LLC, | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant | * |

## ORDER

On 16 March 2021, the Court ordered the parties to file a joint status report on or before 16 April 2021 detailing "the parties' proposed schedule for further claim construction briefing or other proceedings." Order, ECF No. 45. The parties filed a joint status report on 16 April 2021 "request[ing] an extra week to present a joint proposal (or, if necessary, competing proposals) to the Court for milestones past the filing of the proposed second amendment." Joint Status Report, ECF No. 48 at 3. The parties explain the extra time will allow them to "attempt[] to narrow the disputes between them on scheduling." *Id.* On or before **23 April 2021**, the parties **SHALL FILE** a joint status report presenting the parties' joint proposed schedule, or the parties' respective proposed schedules, for claim construction briefing or other proceedings.

**IT IS SO ORDERED.**

s/ Ryan T. Holte
RYAN T. HOLTE
Judge