# In the United States Court of Federal Claims

No. 19-859
(Filed: 26 April 2021)

| | |
|---|---|
| E-NUMERATE SOLUTIONS, INC. and E-NUMERATE, LLC, | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant | * |

## ORDER

On 23 April 2021, plaintiffs filed an unopposed motion to file a second amended complaint. *See* Unopposed Mot. to File Second Am. Compl. Pursuant to Court of Federal Claims Rule 15(a)(2), ECF No. 50. The motion states plaintiffs "conferred with the [g]overnment about this request and the [g]overnment does not oppose the relief sought." *Id.* at 2. Pursuant to Rule 15(a)(2) of the Rules of the Court of Federal Claims, plaintiffs' unopposed motion to file a second amended complaint is **GRANTED**. Plaintiffs **SHALL FILE** its second amended complaint as a separate filing on or before **27 April 2021**.

**IT IS SO ORDERED.**

s/ Ryan T. Holte
RYAN T. HOLTE
Judge