**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| E-NUMERATE SOLUTIONS, INC. and E-NUMERATE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | C.A. No. 19-859-RTH |

**PLAINTIFFS' UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER**

Plaintiffs e-Numerate Solutions, Inc., and e-Numerate, LLC (collectively "e-Numerate" or "Plaintiffs") hereby moves this Court to amend the current Scheduling Order (D.I. 54) in this matter to provide Plaintiffs additional time to review and consider Defendant the United States of America's (the "Government") invalidity contentions in this matter. The parties met and conferred and the Government does not oppose this motion. In support thereof, Plaintiffs aver as follows.

WHEREAS this litigation involves eight United States Patents and multiple claims within each patent;

WHEREAS Plaintiffs served their preliminary infringement contentions in this matter on December 15, 2020, when this litigation involved seven patents;

WHEREAS Plaintiffs served supplemental preliminary infringement contentions on February 26, 2021;

WHEREAS Plaintiffs amended the Complaint on April 27, 2021, to assert United States Patent 10,423,708;

WHEREAS Plaintiffs served its Second Supplemental Preliminary Infringement Contentions on June 8, 2021 alleging infringement of over ninety (90) claims across eight patents;

WHEREAS the Government served its preliminary invalidity contentions ("invalidity contentions" on July 6, 2021;

WHEREAS the Government's invalidity contentions set forth 62 separate invalidity contentions based on alleged prior art either alone or in combination;

WHEREAS the Government additionally advanced three invalidity contentions based on obviousness-type double patenting that also includes alleged prior art;

WHEREAS the Government also advanced multiple invalidity theories under 35 U.S.C. § 112;

WHEREAS the Government has agreed to supplement aspects of its invalidity contentions and to supplement its cover pleading to avoid motion practice;

WHEREAS Plaintiffs agree not to engage in motion practice regarding Defendant's invalidity contentions including with respect to their adequacy or conformance with this Court's rules (however, this agreement does not preclude Plaintiffs moving for summary judgment and/or *Daubert* and/or motions in *limine* regarding the substance of the contentions and does not signify agreement by Plaintiffs that the asserted claims are invalid); and

WHEREAS Plaintiffs require additional time to consider the multiplicity of invalidity theories advanced by the Government as well as the Government's supplemental invalidity contentions before engaging in claim construction in this matter;

WHEREFORE, Plaintiffs respectfully move this Court to amend the Scheduling Order as follows, which the Government does not oppose:

| EVENT | PRIOR DEADLINE | NEW DEADLINE |
|---|---|---|
| Defendant supplements its invalidity contentions | - | July 26, 2021 |
| Parties exchange claim terms for construction | 20 July 2021 | 3 September 2021 |
| Parties exchange proposed claim construction | 3 August 2021 | 17 September 2021 |
| Parties disclose extrinsic evidence they may rely upon for claim construction | 10 August 2021 | 24 September 2021 |
| Deadline to meet and confer to narrow terms in dispute and exchange revised claim constructions | 17 August 2021 | 1 October 2021 |
| Plaintiffs file their opening claim construction brief | 24 August 2021 | 8 October 2021 |
| The Government files its responsive claim construction brief | 14 September 2021 | 29 October 2021 |
| Plaintiffs file their reply claim construction brief | 28 September 2021 | 12 November 2021 |
| The Government files it sur-reply claim construction brief | 12 October 2021 | 3 December 2021 |
| The parties submit the joint claim construction statement and propose dates for the Markman hearing in the first half of January | 19 October 2021 | 10 December 2021 |
| If desired, parties may submit joint technical tutorial to the Court | 26 October 2021 | 17 December 2021 |
| Markman Hearing | To be scheduled | To be scheduled |
| Deadline for the government to produce technical documents for additional agencies named in the second amended complaint. | 30 November 2021 | 31 January 2022 |

Dated: July 19, 2021

Respectfully submitted,

*/s/ Sean T. O'Kelly*
Sean T. O'Kelly
Gerard M. O'Rourke
O'KELLY & O'ROURKE, LLC
824 N. Market Street, Suite 1001A
Wilmington, DE 19801
302-778-4000
sokelly@okorlaw.com
gorourke@okorlaw.com

*Attorneys for Plaintiffs*