# In the United States Court of Federal Claims

No. 19-859
(Filed: 25 August 2021)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| E-NUMERATE SOLUTIONS, INC. and E-NUMERATE, LLC, | \* <br> \* <br> \* |
| Plaintiffs, | \* <br> \* |
| v. | \* <br> \* |
| THE UNITED STATES, | \* <br> \* |
| Defendant | \* <br> \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

On 20 July 2021, the Court entered a modified claim construction schedule. *See* Order, ECF No. 57. On 25 August 2021, plaintiffs filed an unopposed motion to modify the claim construction briefing schedule. *See* Pls.' Unopposed Mot. to Amend the Scheduling Order, ECF No. 58.

In support of their motion to modify the claim construction schedule, plaintiffs state a member of their trial team suffered a medical condition and will require time to undergo surgery and recover from the surgery. *Id.* at 2. For good cause shown, plaintiffs' unopposed motion to modify the claim construction schedule is **GRANTED**. The Court **ADOPTS** the following modified claim construction briefing schedule.

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Parties exchange claim terms for construction | 3 September 2021 | 8 October 2021 |
| Parties exchange proposed claim constructions | 17 September 2021 | 22 October 2021 |
| Parties disclose extrinsic evidence they may rely upon for claim construction | 24 September 2021 | 5 November 2021 |
| Deadline to meet and confer to narrow terms in dispute and exchange revised claim constructions | 1 October 2021 | 19 November 2021 |
| Plaintiffs file their opening claim construction brief | 8 October 2021 | 3 December 2021 |

| The government files its responsive claim construction brief | 29 October 2021 | 7 January 2022 |
| --- | --- | --- |
| Plaintiffs file their reply claim construction brief | 12 November 2021 | 21 January 2022 |
| The government files its sur-reply claim construction brief | 3 December 2021 | 11 February 2022 |
| The parties submit the joint claim construction statement and propose dates for the Markman hearing in March | 10 December 2021 | 18 February 2022 |
| If desired, the parties may submit a joint technical tutorial to the Court | 17 December 2021 | 25 February 2022 |
| *Markman* hearing | To be scheduled | To be scheduled |
| Deadline for the government to produce technical documents for additional agencies named in the second amended complaint | 31 January 2022 | 7 March 2022 |

**IT IS SO ORDERED.**

s/ Ryan T. Holte
RYAN T. HOLTE
Judge