**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| E-NUMERATE SOLUTIONS, INC. and E-NUMERATE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | C.A. No. 19-859-RTH |

**PLAINTIFFS' UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER**

Plaintiffs e-Numerate Solutions, Inc., and e-Numerate, LLC (collectively "e-Numerate" or "Plaintiffs") hereby moves this Court to amend the current Scheduling Order (D.I. 64) in this matter in light of conflicts with Plaintiffs' counsel's trial schedule and the availability of Plaintiffs' client representatives to review Plaintiffs' opening claim construction brief. The parties met and conferred, and the Government does not oppose this motion. In support thereof, Plaintiffs aver as follows.

WHEREAS Plaintiffs presently have a submission date of 14 January 2022 for their opening claim construction brief;

WHEREAS Plaintiffs' counsel have a discovery cut-off in another matter that coincides with that date;

WHEREAS Plaintiffs' client representatives are unavailable to review Plaintiffs' opening claim construction brief during the week of January 17, 2022;

WHEREAS Plaintiffs seek an extension to file their opening brief on 24 January 2022 in light of the above-listed conflicts;

WHEREAS the Government does not oppose this motion;

WHEREFORE, Plaintiffs respectfully move this Court to amend the Scheduling Order as follows:

| EVENT | PRIOR DEADLINE | NEW DEADLINE |
|---|---|---|
| Plaintiffs file their opening claim construction brief | 14 January 2022 | 24 January 2022 |
| The government files its responsive claim construction brief | 18 February 2022 | 28 February 2022 |
| Plaintiffs file their reply claim construction brief | 4 March 2022 | 14 March 2022 |
| The government files its sur-reply claim construction brief | 18 March 2022 | 28 March 2022 |
| The parties submit the joint claim construction statement and propose dates for the Markman hearing | 25 March 2022 | 4 April 2022 |
| If desired, parties may submit joint technical tutorial to the Court | 1 April 2022 | 11 April 2022 |
| Markman Hearing | To be scheduled | To be scheduled |
| Deadline for the government to produce technical documents for additional agencies named in the second amended complaint | 15 April 2022 | 25 April 2022 |

Dated: January 12, 2022

Respectfully submitted,

*/s/ Sean T. O'Kelly*
Sean T. O'Kelly
Gerard M. O'Rourke
O'KELLY & O'ROURKE, LLC
824 N. Market Street, Suite 1001A
Wilmington, DE 19801
302-778-4000
sokelly@okorlaw.com
gorourke@okorlaw.com

*Attorneys for Plaintiffs*