# In the United States Court of Federal Claims

No. 19-859
(Filed: 12 January 2022)

************************************
E-NUMERATE SOLUTIONS, INC., and *
E-NUMERATE, LLC, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant *
*
************************************

**ORDER**

On 9 November 2021, the Court entered a modified claim construction schedule. *See* Order, ECF No. 64. On 12 January 2022, plaintiffs filed an unopposed motion to modify the claim construction briefing schedule. *See* Pls.' Unopposed Mot. to Amend the Scheduling Order, ECF No. 65.

According to plaintiffs, the current schedule conflicts with plaintiffs' counsel's trial schedule in a separate proceeding and plaintiffs' representatives need additional time to review the opening claim construction brief prepared by plaintiffs' counsel. *Id.* at 1. Plaintiffs state the government does not oppose their motion. *Id.* For good cause shown, the Court **GRANTS** plaintiffs' unopposed motion to modify the claim construction schedule, ECF No. 65. The Court **ADOPTS** the following modified claim construction briefing schedule:

| **Event** | **Prior Deadline** | **New Deadline** |
|---|---|---|
| Plaintiffs file their opening claim construction brief | 14 January 2022 | 24 January 2022 |
| The government files its responsive claim construction brief | 18 February 2022 | 28 February 2022 |
| Plaintiffs file their reply claim construction brief | 4 March 2022 | 14 March 2022 |
| The government files its sur-reply claim construction brief | 18 March 2022 | 28 March 2022 |

| | | |
|---|---|---|
| The parties submit the joint claim construction statement and propose dates for the *Markman* hearing | 25 March 2022 | 4 April 2022 |
| If desired, the parties may submit a joint technical tutorial to the Court | 1 April 2022 | 11 April 2022 |
| *Markman* hearing | To be scheduled | To be scheduled |
| Deadline for the government to produce technical documents for additional agencies named in the second amended complaint | 15 April 2022 | 25 April 2022 |

**IT IS SO ORDERED.**

s/ Ryan T. Holte
RYAN T. HOLTE
Judge