# In the United States Court of Federal Claims

No. 19-859

(Filed: 18 January 2022)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| E-NUMERATE SOLUTIONS, INC., and E-NUMERATE, LLC, | \* \* \* |
| Plaintiffs, | \* \* |
| v. | \* \* |
| THE UNITED STATES, | \* \* |
| Defendant | \* \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

On 9 November 2021, the Court entered a modified claim construction schedule. *See* Order, ECF No. 64. On 12 January 2022, plaintiffs filed an unopposed motion to modify the claim construction briefing schedule, which the Court granted the same day. *See* Pls.' Unopposed Mot. to Amend the Scheduling Order, ECF No. 65; Order, ECF No. 66. On 14 January 2022, plaintiffs filed an emergency motion for a hearing to address claim construction, ECF No. 67. According to plaintiffs, the parties are unable to resolve the following issues: "(1) the number of terms allowed to be addressed in claim construction; (2) how those terms are to be allocated between the parties; and (3) the permissible length and format of the parties' respective opening briefs." Pls.' Emergency Mot. Req.'g Hr'g to Address Claim Construction at 1, ECF No. 67.

In light of plaintiff's motion, the Court **STAYS** all filing deadlines contained within in its 12 January 2022 amended scheduling order, ECF No. 66. The government **SHALL FILE** a response to plaintiff's emergency motion, ECF No. 67, on or before **21 January 2022 at 5:00 p.m. (EST)**. As agreed by counsel for the parties, the Court will hold a telephonic status conference on **25 January 2022 at 2:30 p.m. (EST)**. The Court will separately send instructions for joining the call. The Court will address any issues the parties have regarding expert declarations at the status conference.

**IT IS SO ORDERED.**

s/ Ryan T. Holte
RYAN T. HOLTE
Judge