# In the United States Court of Federal Claims

No. 19-859
(Filed: 27 January 2022)

| | |
|---|---|
| ************************************ | |
| E-NUMERATE SOLUTIONS, INC., and E-NUMERATE, LLC, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant | * |
| | * |
| ************************************ | |

## ORDER

On 25 January 2022, the Court held a status conference and ordered the parties to jointly submit a proposed schedule for claim construction briefing by 27 January 2022. *See* Order, ECF No. 68. The next day the government moved to defer submitting the parties' joint proposed schedule until 8 February 2022. Def.'s Unopposed Mot. to Defer Proposed Scheduling, ECF No. 70. According to the government, "[t]he parties believe that further discussions and confirmation of the draft joint appendix will result in a more focused claim construction process." *Id.* at 1. The government also notes it has a scheduling conflict with proceedings in another case. *Id.* The government states plaintiff does not oppose its motion. *Id.*

For good cause shown, the Court **GRANTS** the government's motion, ECF No. 70. The parties **SHALL FILE** their joint proposed schedule for claim construction on or before **8 February 2022**.

**IT IS SO ORDERED.**

s/ Ryan T. Holte
RYAN T. HOLTE
Judge