**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

E-NUMERATE SOLUTIONS, INC. and
E-NUMERATE, LLC,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.

C.A. No. 19-859-RTH

**JOINT MOTION TO AMEND THE SCHEDULING ORDER**

Pursuant to the status conference held on 25 January 2022, Plaintiffs e-Numerate Solutions, Inc., and e-Numerate, LLC (collectively "e-Numerate" or "Plaintiffs") and Defendant United States move this Court to amend the current Scheduling Order (D.I. 66) as follows.

| EVENT | PRIOR DEADLINE | NEW DEADLINE |
|---|---|---|
| Defendant serves any supplemental expert declaration it may rely upon for indefiniteness terms or terms to be construed under § 112 ¶ 6[1] | - | 11 February 2022 |
| Deadline to meet and confer to narrow terms in dispute | - | 18 February 2022 |
| Plaintiffs file their opening claim construction briefs and | 24 January 2022 | 11 March 2022 |

[1] Plaintiffs agree that they will not move to strike this declaration as late.

| | | |
|---|---|---|
| any expert declaration they may rely upon[2] | | |
| The government files its responsive claim construction briefs | 28 February 2022 | 25 April 2022 |
| Plaintiffs file their reply claim construction briefs | 14 March 2022 | 9 May 2022 |
| The government files its sur-reply claim construction briefs | 28 March 2022 | 23 May 2022 |
| Plaintiffs file their sur reply claim construction brief regarding indefiniteness terms | - | 6 June 2022 |
| The parties submit the joint claim construction statement and propose dates for the Markman hearing | 4 April 2022 | 13 June 2022 |
| If desired, parties may submit joint technical tutorial to the Court | 11 April 2022 | 20 June 2022 |
| Markman Hearing | To be scheduled | To be scheduled |
| Deadline for the government to produce technical documents for additional agencies named in the second amended complaint | 25 April 2022 | 5 July 2022 |

Dated: February 8, 2022

Respectfully submitted,

/s/ Sean T. O'Kelly (with permission)
Sean T. O'Kelly
Gerard M. O'Rourke
O'KELLY & O'ROURKE, LLC
824 N. Market Street, Suite 1001A
Wilmington, DE 19801
302-778-4000

[2]As discussed at the status conference held on 25 January 2022, the parties will file parallel briefs on the same date including a main brief and a second brief directed to indefiniteness terms and/or terms to be construed under § 112 ¶ 6.

sokelly@okorlaw.com
gorourke@okorlaw.com

*Attorneys for Plaintiffs*

BRIAN M. BOYNTON
Acting Assistant Attorney General

GARY L. HAUSKEN
Director

s/ Shahar Harel
SHAHAR HAREL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Email: Shahar.Harel@USDOJ.gov
Telephone: (202) 305-3075
Facsimile: (202) 307-0345

*COUNSEL FOR THE UNITED STATES OF AMERICA*

Of Counsel:
SCOTT BOLDEN
NELSON KUAN
Department of Justice

**CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing was sent by e-mail this 8th day of February 2022 to:

Sean T. O'Kelly
Gerard M. O'Rourke
O'KELLY & O'ROURKE, LLC
824 N. Market Street, Suite 1001A
Wilmington, DE 19801
302-778-4000
sokelly@okorlaw.com
gorourke@okorlaw.com

*s/ Shahar Harel*
SHAHAR HAREL
Trial Attorney
Intellectual Property Section
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Washington, DC 20530
Shahar.Harel@usdoj.gov
Tel: (202) 305-3075
Fax: (202) 307-0345

Attorney for the Defendant,
the United States of America.

Of Counsel:
SCOTT BOLDEN
NELSON KUAN
U.S. Department of Justice

Date: February 8, 2022