# In the United States Court of Federal Claims

No. 19-859
(Filed: 10 February 2022)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| E-NUMERATE SOLUTIONS, INC., and E-NUMERATE, LLC, | \* \* \* |
| Plaintiffs, | \* \* |
| v. | \* \* |
| THE UNITED STATES, | \* \* |
| Defendant | \* \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

On 25 January 2022, the Court held a status conference and ordered the parties to jointly submit a proposed schedule for claim construction briefing. *See* Order, ECF No. 68. The parties conferred and then filed a joint motion to amend the scheduling order on 8 February 2022. *See* Joint Mot. to Amend the Scheduling Order, ECF No. 74. Accordingly, the Court **GRANTS** the parties' motion to amend the current scheduling order and **ADOPTS** the following modified claim construction briefing schedule:

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Defendant serves any supplemental expert declaration it may rely upon for indefiniteness terms or terms to be construed under § 112 ¶ 6 | — | 11 February 2022 |
| Deadline to meet and confer to narrow terms in dispute | — | 18 February 2022 |
| Plaintiffs file their opening claim construction briefs and any expert declaration they may rely upon | 24 January 2022 | 11 March 2022 |
| The government files its responsive claim construction briefs | 28 February 2022 | 25 April 2022 |
| Plaintiffs file their reply claim construction briefs | 14 March 2022 | 9 May 2022 |

| | | |
|---|---|---|
| The government files its surreply claim construction briefs | 28 March 2022 | 23 May 2022 |
| Plaintiffs file their surreply claim construction brief regarding indefiniteness terms | — | 6 June 2022 |
| The parties submit the joint claim construction statement and propose dates for the *Markman* hearing | 4 April 2022 | 13 June 2022 |
| If desired, parties may submit joint technical tutorial to the Court | 11 April 2022 | 20 June 2022 |
| *Markman* hearing | To be scheduled | To be scheduled |
| Deadline for the government to produce technical documents for additional agencies named in the second amended complaint | 25 April 2022 | 5 July 2022 |

**IT IS SO ORDERED.**

s/ Ryan T. Holte<br>
RYAN T. HOLTE<br>
Judge