**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| E-NUMERATE SOLUTIONS, INC. and E-NUMERATE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | C.A. No. 19-859-RTH |

**PLAINTIFFS' UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER**

Plaintiffs e-Numerate Solutions, Inc., and e-Numerate, LLC (collectively "e-Numerate" or "Plaintiffs") hereby moves this Court to amend the current Scheduling Order (D.I. 75) in this matter in light of a medical condition incurred by a child of a member of Plaintiffs' trial team that required emergency medical attention. The parties met and conferred, and the Government does not oppose this motion. In support thereof, Plaintiffs aver as follows.

WHEREAS a child of a member of Plaintiffs' trial team suffered a medical condition on March 9, 2022 that required a trip to the emergency room;

WHEREAS the member of Plaintiffs' trial team was delayed in finalizing the claim construction briefs presently due on March 11, 2022;

WHEREAS Plaintiffs will suffer prejudice based on the Plaintiffs' trial counsel's inability to work on the briefs;

WHEREFORE, Plaintiffs respectfully move this Court to amend the Scheduling Order as follows, which the Government does not oppose:

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Plaintiffs file their opening claim construction briefs and any expert declaration they may rely upon | 11 March 2022 | 14 March 2022 |
| The government files its responsive claim construction briefs | 25 April 2022 | 29 April 2022 |
| Plaintiffs file their reply claim construction briefs | 9 May 2022 | 13 May 2022 |
| The government files its surreply claim construction briefs | 23 May 2022 | 27 May 2022 |
| Plaintiffs file their surreply claim construction brief regarding indefiniteness terms | 6 June 2022 | 10 June 2022 |
| The parties submit the joint claim construction statement and propose dates for the Markman hearing | 13 June 2022 | 17 June 2022 |
| If desired, parties may submit joint technical tutorial to the Court | 20 June 2022 | 24 June 2022 |
| Markman hearing | To be scheduled | To be scheduled |
| Deadline for the government to produce technical documents for additional agencies named in the second amended complaint | 5 July 2022 | 8 July 2022 |

Dated: March 10, 2022

Respectfully submitted,

*/s/ Sean T. O'Kelly*

Sean T. O'Kelly
Gerard M. O'Rourke
O'KELLY & O'ROURKE, LLC
824 N. Market Street, Suite 1001A
Wilmington, DE 19801
302-778-4000
sokelly@okorlaw.com
gorourke@okorlaw.com

*Attorneys for Plaintiffs*