# In the United States Court of Federal Claims

No. 19-859
(Filed: 10 March 2022)

*************************************
E-NUMERATE SOLUTIONS, INC., and *
E-NUMERATE, LLC, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant *
*
*************************************

**ORDER**

On 10 March 2022, plaintiffs filed an unopposed motion to amend the Court's previous scheduling order, ECF No. 75. *See* Pl.'s Unopposed Mot. to Amend the Scheduling Order, ECF No. 76. Plaintiffs explain a medical emergency delayed plaintiffs' preparation of their claim construction briefs presently due on 11 March 2022. *Id.* at 1. Plaintiff states the government does not oppose its motion. *Id.*

For good cause shown, the Court **GRANTS** plaintiffs' motion to amend the current scheduling order and **ADOPTS** the following modified claim construction briefing schedule:

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Plaintiffs file their opening claim construction briefs and any expert declaration they may rely upon | 11 March 2022 | 14 March 2022 |
| The government files its responsive claim construction briefs | 25 April 2022 | 29 April 2022 |
| Plaintiffs file their reply claim construction briefs | 9 May 2022 | 13 May 2022 |
| The government files its surreply claim construction briefs | 23 May 2022 | 27 May 2022 |

| | | |
|---|---|---|
| Plaintiffs file their surreply claim construction brief regarding indefiniteness terms | 6 June 2022 | 10 June 2022 |
| The parties submit the joint claim construction statement and propose dates for the *Markman* hearing | 13 June 2022 | 17 June 2022 |
| If desired, parties may submit joint technical tutorial to the Court | 20 June 2022 | 24 June 2022 |
| *Markman* hearing | To be scheduled | To be scheduled |
| Deadline for the government to produce technical documents for additional agencies named in the second amended complaint | 5 July 2022 | 8 July 2022 |

**IT IS SO ORDERED.**

s/ Ryan T. Holte
RYAN T. HOLTE
Judge