**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| E-NUMERATE SOLUTIONS, INC. and E-NUMERATE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | C.A. No. 19-859-RTH |

**PLAINTIFFS' UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER**

Plaintiffs e-Numerate Solutions, Inc., and e-Numerate, LLC (collectively "e-Numerate" or "Plaintiffs") hereby move this Court to amend the current Scheduling Order (D.I. 77) in this matter in light of trial schedule deadlines affecting Plaintiffs' counsels' ability to adequately review and respond to the Government's responsive claim construction briefs. The parties met and conferred, and the Government does not oppose this motion. In support thereof, Plaintiffs aver as follows.

WHEREAS Plaintiffs' trial counsel is working on several matters in other federal courts with impending trial deadlines including deadlines for fact discovery, expert discovery, and summary judgment filings;

WHEREAS an associate working on this matter has recently left Plaintiffs' trial counsel's firm;

WHEREAS Plaintiffs will suffer prejudice based on the Plaintiffs' trial counsel's inability to effectively work on the briefs prior to the current deadline in the Scheduling Order;

WHEREAS Plaintiffs have represented to Defendant that they do not intend to take the deposition of Defendant's expert, Dr. David Martin, with respect to his declarations of December 3, 2021 and February 11,2022 during the claim construction process and will not seek additional extensions to pursue such a deposition;

WHEREAS the proposed schedule will provide Defendant sufficient time to prepare its sur-replies in light of its own previous and con-current commitments in early June;

WHEREFORE, Plaintiffs respectfully move this Court to amend the Scheduling Order as follows, which the Government does not oppose:

| **Evented** | **Prior Deadline** | **New Deadline** |
|---|---|---|
| Plaintiffs file their reply claim construction briefs | 13 May 2022 | 27 May 2022 |
| The government files its surreply claim construction briefs | 27 May 2022 | 24 June 2022 |
| Plaintiffs file their surreply claim construction brief regarding indefiniteness terms | 10 June 2022 | 8 July 2022 |
| The parties submit the joint claim construction statement and propose dates for the Markman hearing | 17 June 2022 | 15 July 2022 |
| If desired, parties may submit joint technical tutorial to the Court | 24 June 2022 | 22 July 2022 |
| Markman hearing | To be scheduled | To be scheduled |
| Deadline for the government to produce technical documents for additional agencies named in the second amended complaint | 8 July 2022 | 29 July 2022 |

Dated: May 10, 2022

Respectfully submitted,

*/s/ Sean T. O'Kelly*
Sean T. O'Kelly
Gerard M. O'Rourke
O'KELLY & O'ROURKE, LLC
824 N. Market Street, Suite 1001A
Wilmington, DE 19801
302-778-4000
sokelly@okorlaw.com
gorourke@okorlaw.com

*Attorneys for Plaintiffs*