# In the United States Court of Federal Claims

No. 19-859
(Filed: 13 May 2022)

```
*************************************
E-NUMERATE SOLUTIONS, INC., and     *
E-NUMERATE, LLC,                    *
                                    *
              Plaintiffs,           *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
              Defendant             *
                                    *
*************************************
```

**ORDER**

On 10 May 2022, plaintiffs filed an unopposed motion to amend the Court's previous scheduling order, ECF No. 77. *See* Pl.'s Unopposed Mot. to Amend the Scheduling Order, ECF No. 84. Plaintiffs' counsel describes several scheduling conflicts and states the government does not oppose its motion. *Id.* at 1–2.

For good cause shown, the Court **GRANTS** plaintiffs' motion to amend the current scheduling order and **ADOPTS** the following modified claim construction briefing schedule:

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Plaintiffs file their reply claim construction briefs | 13 May 2022 | 27 May 2022 |
| The government files its surreply claim construction briefs | 27 May 2022 | 24 June 2022 |
| Plaintiffs file their surreply claim construction brief regarding indefiniteness terms | 10 June 2022 | 8 July 2022 |
| The parties submit the joint claim construction statement and propose dates for the *Markman* hearing | 17 June 2022 | 15 July 2022 |
| If desired, parties may submit joint technical tutorial to the Court | 24 June 2022 | 22 July 2022 |

| | | |
|---|---|---|
| *Markman* hearing | To be scheduled | To be scheduled |
| Deadline for the government to produce technical documents for additional agencies named in the second amended complaint | 8 July 2022 | 29 July 2022 |

**IT IS SO ORDERED.**

s/ Ryan T. Holte
RYAN T. HOLTE
Judge