IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| E-NUMERATE SOLUTIONS, INC. and E-NUMERATE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | C.A. No. 19-859-RTH |

**DEFENDANT'S UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER**

Defendant United States ("Defendant" or the "Government") hereby moves this Court to amend the current Scheduling Order (D.I. 87) in this matter in light of the parties' recent agreement to provide a Joint Claim Construction Statement that in addition to providing each side's proposed constructions, and the identification of the party proposing the term for construction, also identifies the intrinsic and extrinsic support for that position.

WHEREFORE, the additional time will allow the parties time to identify the aforementioned intrinsic and extrinsic support for their proposed constructions;

WHEREFORE, counsel for Defendant is engaged in significant travel for the next several weeks;

WHEREFORE, Defendant respectfully move this Court to amend the Scheduling Order as follows, which the Plaintiffs do not oppose:

| Event | Prior Deadline | New Deadline |
|---|---|---|
| The parties submit the joint claim construction statement and propose dates for the Markman hearing | 22 July 2022 | 10 August 2022 |
| If desired, parties may submit joint technical tutorial to the Court | 10 August 2022 | 10 August 2022 |
| Markman hearing | To be scheduled | To be scheduled |
| Deadline for the government to produce technical documents for additional agencies named in the second amended complaint | 17 August 2022 | 17 August 2022 |

July 21, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

GARY L. HAUSKEN
Director

s/ Shahar Harel
SHAHAR HAREL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice

Of Counsel:
SCOTT BOLDEN
NELSON KUAN
Department of Justice

Washington, DC  20530
Email:  Shahar.Harel@USDOJ.gov
Telephone:    (202) 305-3075
Facsimile:     (202) 307-0345
*COUNSEL FOR THE UNITED STATES OF AMERICA*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this sur-reply was sent by electronic mail this 21st day of July 2022 to:

>Sean T. O'Kelly
>Gerard M. O'Rourke
>O'KELLY & O'ROURKE, LLC
>824 N. Market Street, Suite 1001A
>Wilmington, DE 19801
>302-778-4000
>sokelly@okorlaw.com
>gorourke@okorlaw.com.

| | |
|---|---|
| | *s/ Shahar Harel* |
| Of Counsel: | SHAHAR HAREL |
| SCOTT BOLDEN | Trial Attorney |
| NELSON KUAN | Intellectual Property Section |
| U.S. Department of Justice | Commercial Litigation Branch |
| | Civil Division |
| | U.S. Department of Justice |
| | Washington, DC 20530 |
| | Shahar.Harel@usdoj.gov |
| | Tel:  (202) 305-3075 |
| | Fax:  (202) 307-0345 |
| | |
| | Attorney for the Defendant, |
| | the United States of America. |

Date: July 21, 2022