# In the United States Court of Federal Claims

No. 19-859
(Filed: 1 September 2022)

| | |
|---|---|
| E-NUMERATE SOLUTIONS, INC., and E-NUMERATE, LLC, | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

As agreed by counsel for the parties, the Court will hold a status conference on **7 October 2022 at 10:30 a.m. (EDT)** at the Howard T. Markey National Courts Building, 717 Madison Pl., NW, Washington, DC 20439.

**IT IS SO ORDERED.**

s/ Ryan T. Holte
RYAN T. HOLTE
Judge