# In the United States Court of Federal Claims

No. 19-859
(Filed: 12 October 2022)

```
*****************************************
E-NUMERATE SOLUTIONS, INC., and    *
E-NUMERATE, LLC,                   *
                                   *
            Plaintiffs,            *
                                   *
v.                                 *
                                   *
THE UNITED STATES,                 *
                                   *
            Defendant.             *
                                   *
*****************************************
```

## ORDER

    As agreed by counsel for the parties, the Court will hold a *Markman* hearing on **16 November 2022 at 10:00 a.m. (EST)** at the Howard T. Markey National Courts Building, 717 Madison Pl., NW, Washington, DC 20439.

    **IT IS SO ORDERED.**

s/ Ryan T. Holte
RYAN T. HOLTE
Judge
