# In the United States Court of Federal Claims

No. 19-859
(Filed: 21 November 2022)

```
*****************************************
E-NUMERATE SOLUTIONS, INC., and    *
E-NUMERATE, LLC,                   *
                                   *
                  Plaintiffs,      *
                                   *
v.                                 *
                                   *
THE UNITED STATES,                 *
                                   *
                  Defendant.       *
                                   *
*****************************************
```

## ORDER

As agreed by counsel for the parties, the Court will allow supplemental briefing following the 16 November *Markman* hearing. The parties **SHALL FILE** their supplemental briefs, if any, on or before **22 November 2022 at 5:00 p.m. (ET)**. The supplemental briefs shall be no more than five pages double-spaced.

**IT IS SO ORDERED.**

s/ Ryan T. Holte
RYAN T. HOLTE
Judge