# In the United States Court of Federal Claims

No. 19-859

(Filed: 8 May 2023)

```
*****************************************
E-NUMERATE SOLUTIONS, INC., and          *
E-NUMERATE SOLUTIONS, LLC,               *
                                         *
                Plaintiffs,              *
                                         *
v.                                       *
                                         *
THE UNITED STATES,                       *
                                         *
                Defendant.               *
                                         *
*****************************************
```

## **ORDER**

    As agreed by counsel for the parties, the Court will hold a *Markman* hearing on **9 August 2023 at 10:00 a.m. (ET)** at the Howard T. Markey National Courts Building, 717 Madison Pl., NW, Washington, DC 20439.

    **IT IS SO ORDERED.**

                                                s/ Ryan T. Holte  
                                                RYAN T. HOLTE  
                                                Judge