**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| E-NUMERATE SOLUTIONS, INC. and E-NUMERATE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | C.A. No. 19-859-RTH |

**DEFENDANT'S UNOPPOSED MOTION TO AMEND THE BRIEFING SCHEDULE**

Defendant United States ("Defendant" or the "Government") hereby moves this Court to amend the current briefing schedule for its opposition briefs as to two motions Plaintiffs filed on Monday, August 12th: (1) Plaintiffs' Opposed Motion for Leave to File Third Amended Complaint (Dkt. No. 122) and (2) Plaintiffs' Motion to Compel Documents Relating to Accused SEC Analytical System (Dkt. No. 123). The Court previously granted a two-week extension for both of these opposition briefs and therefore the current deadline for Defendant to file its opposition briefs for both of these motions is set for September 9. Defendant seeks three (3) extra days and this is its second motion to amend the schedule for the responsive opposition briefs as to these two motions.

WHEREFORE, Plaintiffs filed two separate motions on the same date including new attachments totaling over 100 pages, *see* Dkt Nos. 122-9 (Ex. H1), 122-10 (Ex. H2), 122-13 (Ex. K1), 122-14 (Ex K2), in addition to a new amended complaint which all require careful review before responses can be prepared,

WHEREFORE, Defendant notified Plaintiffs that its opposition briefing to both

motions will also comprise cross-motions, requiring extra time,

WHEREFORE, Defendant respectfully moves this Court to amend the current briefing schedule as follows, which the Plaintiffs do not oppose:

| **Event** | **Prior Deadline** | **New Deadline** |
|---|---|---|
| Government's Response to Plaintiffs' Opposed Motion for Leave to File Third Amended Complaint (Dkt. No. 122) | 9 September 2024 | 12 September 2024 |
| Government's Response to Plaintiffs' Motion to Compel Documents Relating to Accused SEC Analytical System (Dkt. No. 123). | 9 September 2024 | 12 September 2024 |

September 6, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

SCOTT BOLDEN
Director

s/ Shahar Harel

SHAHAR HAREL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Email: Shahar.Harel@USDOJ.gov
Telephone: (202) 305-3075
Facsimile: (202) 307-0345
*COUNSEL FOR THE UNITED STATES OF AMERICA*

Of Counsel:
ANDREW CURRAN
Department of Justice

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of this motion was sent by electronic mail this 6th day of September 2024 to:

Sean T. O'Kelly
Gerard M. O'Rourke
O'KELLY & O'ROURKE, LLC
824 N. Market Street, Suite 1001A
Wilmington, DE 19801
302-778-4000
sokelly@okorlaw.com
gorourke@okorlaw.com.

*s/ Shahar Harel*
SHAHAR HAREL
Trial Attorney
Intellectual Property Section
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Washington, DC 20530
Shahar.Harel@usdoj.gov
Tel: (202) 305-3075
Fax: (202) 307-0345

Attorney for the Defendant,
the United States of America.

Of Counsel:
ANDREW CURRAN
U.S. Department of Justice

Date: September 6, 2024