**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| E-NUMERATE SOLUTIONS, INC. and E-NUMERATE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Plaintiffs. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 1:19-cv-00859-RTH |

**PLAINTIFFS' UNOPPOSED MOTION TO AMEND THE BRIEFING SCHEDULE**

Plaintiffs e-Numerate Solutions, Inc. and e-Numerate, LLC ("Plaintiffs" or "e-Numerate") hereby move this Court to amend the current briefing schedule for their opposition brief as to *Defendant's SEALED Motion to Limit the Number of Asserted Claims of the Patents-In-Suit* (Dkt. No. 125) filed on August 28, 2024. At present, the deadline for Plaintiffs to file their opposition brief is set for September 11, 2024. Plaintiffs seek fourteen (14) extra days and this is their first motion to amend the schedule for the responsive opposition brief as to this motion.

WHEREFORE, members of Plaintiffs' team are currently working on other matters with deadlines coming due;

WHEREFORE, Plaintiffs did not oppose either of Defendant's first and second motion to extend the briefing schedule for these motions;

WHEREFORE, Plaintiffs respectfully move this Court to amend the current briefing schedule as follows, which the Defendant does not oppose:

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Plaintiffs' Response | 11 September 2024 | 25 September 2024 |
| Defendant's Reply | 23 September 2024 | 2 October 2024 |

Dated: September 9, 2024

Respectfully submitted,

*/s/ Gerard M. O'Rourke*
Gerard M. O'Rourke
Sean T. O'Kelly
O'KELLY & O'ROURKE, LLC
824 N. Market Street, Suite 1001A
Wilmington, DE 19801
302-778-4000
sokelly@okorlaw.com
gorourke@okorlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this motion was sent by electronic mail this 9th day of September 2024 to:

**Shahar Harel**
**Andrew Curran**
U.S. Department of Justice
Washington, DC 20530
Shahar.Harel@usdoj.gov
Andrew.Curran2@usdoj.gov

Dated: September 9, 2024

*/s/ Gerard M. O'Rourke*

Gerard M. O'Rourke
Sean T. O'Kelly
O'KELLY & O'ROURKE, LLC
824 N. Market Street, Suite 1001A
Wilmington, DE 19801
302-778-4000
sokelly@okorlaw.com
gorourke@okorlaw.com

*Attorneys for Plaintiffs*