# In the United States Court of Federal Claims

No. 19-859
(Filed: 13 November 2024)

```
*************************************
E-NUMERATE SOLUTIONS, INC., and      *
E-NUMERATE SOLUTIONS, LLC,           *
                                     *
          Plaintiffs,                *
                                     *
v.                                   *
                                     *
THE UNITED STATES,                   *
                                     *
          Defendant.                 *
                                     *
*************************************
```

**ORDER**

As agreed by counsel for the parties, the Court will hold a telephonic status conference **on 5 December 2024 at 10:30 a.m. (ET)**. The Court will separately send instructions for joining the call.

**IT IS SO ORDERED.**

s/ Ryan T. Holte
RYAN T. HOLTE
Judge