## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

E-NUMERATE SOLUTIONS, INC. and E-NUMERATE, LLC,     **)**

     **)**

     **)**

     Plaintiffs,     **)**

     **)**

     v.     )     C.A. No. 1:19-cv-00859-RTH

     )

THE UNITED STATES OF AMERICA,     )

     )

     Plaintiffs.     )

## PLAINTIFFS' UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER

Plaintiffs e-Numerate Solutions, Inc. and e-Numerate, LLC ("Plaintiffs" or "e-Numerate") hereby move this Court to amend the Court's Scheduling Order of December 13, 2024 *(Dkt. No. 146)*.  The Government does not oppose this motion.

At present, the deadline for the parties to file a Joint Status Report is set for January 24, 2025. Plaintiffs are seeking an extension of one week, moving the deadline to January 31, 2024, to permit Plaintiffs additional time to review the documents produced by the Government and to allow for the parties to further discuss and potentially narrow the areas in dispute.

WHEREFORE, Plaintiffs respectfully move this Court to amend the current Scheduling Order.

All remaining dates in effect in this action remain unchanged.

Dated: January 24, 2025     Respectfully submitted,

     */s/ Gerard M. O'Rourke*
     Gerard M. O'Rourke
     Sean T. O'Kelly
     O'KELLY & O'ROURKE, LLC
     824 N. Market Street, Suite 1001A
     Wilmington, DE 19801
     302-778-4000
     sokelly@okorlaw.com

gorourke@okorlaw.com

*Attorneys for Plaintiffs*