# In the United States Court of Federal Claims

No. 19-859
(Filed:  11 April 2025)
NOT FOR PUBLICATION

```
*****************************************
E-NUMERATE SOLUTIONS, INC., and     *
E-NUMERATE SOLUTIONS, LLC,          *
                                    *
            Plaintiffs,             *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
            Defendant.              *
                                    *
*****************************************
```

## ORDER

     Under Rule 40.1(b) of the Rules of the United States Court of Federal Claims, and to promote the efficient administration of justice, the Clerk of Court is directed to **TRANSFER** the above-captioned case to Judge Matthew H. Solomson.  Judge Solomson has agreed to receive this case.

     **IT IS SO ORDERED.**

s/ Ryan T. Holte
RYAN T. HOLTE
Judge
