# EXHIBIT C

# Gerard O'Rourke

| | |
|---|---|
| **From:** | Gerard O'Rourke |
| **Sent:** | Wednesday, September 3, 2025 12:04 PM |
| **To:** | 'Harel, Shahar (CIV)'; Sean O'Kelly; Laura Carrig; 'andrew@agordonlawfirm.com' |
| **Cc:** | 'Bolden, Scott (CIV)'; 'Curran, Andrew (CIV)' |
| **Subject:** | RE: e-Numerate |

Shahar,

We are in receipt of your filing. With regard to the technical information, the Government seeks to impose a "prosecution bar" on Russ Davis. There are no pending patent applications where Russ is named as an inventor or co-inventor. Given that, may we disclose the technical information to Russ now and, if the Court grants the Government's motion, agree that Russ will be bound retroactively by the Order? Please advise.

Very truly yours,

Jerry

Gerard M. O'Rourke, Esq.
O'Kelly & O'Rourke, LLC
824 N. Market Street, Suite 1001A
Wilmington, DE  19801
Phone: (302) 778-4000
Direct: (302) 778-4002
Facsimile: (302) 295-2873
gorourke@okorlaw.com

---

**From:** Harel, Shahar (CIV) <Shahar.Harel@usdoj.gov>
**Sent:** Tuesday, September 2, 2025 5:24 PM
**To:** 'Gerard O'Rourke' <gorourke@okorlaw.com>; 'Sean O'Kelly' <sokelly@okorlaw.com>; 'Laura Carrig' <lcarrig@okorlaw.com>; 'andrew@agordonlawfirm.com' <andrew@agordonlawfirm.com>
**Cc:** Bolden, Scott (CIV) <Scott.Bolden@usdoj.gov>; Curran, Andrew (CIV) <Andrew.Curran2@usdoj.gov>
**Subject:** RE: e-Numerate

Counsel,

Attached, is a courtesy copy of today's filing.

Regards,
Shahar

**Shahar Harel, Trial Attorney**
Intellectual Property Section | Commercial Litigation Branch
Civil Division | U.S. Department of Justice | Washington D.C. 20530

1

T: (202) 305-3075 | F: (202) 307-0345 | Shahar.Harel@usdoj.gov

Please direct all packages and express deliveries to:
1100 L Street, N.W., Room 8520
Washington, D.C. 20005