# EXHIBIT D

# Gerard O'Rourke

| | |
|---|---|
| **From:** | Gerard O'Rourke |
| **Sent:** | Thursday, September 4, 2025 1:21 PM |
| **To:** | 'Harel, Shahar (CIV)'; Sean O'Kelly; Laura Carrig; 'andrew@agordonlawfirm.com' |
| **Cc:** | 'Bolden, Scott (CIV)'; 'Curran, Andrew  (CIV)' |
| **Subject:** | RE: [EXTERNAL] RE: e-Numerate |

Shahar,

Your response regarding Russ Davis is in bad faith, and we will ask Judge Solomson to award us fees in light of it.  You know that all of the patents-in-suit are expired.  In addition, the Government agreed to the protective order in this case without including a patent prosecution bar.  That order was entered when the patents-in-suit were still in force.  We informed you that there are no other applications pending where Russ is an inventor or a co-inventor.  You are again seeking to delay this case, and you were explicitly warned by the Court not to do that.  We will file our response and see how the Court rules.

We will get you a clearer version of the document you mentioned and send you the productions we received from the third parties.

Very truly yours,

Jerry

Gerard M. O'Rourke, Esq.
O'Kelly & O'Rourke, LLC
824 N. Market Street, Suite 1001A
Wilmington, DE  19801
Phone: (302) 778-4000
Direct: (302) 778-4002
Facsimile: (302) 295-2873
gorourke@okorlaw.com

---

**From:** Harel, Shahar (CIV) <Shahar.Harel@usdoj.gov>
**Sent:** Thursday, September 4, 2025 1:14 PM
**To:** Gerard O'Rourke <gorourke@okorlaw.com>; Sean O'Kelly <sokelly@okorlaw.com>; Laura Carrig <lcarrig@okorlaw.com>; andrew@agordonlawfirm.com
**Cc:** Bolden, Scott (CIV) <Scott.Bolden@usdoj.gov>; Curran, Andrew (CIV) <Andrew.Curran2@usdoj.gov>
**Subject:** RE: [EXTERNAL] RE: e-Numerate

Jerry,

The Government sought to avoid motion practice and offered e-Numerate a meaningful compromise with respect to the protective order.   e-Numerate was unwilling to negotiate and did not provide a

substantive reason as to why a standard patent prosecution bar should apply to Mr. Davis.  Now that we have filed our motion, you are seeking for us to waive, at least on a temporary basis, the patent prosecution bar with Mr. Davis.  Moreover, you still have not provided a substantive reason he should not be subject to such a prosecution bar.  Therefore,  we cannot agree.  Mr. Davis is a named inventor on every patent-in-suit; Mr. Davis and e-Numerate applied for those patents during the same time period he and e-Numerate participated in the XBRL standards-setting effort.  Once e-Numerate provides a reasonable proposal and a justification for bypassing the prosecution bar, the Government will respond.

Relatedly, you recently produced documents that purport to establish that Mr. Davis is currently the CTO for e-Numerate, however the date shown in ENUM0042926 is unclear as it only comes out as follows:



Please let us know what this date is or reproduce a higher quality version of this document.

Finally, we've recently learned that e-Numerate has received productions from third-parties pursuant to your subpoenas without forwarding those on to us, despite your prior assurance.  Please promptly produce all such productions.

Regards,
Shahar

---

**From:** Gerard O'Rourke <gorourke@okorlaw.com>
**Sent:** Wednesday, September 3, 2025 12:04 PM
**To:** Harel, Shahar (CIV) <Shahar.Harel@usdoj.gov>; Sean O'Kelly <sokelly@okorlaw.com>; Laura Carrig <lcarrig@okorlaw.com>; andrew@agordonlawfirm.com
**Cc:** Bolden, Scott (CIV) <Scott.Bolden@usdoj.gov>; Curran, Andrew (CIV) <Andrew.Curran2@usdoj.gov>
**Subject:** [EXTERNAL] RE: e-Numerate

Shahar,

We are in receipt of your filing.  With regard to the technical information, the Government seeks to impose a "prosecution bar" on Russ Davis.  There are no pending patent applications where Russ is named as an inventor or co-inventor.  Given that, may we disclose the technical information to Russ now and, if the Court grants the Government's motion, agree that Russ will be bound retroactively by the Order?  Please advise.

Very truly yours,

Jerry

Gerard M. O'Rourke, Esq.
O'Kelly & O'Rourke, LLC

2

824 N. Market Street, Suite 1001A
Wilmington, DE 19801
Phone: (302) 778-4000
Direct: (302) 778-4002
Facsimile: (302) 295-2873
gorourke@okorlaw.com

---

**From:** Harel, Shahar (CIV) <Shahar.Harel@usdoj.gov>
**Sent:** Tuesday, September 2, 2025 5:24 PM
**To:** 'Gerard O'Rourke' <gorourke@okorlaw.com>; 'Sean O'Kelly' <sokelly@okorlaw.com>; 'Laura Carrig'
<lcarrig@okorlaw.com>; 'andrew@agordonlawfirm.com' <andrew@agordonlawfirm.com>
**Cc:** Bolden, Scott (CIV) <Scott.Bolden@usdoj.gov>; Curran, Andrew (CIV) <Andrew.Curran2@usdoj.gov>
**Subject:** RE: e-Numerate

Counsel,

Attached, is a courtesy copy of today's filing.

Regards,
Shahar

**Shahar Harel, Trial Attorney**
Intellectual Property Section | Commercial Litigation Branch
Civil Division | U.S. Department of Justice | Washington D.C. 20530
T: (202) 305-3075 | F: (202) 307-0345 | Shahar.Harel@usdoj.gov

Please direct all packages and express deliveries to:
1100 L Street, N.W., Room 8520
Washington, D.C. 20005