# Ex. A

ABOUT | INDEX | NEWS | CORE STANDARDS | TECHNOLOGY REPORTS | EVENTS | LIBRARY

**Advanced Search**   The *Cover Pages* web site currently supports two search facilities: one using the familiar Google interface and one using the interface for the native IPlanet server. The two search tools use slightly different search syntax and return different results. The Google search interface is familiar to most users, and will be adequate for quick, simple searching. However, not not all website documents are indexed by the Google search facility: Google may fail to find relevant documents in some cases. The IPlanet search facility queries *all* HTML and "text" documents on the web site, but uses query syntax slightly different than Google's, as explained below.

Google [            ] Search

**Note on IPlanet Advanced Search**   In October 2006, the Cover Pages web site was moved from a Solaris machine (where a Netscape IPlanet server was being used) to a Linux/Apache machine. That migration broke the IPlanet Advanced search. As of 2006-11, investigation was underway to identify a replacement search engine that indexes and searches all the Cover Pages documents, as was the case earlier. Meantime, the Google search facility can be used, but finding content using that search approach is unpredictable and unrealiable: Google does not index all Cover Pages documents.

iPlanet   Search in: [CoverPagesHTML ▼]   [Guided Search] [Help]

For: [                    ] [Search]

**Help on Search Syntax**[*]

| Goal | Google | IPlanet |
|---|---|---|
| exact phrase | "initial plan" | "initial plan"  **or**   initial plan [1] |
| all the words | peas beans [2] | peas AND beans |
| at least one word | peas OR beans | peas OR beans   **or**  peas,beans |
| without a word | peas -beans | peas AND NOT beans |

[1] IPlanet uses word stemming by default, so that *initial plan* (without quotation marks) will also match "initialized planning" and so forth. Use quotation marks around a word or phrase to suppress stemming and force an exact string match. Stemming (English only) is based upon lexical semantics, so *initial plan* would not match "initial plant" nor "initial planet". For brute force non-lexical matching, use the *splat* * wildcard, as in: *plan\**.
[2] The most important difference between Google and IPlanet syntax is that a group of unquoted words in Google means *all these words*, whereas it signifies an exact, literal phrase with word stemming in IPlanet.

For the IPlanet search, see also Using the Query Operators and the Reference with example queries.
Other limitations/caveats are described in the search notes.

*Document URL: http://xml.coverpages.org/search*