# Ex. B





