# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| E-NUMERATE SOLUTIONS, INC. and E-NUMERATE, LLC, | |
| Plaintiffs, | No. 19-859 C |
| v. | Chief Judge Matthew H. Solomson |
| THE UNITED STATES, | |
| Defendant. | |

## DEFENDANT'S MOTION FOR A STAY OF ALL PROCEEDINGS IN LIGHT OF LAPSE OF APPROPRIATIONS

BRETT A. SHUMATE
Assistant Attorney General

SCOTT BOLDEN
Director

Of Counsel:
ANDREW CURRAN
Department of Justice

SHAHAR HAREL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Email:        Shahar.Harel@USDOJ.gov
Telephone:    (202) 305-3075
Facsimile:    (202) 307-0345
*COUNSEL FOR THE UNITED STATES OF AMERICA*

October 1, 2025

The United States of America hereby moves for a stay of all proceedings including discovery in the above-captioned case.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of all proceedings, including discovery, until Congress has restored appropriations to the Department. This includes Defendant's Response to Plaintiffs' presently pending motion (ECF No. 188).

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5. Counsel for Plaintiffs oppose this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of all proceedings including discovery in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BRETT A. SHUMATE<br>Assistant Attorney General |
|  | SCOTT BOLDEN<br>Director |
| Of Counsel:<br>ANDREW CURRAN<br>Department of Justice | *s/ Shahar Harel*<br>SHAHAR HAREL<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>Washington, DC 20530<br>Email: Shahar.Harel@USDOJ.gov<br>Telephone: (202) 305-3075<br>Facsimile: (202) 307-0345<br>*COUNSEL FOR THE UNITED STATES OF AMERICA* |
| October 1, 2025 |  |