# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## ORDER

The United States District Court for the Eastern District of Pennsylvania is open during any government shutdown or lapse in appropriations and expects all civil litigation in which the United States, its agencies and/or employees are parties to proceed without delay.

BY THE COURT:

/s/ Wendy Beetlestone_____
HON. WENDY BEETLESTONE
*Chief Judge, United States District Court*

Dated:  October 1, 2025