# In the United States Court of Federal Claims

No. 19-859C

(Filed: October 3, 2025)

|  |  |
|---|---|
| **E-NUMERATE SOLUTIONS, INC.,** *et al.*, | ) ) ) |
| *Plaintiffs,* | ) ) ) |
| v. | ) ) ) |
| **THE UNITED STATES,** | ) ) ) |
| *Defendant.* | ) ) |

## ORDER

On October 1, 2025, Defendant, the United States, filed a motion to stay all proceedings, including discovery, given the lapse in appropriations (colloquially called a government shutdown). ECF No. 189.[1] Indeed, the government has filed motions to stay in a swath of cases before the undersigned and other judges of this Court. This Court will consider such motions on a case-by-case basis. *See* Notice Regarding Operations During Lapse in Federal Appropriations | Court of Federal Claims | United States, Oct. 1, 2025. This Court has no intention of granting them merely because the government asserts that its attorneys are not permitted to work during the lapse of appropriations. Indeed, our appellate court — the United States Court of Appeals for the Federal Circuit — has ordered that all its deadlines remain in place, motions to extend them will not be granted, and all attorneys are expected to appear for argument as scheduled without exception. *See* Administrative Order Operations During Lapse In Appropriations.pdf, Oct. 1, 2025.

Considering the posture of this case — including the length of time this case has been pending — the government's motion to stay all proceedings, ECF No. 189, is **DENIED**.

---

[1] Plaintiffs, E-Numerate Solutions, Inc. et al., ("E-Numerate"), filed an opposition to the government's motion on October 2, 2025. ECF No. 190.

Two additional factors support this Court's decision. First, E-Numerate appears correct that the government's argument is circular: the government's counsel may not be permitted to work *unless a court instructs otherwise*. ECF No. 190 at 2. Where a court requires cases to continue, and court deadlines must be met, government counsel must comply with a court's orders and, therefore, are authorized to continue working. *Id.* Second, it appears that, in any event, government employees will ultimately be paid for their work. 31 U.S.C. § 1341(c)(2).

For now at least, this case will continue on the current schedule, and the parties must continue to adhere to all pending deadlines.

**IT IS SO ORDERED**.

s/Matthew H. Solomson
Matthew H. Solomson
Chief Judge