# Exhibit A

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

E-NUMERATE SOLUTIONS, INC. and E-NUMERATE, LLC,

      Plaintiffs,

      v.

THE UNITED STATES OF AMERICA,

      Defendant.

No. 19-859-MHS

**PLAINTIFFS' RESPONSE TO DEFENDANT'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFFS (NOS. 25-41)**

In accordance with the provisions of Rules 26 and 34 of the Rules of the United States Court of Federal Claims ("RCFC"), Plaintiffs e-Numerate Solutions, Inc., and e-Numerate, LLC, (collectively "e-Numerate") hereby respond to Defendant's The United States of America ("Defendant") Second Set of Requests for Production of Documents and Things (Nos. 25-41).

The following general objections (the "General Objections") are incorporated by reference to all e-Numerate responses to each and every Request for Production:

**GENERAL OBJECTIONS**

e-Numerate objects to each and every Request for Production as set forth below. These general objections are incorporated into every response and are set forth here to avoid the duplication and repetition of restating them for each Request for Production. These general objections may specifically be referred to in response to a Request for Production for the sake of clarity; however, the failure to specifically repeat a general objection should not be construed as a waiver of the objection.

1.      e-Numerate objects to all instructions, definitions, and requests that purport to

1

impose obligations not imposed or contemplated by the Federal Rules of Civil Procedure, the Local

Rules of the Court of Federal Claims, the Court's Scheduling Order, the Court's discovery orders in

this case, or prior agreement of the parties, including the Protective Order entered in this case.

2.      e-Numerate objects to all instructions, definitions, and requests to the extent they

seek documents or information not reasonably calculated to lead to the discovery of admissible

evidence in violation of Rule 26 of the United States Court of Federal Claims.

3.      e-Numerate objects to all instructions, definitions, and requests as overbroad and

unduly burdensome to the extent they are not limited to a relevant time frame.

4.      e-Numerate objects to all instructions, definitions, and requests to the extent they

seek documents relating to features and functions of e-Numerates' products that are not relevant to

the claims or defenses of any party to this action.

5.      e-Numerate objects to all instructions, definitions, and requests as overbroad and

unduly burdensome to the extent they seek information beyond what is available from a reasonable

search of e-Numerates' files likely to contain relevant or responsive documents.

6.      e-Numerate objects to all instructions, definitions, and requests to the extent the

discovery sought is unreasonably cumulative or duplicative, or can be obtained from some other

source that is more convenient, less burdensome, or less expensive.

7.      e-Numerate objects to all instructions, definitions, and requests relating to

"electronically stored information" to the extent they attempt to place duties upon e-Numerate over

and above the duties required by the Rules of the United States Court of Federal Claims.

8.      e-Numerate objects to all instructions, definitions, and requests to the extent they seek

documents or information protected from disclosure by the attorney-client privilege, the work

product doctrine, the common interest doctrine, or any other applicable privilege or immunity (as

used hereafter, the term "privilege" refers to any of the foregoing privileges, protections, or immunities, and the term "non-privileged documents" refers to documents not subject to a claim of "privilege"). Such documents or information shall not be provided in response to any request, and any inadvertent disclosure or production thereof shall not be deemed a waiver of any privilege with respect to such documents or information or of any work product protection, which may attach thereto. e-Numerate objects to all requests as premature to the extent they seek documents relating to contentions or expert discovery.

9.  e-Numerate objects to each request to the extent it seeks documents whose disclosure is governed by e-Numerates' agreements with third parties, including confidentiality agreements. e-Numerate will produce any such documents only in compliance with the terms of such third-party agreements.

10.  e-Numerate objects to each request to the extent it seeks documents whose disclosure is governed by a protective order entered by a court. e-Numerate will produce any such documents only in compliance with the terms of the protective order.

11.  e-Numerate objects to each request to the extent it assumes a disputed fact or legal conclusion in defining the information requested. e-Numerate denies any such disputed facts or legal conclusions assumed by any request, and any response is without prejudice to this objection.

12.  e-Numerate objects to all instructions, definitions, and requests to the extent they seek documents that are already in Defendant's possession, custody, or control, or that are as readily available to Defendants as they are to e-Numerate.

13.  Subject to the provisions of the Local Rules, e-Numerate objects to producing documents containing confidential, proprietary and/or trade secret information prior to entry of a Protective Order.

14.  e-Numerate objects to any definition, instruction, and/or request that purports to

compel e-Numerate to collect documents not within e-Numerates' possession, custody or control as those terms have been construed by the United States Court of Federal Claims.

15. e-Numerate objects to Definition "14" of the requests and, specifically, to the definition of "Plaintiffs," "You," and "Your," to the extent it purports to compel e-Numerate to collect documents not within e-Numerates' possession, custody or control as those terms have been construed by the United States Court of Federal Claims.

16. e-Numerate objects to Definition "19" of the requests, the definition of "thing(s)" or "Thing(s)" contemplated by Rule 34(a)(1)(B) of the Rules of the United States Court of Federal Claims, as being utilized in an overbroad and unduly burdensome manner to the extent they seek information beyond what is available from a reasonable search.

In addition to the General Objections set forth above, e-Numerate preserves:

A. All objections and/or questions as to competency, relevancy, materiality, privilege, and admissibility as evidence for any purpose with regard to any answer or the subject matter thereof, in any subsequent proceeding in, or the trial of, this or any other action;

B. The right to object to the use of any production or the subject matter thereof, in any subsequent proceeding in, or trial of, this or any other action; and

C. The right to object on any ground at any time to a demand for further responses to these or any other request.

Subject to and without waiving any of the aforementioned General Objections, and incorporating each of them by reference into each answer below, e-Numerate responds to Defendant's Requests as follows:

**REQUESTS FOR PRODUCTION**

**REQUEST FOR PRODUCTION NO. 25:**

All documents relating to annual reports, required financial filings, and other financial statements, including statements of operations, profit and loss statements, income statements, balance sheets, statements of changes in retained earnings, and internal management reports and notes thereto, whether prepared for internal or external reporting purposes.

**RESPONSE:**

e-Numerate incorporates its General Objections by reference as if fully set forth here. e-Numerate objects to this request to the extent it seeks information not relevant to any claim or defense in this matter. e-Numerate objects to this request to the extent it seeks information protected by the attorney-client and/or work-product privileges. Subject to the foregoing objections e-Numerate responds that documents responsive to this request that Plaintiffs believe to exist and have been able to identify have already been produced to the Defendant. Some examples of such previously produced responsive documents can be found at ENUM 0000546-549, 0000610-614, 0036022-36040, and 0036249-36252. Nevertheless, e-Numerate will conduct an additional search to see if any further responsive documents can be located.

**REQUEST FOR PRODUCTION NO. 26:**

All documents relating to managerial reports (at any organizational level, e.g., corporate, SBU, product, customer, region) regarding unit and dollar sales, profits and losses, budgets and forecasts, cost/benefit analyses for the end users, sales (both gross and net, and in both units and dollars) by customer and/or by product, and lost sales to competitors for any reason with respect to Your Numerator product.

**RESPONSE:**

e-Numerate incorporates its General Objections by reference as if fully set forth here. e-Numerate objects to this request to the extent it seeks information not relevant to any claim or defense in this matter. e-Numerate objects to this request to the extent it seeks information protected by the attorney-client and/or work-product privileges. Subject to the foregoing objections e-Numerate

responds that documents responsive to this request that Plaintiffs believe to exist and have been able to identify have already been produced to the Defendant. Some examples of such previously produced responsive documents can be found at ENUM 0000003-039, 0000369-793, 0034990-35078, and 0036222-36276. Nevertheless, e-Numerate will conduct an additional search to see if any further responsive documents can be located.

**REQUEST FOR PRODUCTION NO. 27:**

All documents and things that identify Your customers, including all customer files, customer lists, customer call reports and any other documentation including memoranda, correspondence, schedules or lists.

**RESPONSE:**

e-Numerate incorporates its General Objections by reference as if fully set forth here. e-Numerate objects to this request to the extent it seeks information not relevant to any claim or defense in this matter. e-Numerate objects to this request to the extent it seeks information protected by the attorney-client and/or work-product privileges. Subject to the foregoing objections e-Numerate responds that documents responsive to this request that Plaintiffs believe to exist and have been able to identify have already been produced to the Defendant. Some examples of such previously produced responsive documents can be found at ENUM 0000515, 0000521, 0000606-608, 0000674-675, 0000756-759, 0034627, 0034640, 0034656, 0034668, 0034699, and 0034714. Nevertheless, e-Numerate will conduct an additional search to see if any further responsive documents can be located.

**REQUEST FOR PRODUCTION NO. 28:**

All documents related to Your pricing policies including price setting, target profit margins, pricing methodologies, price changing, and price competition.

**RESPONSE:**

e-Numerate incorporates its General Objections by reference as if fully set forth here. e-

Numerate objects to this request to the extent it seeks information not relevant to any claim or defense in this matter.  e-Numerate objects to this request to the extent it seeks information protected by the attorney-client and/or work-product privileges.   Subject to the foregoing objections e-Numerate responds that documents responsive to this request that Plaintiffs believe to exist and have been able to identify have already been produced to the Defendant.  Some examples of responsive documents include those found at ENUM 0000384 and 0000603-604.  Nevertheless, e-Numerate will conduct an additional search to see if any further responsive documents can be located.

**REQUEST FOR PRODUCTION NO. 29:**

All documents related to Your business plans, strategic plans, periodic budgets, forecasts, projections and long-term financial plans, and management reports relating to anticipated sales and financial activity, including all documents which identify its sales and marketing expectations.

**RESPONSE:**

e-Numerate incorporates its General Objections by reference as if fully set forth here.  e-Numerate objects to this request to the extent it seeks information not relevant to any claim or defense in this matter.  e-Numerate objects to this request to the extent it seeks information protected by the attorney-client and/or work-product privileges. Subject to the foregoing objections e-Numerate refers the Government to the response to Request No. 26 above. By way of further response, some other examples of previously produced potentially responsive documents can be found at ENUM 0000072-93, 0000605-607, 0034914-34951, 0036180-36220, 0036277, 0036281-36316, and 0038162-38199. Nevertheless, e-Numerate will conduct an additional search to see if any further responsive documents can be located.

**REQUEST FOR PRODUCTION NO. 30:**

All documents relating to market studies, reports or analyses relating to competition, individual competitors, market segments, or market share, of the market for the accused products.

**RESPONSE:**

e-Numerate incorporates its General Objections by reference as if fully set forth here. e-Numerate objects to this request to the extent it seeks information not relevant to any claim or defense in this matter. e-Numerate objects to this request to the extent it seeks information protected by the attorney-client and/or work-product privileges. Subject to the foregoing objections, e-Numerate will conduct an additional search to see if any further responsive documents can be located.

**REQUEST FOR PRODUCTION NO. 31:**

All documents relating to Your policies and practices pertaining to the licensing of technology (licensing-in, licensing-out, and cross-licensing), and all documents relating to industry licensing practices.

**RESPONSE:**

e-Numerate incorporates its General Objections by reference as if fully set forth here. e-Numerate objects to this request to the extent it seeks information not relevant to any claim or defense in this matter. e-Numerate objects to this request to the extent it seeks information protected by the attorney-client and/or work-product privileges. Subject to the foregoing objections e-Numerate responds that documents responsive to this request that Plaintiffs believe to exist and have been able to identify have already been produced to the Defendant. Some examples of responsive documents include those found at ENUM 0034480-34486, 0034616-34630, 0034727-34847, and 0036155-36173. Nevertheless, e-Numerate will conduct an additional search to see if any further responsive documents can be located.

**REQUEST FOR PRODUCTION NO. 32:**

All document relating to a valuation of the patent(s)-in-suit performed by You or by any third-party, or methodologies used by You for determining the value of technology or patents or for determining royalty rates for licensing, tax accounting, or other purposes.

**RESPONSE:**

e-Numerate incorporates its General Objections by reference as if fully set forth here.  e-Numerate objects to this request to the extent it seeks information not relevant to any claim or defense in this matter.  e-Numerate objects to this request to the extent it seeks information protected by the attorney-client and/or work-product privileges.  Subject to the foregoing objections, e-Numerate believes that no responsive documents exist.

**REQUEST FOR PRODUCTION NO. 33:**

All document relating to any valuations of Your entire business and/or any portion thereof, performed internally by You or by any third-parties (such as The Carlyle Group and Advanta Growth Capital), including all records of patents, patents valuations, and analyses of goodwill and other intangible assets related or referring to any of Your allegedly patented products or Your entire business.

**RESPONSE:**

e-Numerate incorporates its General Objections by reference as if fully set forth here.  e-Numerate objects to this request to the extent it seeks information not relevant to any claim or defense in this matter.  e-Numerate objects to this request to the extent it seeks information protected by the attorney-client and/or work-product privileges.  Subject to the foregoing objections e-Numerate responds that documents responsive to this request that Plaintiffs believe to exist and have been able to identify have already been produced to the Defendant.  Some examples of responsive documents include those found at ENUM 0035609-35748, 0035813-35952, and 0036630-36652.  Nevertheless, e-Numerate will conduct an additional search to see if any further responsive documents can be located.

**REQUEST FOR PRODUCTION NO. 34:**

All documents relating to the next best alternatives to the accused products, including analyses of performance/quality differentials, cost increases to end users, or decreased benefits to

end users.

**RESPONSE:**

e-Numerate incorporates its General Objections by reference as if fully set forth herein. e-Numerate further objects to this request to the extent it seeks information protected by the attorney-client and/or work-product privileges. e-Numerate objects to this request on the grounds that it seeks information not relevant to any claim or defense in this matter. e-Numerate is not seeking lost profits as the measure of damages in this matter, nor are lost profits recoverable under 28 U.S.C. § 1498. As a result, any inquiry into the alleged "next best" alternative is irrelevant to the damages claim in this matter. This damages claim is directed to the "reasonable and entire compensation" to which e-Numerate is entitled under 28 U.S.C. § 1498.

**REQUEST FOR PRODUCTION NO. 35:**

All documents relating to any products that possibly constitute substitute products or acceptable non-infringing alternatives to the accused products.

**RESPONSE:**

e-Numerate incorporates its General Objections by reference as if fully set forth herein. e-Numerate further objects to this request to the extent it seeks information protected by the attorney-client and/or work-product privileges. e-Numerate objects to this request on the grounds that it seeks information not relevant to any claim or defense in this matter. e-Numerate is not seeking lost profits as the measure of damages in this matter, nor are lost profits recoverable under 28 U.S.C. § 1498. As a result, any inquiry into the alleged substitute products and/or non-infringing alternatives is irrelevant to the damages claim in this matter. This damages claim is directed to the "reasonable and entire compensation" to which e-Numerate is entitled under 28 U.S.C. § 1498.

10

**REQUEST FOR PRODUCTION NO. 36:**

All documents relating to research and development and engineering costs and efforts related to Your products, as well as any substitute or non-infringing alternatives, for the time period prior to, during, and subsequent to the period in which sales of Your products were made.

**RESPONSE:**

e-Numerate incorporates its General Objections by reference as if fully set forth herein. e-Numerate further objects to this request to the extent it seeks information protected by the attorney-client and/or work-product privileges. e-Numerate objects to this request on the grounds that it seeks information not relevant to any claim or defense in this matter. e-Numerate is not seeking lost profits as the measure of damages in this matter, nor are lost profits recoverable under 28 U.S.C. § 1498. As a result, any inquiry into the alleged substitute products and/or non-infringing alternatives is irrelevant to the damages claim in this matter. This damages claim is directed to the "reasonable and entire compensation" to which e-Numerate is entitled under 28 U.S.C. § 1498.

**REQUEST FOR PRODUCTION NO. 37:**

All documents relating to the availability and incremental cost of products which You contend may constitute acceptable non-infringing alternatives.

**RESPONSE:**

e-Numerate incorporates its General Objections by reference as if fully set forth herein. e-Numerate further objects to this request to the extent it seeks information protected by the attorney-client and/or work-product privileges. e-Numerate objects to this request on the grounds that it seeks information not relevant to any claim or defense in this matter. e-Numerate is not seeking lost profits as the measure of damages in this matter, nor are lost profits recoverable under 28 U.S.C. § 1498. As a result, any inquiry into the alleged substitute products and/or non-infringing alternatives is irrelevant to the damages claim in this matter. This damages claim is directed to the "reasonable and entire compensation" to which e-Numerate is entitled under 28 U.S.C. § 1498.

11

**REQUEST FOR PRODUCTION NO. 38:**

All prior art to any of the Asserted Patents.

**RESPONSE:**

e-Numerate incorporates its General Objections by reference as if fully set forth here. e-Numerate objects to this request to the extent it seeks information not relevant to any claim or defense in this matter. e-Numerate objects to this request to the extent it seeks information protected by the attorney-client and/or work-product privileges. e-Numerate believes it has already produced documents responsive to this request. By way of example, all documents referencing potential prior art considered by the various Patent Examiners have already been produced to the Defendant as part of the various United States Patent Applications and related documents which have been produced in their entirety. Some examples of same can be found at ENUM 0001553 – 0002389, ENUM 0002415 – 0003224, ENUM 0003227 – 0004036, ENUM 0004039 – 0005196, ENUM 0005227 – 0006011, ENUM 0006014 – 0006513, ENUM 0007090 – 0007868, ENUM 0007877 – 0009034, ENUM 0011092 – 0011876, ENUM 0012691 – 0013848, ENUM 0013879 – 0014663, ENUM 0014666 – 0015165, ENUM 0015168 – 0016325, ENUM 0016356 – 0017140, ENUM 0017143 – 0018300, ENUM 0018331 – 0019140, ENUM 0020333 – 0021435. Nevertheless, e-Numerate will conduct an additional search to see if any further responsive documents can be located.

**REQUEST FOR PRODUCTION NO. 39:**

All references, publications, or documents cited to or by the PTO or any foreign patent office during the prosecution or reexamination of any of the Asserted Patents or Related Patents.

**RESPONSE:**

e-Numerate incorporates its General Objections by reference as if fully set forth here. e-Numerate objects to this request to the extent it seeks information not relevant to any claim or defense in this matter. e-Numerate objects to this request to the extent it seeks information protected by the

12

attorney-client and/or work-product privileges.   e-Numerate believes it has already produced documents responsive to this request.  By way of example, all documents referencing potential prior art considered by the various Patent Examiners have already been produced to the Defendant as part of the various United States Patent Applications and related documents which have been produced in their entirety.  Some examples of same can be found at ENUM 0001553 – 0002389, ENUM 0002415 – 0003224, ENUM 0003227 – 0004036, ENUM 0004039 – 0005196, ENUM 0005227 – 0006011, ENUM 0006014 – 0006513, ENUM 0007090 – 0007868, ENUM 0007877 – 0009034, ENUM 0011092 – 0011876, ENUM 0012691 – 0013848, ENUM 0013879 – 0014663, ENUM 0014666 – 0015165, ENUM 0015168 – 0016325, ENUM 0016356 – 0017140, ENUM 0017143 – 0018300, ENUM 0018331 – 0019140, ENUM 0020333 – 0021435.  Nevertheless, e-Numerate will conduct an additional search to see if any further responsive documents can be located.

**REQUEST FOR PRODUCTION NO. 40:**

All Documents relating to interests in the outcome of this lawsuit, including agreements reflecting any financial or other interest in the lawsuit's outcome by any Person or Organization other than Plaintiffs, including documents sufficient to identify any litigation funder(s) and the terms of any litigation funding agreement(s) and modifications and amendments thereto.

**RESPONSE:**

e-Numerate incorporates its General Objections as if fully set forth herein.  Furthermore, e-Numerate objects to this request to the extent it seeks information protected from discovery by the attorney-client and/or work-product privileges.  In addition to the General Objections set forth above, Plaintiffs further object to this request on the grounds that it requests document(s) which is/are not relevant to any party's claim or defense, nor is it reasonably calculated to lead to the discovery of any admissible evidence.

**REQUEST FOR PRODUCTION NO. 41:**

Documents sufficient to show any ownership interest in either Plaintiff in this litigation, including all investments made by venture capital or private equity entities including The Carlyle Group.

**RESPONSE:**

e-Numerate incorporates its General Objections by reference as if fully set forth here. e-Numerate objects to this request to the extent it seeks information not relevant to any claim or defense in this matter. e-Numerate objects to this request to the extent it seeks information protected by the attorney-client and/or work-product privileges. Without waiving such objections, e-Numerate believes it has already produced documents responsive to this request. By way of example, documents relating to investments in ESI made by The Carlyle Group that Plaintiffs have been able to identify have already been produced to the Defendant including, but not limited to, the documents found at ENUM 0000393-0000477, 0000624, 0000674-000675, and 0000677-0000681. Nevertheless, e-Numerate will conduct an additional search to see if any further responsive documents can be located.

Dated: February 3, 2026

**O'KELLY & O'ROURKE, LLC**

*/s/ Gerard M. O'Rourke*
Gerard M. O'Rourke
Sean T. O'Kelly
824 N. Market Street, Suite 1001A
Wilmington, DE 19801
302-778-4000
gorourke@okorlaw.com
sokelly@okorlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing **PLAINTIFFS' RESPONSE TO DEFENDANT'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFFS (NOS. 25-41)** was sent by e-mail this 2nd day of February, 2026 to:

**Shahar Harel**
Shahar.Harel@usdoj.gov

**Scott Bolden**
Scott.Bolden@usdoj.gov

**Andrew Curran**
Andrew.Curran2@usdoj.gov

Department of Justice
Washington, DC 20530

Dated: February 3, 2026

*/s/ Gerard M. O'Rourke*
Gerard M. O'Rourke

15