**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

E-NUMERATE SOLUTIONS, INC, and
E-NUMERATE, LLC,

             Plaintiffs,

    v.

THE UNITED STATES,

             Defendant.

No.: 1:19-cv-00859-MHS

**PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DISCOVERY RELATING TO ITS DEFENSES AND PLAINTIFF'S CLAIM FOR FEES AND COSTS**

Plaintiffs e-Numerate Solutions, Inc., and e-Numerate, LLC, (collectively "e-Numerate") respectfully request that their deadline to respond to *Defendant's Motion to Compel Production of Discovery Relating to Its Defenses and Plaintiff's Claim for Fees and Costs* (D.I. 210) be extended from May 4, 2026 to May 8, 2026. Counsel for Defendant has indicated that they do not oppose this request.

             Respectfully submitted,

             **O'KELLY & O'ROURKE, LLC**

             */s/ Sean T. O'Kelly*
             Sean T. O'Kelly
             Gerard M. O'Rourke
             824 N. Market Street, Suite 1001A
             Wilmington, DE 19801
             302-778-4000
             sokelly@okorlaw.com
             gorourke@okorlaw.com

Dated: May 4, 2026             *Attorneys for Plaintiffs*

1