# EXHIBIT A

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

E-NUMERATE SOLUTIONS, INC. and
E-NUMERATE, LLC,

       Plaintiffs,

    v.

THE UNITED STATES OF AMERICA,

       Defendant.

C.A. No. 19-859-MHS

### PLAINTIFFS' RULE 26(a)(1) INITIAL DISCLOSURES

Pursuant to Rule 26(a)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), Plaintiffs e-Numerate Solutions, Inc., and e-Numerate, LLC (collectively "e-Numerate" or Plaintiffs), hereby provide the following disclosures required by RCFC 26(a)(1)(A). These disclosures are subject to amendment or supplementation consistent with the rules and orders of this Court.

**Rule 26(a)(1)(A)(i) Disclosures: Individuals "Likely to Have Discoverable Information"**

Plaintiffs provide the following list of individuals and entities who are likely to have discoverable information that may be used to support the claims or defenses of the Plaintiffs. To the extent that the following individuals are currently employed by the Plaintiffs, they may only be contacted through the undersigned attorney. For individuals formerly employed by the Plaintiffs, although a subpoena under Rule 45 may eventually be required, contact should be initiated through the undersigned attorney.

1

Plaintiffs are in possession of documents relating to the development of products that incorporate aspects of the inventions claimed in the patents-in-suit by e-Numerate Solutions, Inc.  Similarly, Plaintiffs are in possession of documents relating to licenses given by e-Numerate Solutions, Inc., to use products embodying aspects of the inventions claimed in the patent-in-suit.

**Rule 26(a)(1)(A)(iii) Disclosures: Computation of Damages**

A computation of each category of damages will be made by a damages expert witness of e-Numerate at the time specified in the Scheduling Order in this matter.

Dated: June 23, 2025

Respectfully submitted,

*/s/ Gerard M. O'Rourke*
Gerard M. O'Rourke
Sean T. O'Kelly
O'KELLY & O'ROURKE, LLC
824 N. Market Street, Suite 1001A
Wilmington, DE 19801
302-778-4000
gorourke@okorlaw.com
sokelly@okorlaw.com

*Attorneys for Plaintiffs*

11