# EXHIBIT C

## Harel, Shahar (CIV)

| | |
|---|---|
| **From:** | Harel, Shahar (CIV) |
| **Sent:** | Friday, May 1, 2026 10:43 AM |
| **To:** | Gerard O'Rourke; Sean O'Kelly; andrew@agordonlawfirm.com; Laura Carrig |
| **Cc:** | Bolden, Scott (CIV); Curran, Andrew  (CIV) |
| **Subject:** | RE: [EXTERNAL] RE: e-Numerate |

Jerry,

Thank you for your email.  The Government's certification pursuant to Rule 7.3 was proper.  The requirement to meet and confer is not a requirement to meet and confer endlessly when unproductive but rather to make a good-faith effort to discuss the relief sought and to narrow the issues for the Court.  The Government did that.  We even included your April 15th letter with your proposal for additional discussions as part of our motion so that the Court has the relevant context.  Further, it was clear from the motion and the inclusion of that letter that the motion was opposed.

Additionally, your email confirms that further discussions would not be fruitful as you continue to condition an assertion of privilege and supplementation based on our withdrawal of the motion.  As we explained in our brief, you have a duty to supplement independent of any agreement on our part.  Please do so promptly.

Finally, if e-Numerate is interested in mooting the request for the representation agreements, it can expressly withdraw its demand for e-Numerate's costs as part of its claim for reasonable compensation.  As long as e-Numerate demands its costs, it is fundamentally unfair for e-Numerate to withhold documents in its possession that would support or rebut this claim.  Doing so is contrary to basic principles of discovery, and it frustrates the Government's ability to value the case and engage in settlement discussions.

Regards,
Shahar

**From:** Gerard O'Rourke <gorourke@okorlaw.com>
**Sent:** Wednesday, April 29, 2026 1:51 PM
**To:** Harel, Shahar (CIV) <Shahar.Harel@usdoj.gov>; Sean O'Kelly <sokelly@okorlaw.com>; andrew@agordonlawfirm.com; Laura Carrig <lcarrig@okorlaw.com>
**Cc:** Bolden, Scott (CIV) <Scott.Bolden@usdoj.gov>; Curran, Andrew (CIV) <Andrew.Curran2@usdoj.gov>
**Subject:** [EXTERNAL] RE: e-Numerate

Shahar,

We are in receipt of your motion to compel.  We believe that you improperly filed this motion without completing the meet and confer process.  By way of example, our April 15 letter indicates that we were prepared to continue our discussions with you about the issues.  As a result, your certification under Rule 7.3 is improper.  Under 7.3(a), you were obligated to "make a reasonable and good faith effort to discuss the anticipated motion with opposing counsel to determine whether there is any opposition to the relief sought and, if there is, to narrow the areas of disagreement."  You did not do that.  Moreover,

under 7.3(b) you were required to "state whether the motion is opposed or, if opposing counsel cannot be consulted, include an explanation of the efforts that were made to do so."  You did not do that either.  You did not comply with Rule 7.3.

We demand that you withdraw the motion to compel.  Please advise by COB tomorrow (April 30) if you will do so.  Also let us know by that time whether the dispute will be mooted if we:  (1) amend the response to request 40 to state there is no litigation funding agreement with any third party; and (2) log our representation agreements.  We have repeatedly told you that there is no litigation funding agreement, and we can amend the response to state that.  As for the representation agreements, none of the caselaw you cited states that they are discoverable (if they are discoverable at all) prior to e-Numerate obtaining a judgment against the Government in its favor.

Very truly yours,

Jerry

Gerard M. O'Rourke, Esq.
O'Kelly & O'Rourke, LLC
824 N. Market Street, Suite 1001A
Wilmington, DE  19801
Phone: (302) 778-4000
Direct: (302) 778-4002
Facsimile: (302) 295-2873
gorourke@okorlaw.com

---

**From:** Harel, Shahar (CIV) <Shahar.Harel@usdoj.gov>
**Sent:** Monday, April 20, 2026 4:35 PM
**To:** Gerard O'Rourke <gorourke@okorlaw.com>; Sean O'Kelly <sokelly@okorlaw.com>; andrew@agordonlawfirm.com; Laura Carrig <lcarrig@okorlaw.com>
**Cc:** Bolden, Scott (CIV) <Scott.Bolden@usdoj.gov>; Curran, Andrew (CIV) <Andrew.Curran2@usdoj.gov>
**Subject:** e-Numerate

Counsel,

Attached is a courtesy copy of today's filing.

Regards,
Shahar

**Shahar Harel, Trial Attorney**
Intellectual Property Section | Commercial Litigation Branch
Civil Division | U.S. Department of Justice | Washington D.C. 20530
T: (202) 305-3075 | F: (202) 307-0345 | Shahar.Harel@usdoj.gov