**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| E-NUMERATE SOLUTIONS, INC, and E-NUMERATE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No.: 1:19-cv-00859-MHS |

**JOINT MOTION FOR AN EXTENSION OF TIME TO FILE JOINT STATUS REPORT**

Pursuant to the Courts Order of February 26, 2026 (D.I. 209) the deadline for Plaintiffs e-Numerate Solutions, Inc. and e-Numerate, LLC ("Plaintiffs" or "e-Numerate") and Defendant United States of America (collectively the "Parties") to file a Joint Status Report is presently set for May 22, 2026.

WHEREAS the parties are still meeting and conferring about an extension of the fact discovery deadline and the timing of expert reports in the matter;

WHEREAS additional time would help the parties resolve any disputes or decrease the areas of disagreement;

WHEREFORE, the parties jointly move this Court to extend the Parties deadline to file their Joint Status Report from May 22, 2026, to May 28, 2026.

All remaining dates presently in effect in this action remain unchanged.

Respectfully submitted,

**O'KELLY & O'ROURKE, LLC**

*/s/ Sean T. O'Kelly*

Dated: May 22, 2026

Sean T. O'Kelly

Gerard M. O'Rourke
824 N. Market Street, Suite 1001A
Wilmington, DE 19801
302-778-4000
sokelly@okorlaw.com
gorourke@okorlaw.com

*Attorneys for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General

SCOTT BOLDEN
Director

*s/ Shahar Harel*
SHAHAR HAREL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Email: Shahar.Harel@USDOJ.gov
Telephone: (202) 305-3075
Facsimile: (202) 307-0345
*COUNSEL FOR THE UNITED STATES OF AMERICA*

Of Counsel:
ANDREW CURRAN
Department of Justice