# EXHIBIT A



Gerard O'Rourke <gorourke@okorlaw.com>

---

## e-Numerate
1 message

---

**Harel, Shahar (CIV)** <Shahar.Harel@usdoj.gov>                                   Thu, May 14, 2026 at 5:16 PM
To: Gerard O'Rourke <gorourke@okorlaw.com>, Sean O'Kelly <sokelly@okorlaw.com>, "andrew@agordonlawfirm.com" <andrew@agordonlawfirm.com>, Laura Carrig <lcarrig@okorlaw.com>
Cc: "Curran, Andrew (CIV)" <Andrew.Curran2@usdoj.gov>, "Bolden, Scott (CIV)" <Scott.Bolden@usdoj.gov>

Counsel,

Attached please find:

- Declaration of Eric E. Cohen
- Declaration of Herman Fischer

We will provide Bates-stamped versions of the attached in due course, but we wanted to provide these to you now.

Regards,

Shahar

**Shahar Harel, Trial Attorney**

Intellectual Property Section | Commercial Litigation Branch

Civil Division | U.S. Department of Justice | Washington D.C. 20530

T: (202) 305-3075 | F: (202) 307-0345 | Shahar.Harel@usdoj.gov

Please direct all packages and express deliveries to:

1100 L Street, N.W., Room 8520

Washington, D.C. 20005

---

**2 attachments**

 **Adobe Scan May 14, 2026.pdf**
1048K

 **Declaration of Herman Fischer.pdf**
674K