# EXHIBIT B

# Gerard O'Rourke

| | |
|---|---|
| **From:** | Harel, Shahar (CIV) <Shahar.Harel@usdoj.gov> on behalf of Harel, Shahar (CIV) |
| **Sent:** | Thursday, May 14, 2026 5:35 PM |
| **To:** | Laura Carrig; Bolden, Scott (CIV); Curran, Andrew  (CIV) |
| **Cc:** | Gerard O'Rourke; Sean O'Kelly |
| **Subject:** | RE: [EXTERNAL] Notice of Third Party SubpoenaS - Case No. 1:19-cv-00859-MHS - E-NUMERATE SOLUTIONS, INC. et al v. USA |

Counsel,

Following up on the below notice of third-party subpoenas, please forward any documents received from third-parties pursuant to e-Numerate's subpoenas.  *See, e.g.*, Request For Production No. 24.  Additionally, to the extent e-Numerate seeks to schedule a deposition with a third-party, please include the Government in scheduling discussions with third-parties as we plan to attend these depositions.

Thanks,
Shahar

**Shahar Harel, Trial Attorney**
Intellectual Property Section | Commercial Litigation Branch
Civil Division | U.S. Department of Justice | Washington D.C. 20530
T: (202) 305-3075 | F: (202) 307-0345 | Shahar.Harel@usdoj.gov

Please direct all packages and express deliveries to:
1100 L Street, N.W., Room 8520
Washington, D.C. 20005

---

**From:** Laura Carrig <lcarrig@okorlaw.com>
**Sent:** Wednesday, May 13, 2026 3:01 PM
**To:** Harel, Shahar (CIV) <Shahar.Harel@usdoj.gov>; Bolden, Scott (CIV) <Scott.Bolden@usdoj.gov>; Curran, Andrew (CIV) <Andrew.Curran2@usdoj.gov>
**Cc:** Gerard O'Rourke <gorourke@okorlaw.com>; Sean O'Kelly <sokelly@okorlaw.com>
**Subject:** [EXTERNAL] Notice of Third Party SubpoenaS - Case No. 1:19-cv-00859-MHS - E-NUMERATE SOLUTIONS, INC. et al v. USA

Dear Counsel,

Please see the attached.

Sincerely,
--
**Laura G. Carrig**
**Paralegal**

O'Kelly & O'Rourke, LLC
824 N. Market Street, Suite 1001A
Wilmington, DE  19801
Phone: (856) 266-2797
Fax: (302) 295-2873
lcarrig@okorlaw.com

2