# EXHIBIT C

O'Kelly & O'Rourke, LLC Mail - RE: e-Numerate v US - Toppan Merrell Subpoenas



**Gerard O'Rourke <gorourke@okorlaw.com>**

# RE: e-Numerate v US - Toppan Merrell Subpoenas
1 message

**Steinert, Adam** <ASteinert@fredlaw.com>                                                    Tue, May 26, 2026 at 3:50 PM
To: Gerard O'Rourke <gorourke@okorlaw.com>
Cc: Sean O'Kelly <sokelly@okorlaw.com>, "andrew@agordonlawfirm.com" <andrew@agordonlawfirm.com>, Laura Carrig <lcarrig@okorlaw.com>

Hi Jerry,

In addition to what you list below, Toppan Merrill objects to the number of deposition topics, their clarity, and overall burden, as well as the fact that two subpoenas were served without a clear explanation.

Best regards,

Adam

**From:** Gerard O'Rourke <gorourke@okorlaw.com>
**Sent:** Tuesday, May 26, 2026 1:57 PM
**To:** Steinert, Adam <ASteinert@fredlaw.com>
**Cc:** Sean O'Kelly <sokelly@okorlaw.com>; andrew@agordonlawfirm.com; Laura Carrig <lcarrig@okorlaw.com>
**Subject:** e-Numerate v US - Toppan Merrell Subpoenas

CAUTION: EXTERNAL E-MAIL

Adam,

O'Kelly & O'Rourke, LLC Mail - Re: eNumerate v. U.S./Toppan Merrill Subpoenas

Nice talking with you today.  Per our conversation, Merrill intends to produce a witness on the structure and operation of Toppan Merrill Bridge.  In addition, Merrill intends to produce a witness on the financial information sought.  As for the authenticity and business record status of the documents Merrill has produced, Merrill will either produce a witness and/or discuss an appropriate declaration.

As for timing, the subpoena was due today. Had you sent an email prior to today, you would have objected to the timing and location of the deposition.  You will advise as to where the witness(es) are located and provide dates for deposition.

In terms of our prior meet and confer, we requested that you produce the information you agreed to produce (technical and financial).

In terms of what Toppan Merrill possesses, you indicated that Toppan Merrill does not have information pre-acquisition.  As a result, the Datasite subpoena was necessary to serve.

Let me know if the foregoing is inaccurate.  I look forward to hearing from you about deposition dates.

Very truly yours,

Jerry

Gerard M. O'Rourke, Esq.

O'Kelly & O'Rourke, LLC

824 N. Market Street, Suite 1001A

Wilmington, DE  19801

Phone: (302) 778-4000

Direct: (302) 778-4002

Facsimile: (302) 295-2873

gorourke@okorlaw.com