# EXHIBIT D

Case 1:19-cv-00859-MHS   Document 216-4   Filed 05/28/26   Page 2 of 9



Gerard O'Rourke <gorourke@okorlaw.com>

## RE: Request for Financial Information from SAP America, Inc. pursuant to Subpoena in e-Numerate Solutions, Inc., et al. v. United States, No. 1:19-cv-859

1 message

**Gerard O'Rourke** <gorourke@okorlaw.com>                                      Tue, May 26, 2026 at 3:44 PM
To: "Dorsky, Jason M." <JMDorsky@venable.com>, Sean O'Kelly <sokelly@okorlaw.com>
Cc: "Cimino, Frank C., Jr." <FCCimino@venable.com>, "Prey, Kevin" <kevin.prey@sap.com>, Laura Carrig <lcarrig@okorlaw.com>

Jason,

Thanks for speaking with me today.  SAP has a response date of June 2.  To avoid motion practice, we will agree to extend out the response date two weeks.  We will not argue that a motion filed before that extension was filed was untimely and/or waived SAP's defenses to the subpoena.

This agreement assumes that the Court extends fact discovery for the parties.  Nevertheless, we anticipate that the Court will extend discovery into September of this year based on the parties' agreement.  I hope to let you know tomorrow where the discussions with the DOJ stand.

We discussed SAP producing a witness for the technical, financial and evidentiary topics set forth in the subpoena.   SAP is willing to discuss producing a witness for technical and financial information if we can agree on a suitable narrowing of the subpoena.  SAP is also willing to discuss producing a witness and/or a declaration on the evidentiary issues (authenticity and business records).  We agreed to have a follow-up call to go over this in more detail and to discuss potential timing of a deposition.

Kindly let me know if the foregoing is incorrect.  Thanks.

Very truly yours,

Jerry

Gerard M. O'Rourke, Esq.

O'Kelly & O'Rourke, LLC

Case 1:19-cv-00859-MHS    Document 216-4    Filed 05/28/26    Page 3 of 9

824 N. Market Street, Suite 1001A

Wilmington, DE  19801

Phone: (302) 778-4000

Direct: (302) 778-4002

Facsimile: (302) 295-2873

gorourke@okorlaw.com

---

**From:** Dorsky, Jason M. <JMDorsky@Venable.com>
**Sent:** Tuesday, May 26, 2026 11:30 AM
**To:** Gerard O'Rourke <gorourke@okorlaw.com>; Sean O'Kelly <sokelly@okorlaw.com>
**Cc:** Cimino, Frank C., Jr. <FCCimino@Venable.com>; Prey, Kevin <kevin.prey@sap.com>; Laura Carrig <lcarrig@okorlaw.com>
**Subject:** RE: Request for Financial Information from SAP America, Inc. pursuant to Subpoena in e-Numerate Solutions, Inc., et al. v. United States, No. 1:19-cv-859

Jerry,

I can discuss at 3pm ET today, and will dial in using the info below.

Thanks,

Jason

**Jason M. Dorsky, Esq. | Venable LLP**
**t** 202.721.5435 | **f** 202.344.8300 | **m** 917.817.8006
600 Massachusetts Avenue, NW, Washington, DC 20001

JMDorsky@Venable.com | www.Venable.com

---

**From:** Gerard O'Rourke <gorourke@okorlaw.com>
**Sent:** Tuesday, May 26, 2026 11:12 AM
**To:** Dorsky, Jason M. <JMDorsky@Venable.com>; Sean O'Kelly <sokelly@okorlaw.com>
**Cc:** Cimino, Frank C., Jr. <FCCimino@Venable.com>; Prey, Kevin <kevin.prey@sap.com>; Laura Carrig <lcarrig@okorlaw.com>
**Subject:** RE: Request for Financial Information from SAP America, Inc. pursuant to Subpoena in e-Numerate Solutions, Inc., et al. v. United States, No. 1:19-cv-859

**Caution: External Email**

---

Hi Jason,

Is 3 pm still available for you?  If so, we can use the following dial-in:

(832)831-2424

PIN 284318

Very truly yours,

Jerry

---

**From:** Dorsky, Jason M. <JMDorsky@Venable.com>
**Sent:** Tuesday, May 26, 2026 11:10 AM
**To:** Gerard O'Rourke <gorourke@okorlaw.com>; Sean O'Kelly <sokelly@okorlaw.com>

Case 1:19-cv-00859-MHS    Document 216-4    Filed 05/28/26    Page 5 of 9

**Cc:** Cimino, Frank C., Jr. <FCCimino@Venable.com>; Prey, Kevin <kevin.prey@sap.com>; Laura Carrig <lcarrig@okorlaw.com>
**Subject:** RE: Request for Financial Information from SAP America, Inc. pursuant to Subpoena in e-Numerate Solutions, Inc., et al. v. United States, No. 1:19-cv-859

Jerry,

I'm following up on my email below, please let us know when you are available to discuss the new subpoena.

Regards,

Jason

**Jason M. Dorsky, Esq. | Venable LLP**
**t** 202.721.5435 | **f** 202.344.8300 | **m** 917.817.8006
600 Massachusetts Avenue, NW, Washington, DC 20001

JMDorsky@Venable.com | www.Venable.com

---

**From:** Dorsky, Jason M. <JMDorsky@Venable.com>
**Sent:** Thursday, May 21, 2026 11:30 AM
**To:** Gerard O'Rourke <gorourke@okorlaw.com>; Sean O'Kelly <sokelly@okorlaw.com>
**Cc:** Cimino, Frank C., Jr. <FCCimino@Venable.com>; Prey, Kevin <kevin.prey@sap.com>; Laura Carrig <lcarrig@okorlaw.com>
**Subject:** RE: Request for Financial Information from SAP America, Inc. pursuant to Subpoena in e-Numerate Solutions, Inc., et al. v. United States, No. 1:19-cv-859

Jerry,

We can be available on Tuesday (May 26) between 2-4pm ET. Please let us know if there is a time within that window that works.

Regards,

Jason


**Jason M. Dorsky, Esq. | Venable LLP**
**t** 202.721.5435 | **f** 202.344.8300 | **m** 917.817.8006
600 Massachusetts Avenue, NW, Washington, DC 20001

JMDorsky@Venable.com | www.Venable.com

---

**From:** Gerard O'Rourke <gorourke@okorlaw.com>
**Sent:** Wednesday, May 20, 2026 7:41 AM
**To:** Dorsky, Jason M. <JMDorsky@Venable.com>; Sean O'Kelly <sokelly@okorlaw.com>
**Cc:** Cimino, Frank C., Jr. <FCCimino@Venable.com>; Prey, Kevin <kevin.prey@sap.com>; Laura Carrig <lcarrig@okorlaw.com>
**Subject:** Re: Request for Financial Information from SAP America, Inc. pursuant to Subpoena in e-Numerate Solutions, Inc., et al. v. United States, No. 1:19-cv-859


**Caution: External Email**

---

Jason,


Thank you for your email.  I am happy to speak with you and Kevin on Friday or early next week if you are available.


Service of the registered agent was not meant to be an end-run around you.  We are coming up on a deadline in the case and we needed to preserve our discovery rights.  We did not want any argument that service was ineffective, particularly from the DOJ.  Not communicating with you in advance was due to the many activities in the case that are presently going on.  Your email about our letter was also something we planned on responding to but could not get to before the latest round of depositions we are in started this week.


Please let me know your and Kevin's availability and we can set up a call.  Thanks.


Jerry

On Tue, May 19, 2026 at 9:57 AM Dorsky, Jason M. <JMDorsky@venable.com> wrote:

> Jerry,
>
> Our client recently informed us that e-Numerate has served yet another subpoena on SAP, again advancing broad, overly burdensome, and duplicative production demands, as well as seeking a deposition on various topics concerning SAP's Disclosure Management using vague and undefined terms. Further, despite your knowledge that we serve as SAP's counsel, we did not receive any notice or copy of the new subpoena from e-Numerate. This is now the <u>third</u> subpoena with duplicative demands that e-Numerate has served on SAP since February 2021, and its ongoing efforts to restart the subpoena process again and again against non-party SAP, and raise the same overbroad demands that have already been addressed in our prior communications, is both unreasonable and prejudicial.
>
> To be clear and to preserve all rights, SAP hereby objects to e-Numerate's third subpoena against SAP (dated May 14, 2026) as being excessive, overbroad, unduly burdensome, duplicative, vague, ambiguous, seeking irrelevant and/or privileged information, and imposing an unnecessary and substantial hardship on SAP, particularly where SAP is a non-party to the underlying litigation and has already engaged in good faith on e-Numerate's prior subpoenas. SAP further objects to the return date set forth in the subpoena (June 2, 2026 at 9:00 am) as failing to allow a reasonable time to comply.  SAP will not be available for deposition on that date, and will not produce any additional documents on that date, as SAP has already substantially complied with e-Numerate's prior subpoenas which are duplicative of its latest subpoena. SAP reserves all rights, including its right to quash all pending e-Numerate subpoenas.
>
> Please promptly let me know when you are available to discuss the purpose and scope of this subpoena, why I did not receive notice of it, and why we have not received a response to my May 5 email below regarding your letter concerning e-Numerate's last (second) subpoena.
>
> Regards,
>
> Jason
>
>
> **Jason M. Dorsky, Esq. | Venable LLP**
> **t** 202.721.5435 | **f** 202.344.8300 | **m** 917.817.8006
> 600 Massachusetts Avenue, NW, Washington, DC 20001
>
> JMDorsky@Venable.com | www.Venable.com
>
> ---
>
> **From:** Dorsky, Jason M. <JMDorsky@Venable.com>
> **Sent:** Tuesday, May 5, 2026 9:42 AM

Case 1:19-cv-00859-MHS    Document 216-4    Filed 05/28/26    Page 8 of 9

**To:** Gerard O'Rourke <gorourke@okorlaw.com>
**Cc:** Cimino, Frank C., Jr. <FCCimino@Venable.com>; Prey, Kevin <kevin.prey@sap.com>; Laura Carrig <lcarrig@okorlaw.com>
**Subject:** RE: Request for Financial Information from SAP America, Inc. pursuant to Subpoena in e-Numerate Solutions, Inc., et al. v. United States, No. 1:19-cv-859

Jerry,

We are in receipt of your letter below.  Please let us know if you have time Wednesday (5/6) or Thursday (5/7) afternoon (after 2pm ET) for a call to discuss.

Regards,

Jason

**Jason M. Dorsky, Esq. | Venable LLP**
**t** 202.721.5435 | **f** 202.344.8300 | **m** 917.817.8006
600 Massachusetts Avenue, NW, Washington, DC 20001

JMDorsky@Venable.com | www.Venable.com

---

**From:** Laura Carrig <lcarrig@okorlaw.com>
**Sent:** Tuesday, April 28, 2026 3:51 PM
**To:** Dorsky, Jason M. <JMDorsky@Venable.com>
**Cc:** Gerard O'Rourke <gorourke@okorlaw.com>
**Subject:** Request for Financial Information from SAP America, Inc. pursuant to Subpoena in e-Numerate Solutions, Inc., et al. v. United States, No. 1:19-cv-859

**Caution: External Email**

---

Dear Counsel,

On behalf of Gerard M. O'Rourke, please see the attached correspondence.

Sincerely,

Case 1:19-cv-00859-MHS   Document 216-4   Filed 05/28/26   Page 9 of 9

--

**Laura G. Carrig**
**Paralegal**
O'Kelly & O'Rourke, LLC
824 N. Market Street, Suite 1001A
Wilmington, DE  19801
Phone: (856) 266-2797
Fax: (302) 295-2873
lcarrig@okorlaw.com


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This electronic mail transmission may contain confidential or privileged information. If
you believe you have received this message in error, please notify the sender by reply
transmission and delete the message without copying or disclosing it.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*