# EXHIBIT F

Case 1:19-cv-00859-MHS   Document 216-6   Filed 05/28/26   Page 2 of 8



**Gerard O'Rourke <gorourke@okorlaw.com>**

## RE: Request for Financial Information from Insightsoftware, LLC pursuant to Subpoena in e-Numerate Solutions, Inc., et al. v. United States, No. 1:19-cv-859 [SMITHLAW-RDU.016041.00021]

1 message

**John Jo** <jjo@smithlaw.com>                                                                          Wed, May 27, 2026 at 9:28 AM
To: Gerard O'Rourke <gorourke@okorlaw.com>
Cc: Sean O'Kelly <sokelly@okorlaw.com>, Laura Carrig <lcarrig@okorlaw.com>, Mike Mitchell <mmitchell@smithlaw.com>, Jackson Moore <jmoore@smithlaw.com>

Jerry,

We agree to the 2-week extension to file any motions with respect to the deposition subpoena, without prejudice to or waiver of any of Insightsoftware's rights, objections, or defenses to the subpoena or any new subpoena that E-Numerate may issue, in reliance on E-Numerate 's agreement that it will not argue that any motion filed by Insightsoftware with respect to the deposition subpoena on or before our extended deadline was untimely or that Insightsoftware waived any of its rights, objections, or defenses to the subpoena.  To be clear, we are calculating the 2 weeks from the date of the deposition on May 29, 2026, so our new deadline to file a motion would be on or before June 12, 2026.  Based on our agreement, we also understand that E-Numerate will not hold the deposition of Insightsoftware on May 29, as stated in the deposition subpoena.

We will wait to hear back from you after your call with DOJ so that we can continue discussions regarding the deposition subpoena.

Regards,

**JOHN H. JO | PARTNER**
jjo@smithlaw.com | bio
O: 919.821.6636 | vcard | smithlaw.com | map

**From:** Gerard O'Rourke <gorourke@okorlaw.com>
**Sent:** Tuesday, May 26, 2026 3:55 PM
**To:** John Jo <jjo@smithlaw.com>
**Cc:** Sean O'Kelly <sokelly@okorlaw.com>; Laura Carrig <lcarrig@okorlaw.com>; Mike Mitchell <mmitchell@smithlaw.com>; Jackson Moore <jmoore@smithlaw.com>

Case 1:19-cv-00859-MHS    Document 216-6    Filed 05/28/26    Page 3 of 8

**Subject:** RE: Request for Financial Information from Insightsoftware, LLC pursuant to Subpoena in e-Numerate Solutions, Inc., et al. v. United States, No. 1:19-cv-859 [SMITHLAW-RDU.016041.00021]

**External:**

John,

Thanks for talking with me earlier today.  In terms of subpoena, we agreed to a two-week extension with SAP.  We also reached an agreement with SAP that we will not argue that a motion filed before that extension expires was filed was untimely and/or waived SAP's defenses to the subpoena.  We are willing to reach a similar agreement with insightsoftware to avoid motion practice.  Please confirm that you are agreeable to this.

As a further development, Merrill is willing to produce a witness on the structure and operation of their product as well as a witness on the financial information. They are also willing to produce a witness or a declaration on the evidentiary issues (authenticity and/or business record status of produced documents).  We would like to reach a similar agreement with insightsoftware.   We can flesh out details in further discussions.

The DOJ attorneys have not set a time for a call yet, so I doubt it will take place before noon tomorrow.  Nevertheless, we conveyed to you the agreement we reached with SAP (who is in the same situation as insightsoftware).

I should be able to update you about things after our call with the DOJ.

Very truly yours,

Jerry

Gerard M. O'Rourke, Esq.

O'Kelly & O'Rourke, LLC

824 N. Market Street, Suite 1001A

Wilmington, DE  19801

Phone: (302) 778-4000

Case 1:19-cv-00859-MHS   Document 216-6   Filed 05/28/26   Page 4 of 8

Direct: (302) 778-4002

Facsimile: (302) 295-2873

gorourke@okorlaw.com

---

**From:** John Jo <jjo@smithlaw.com>
**Sent:** Tuesday, May 26, 2026 2:33 PM
**To:** Gerard O'Rourke <gorourke@okorlaw.com>
**Cc:** Sean O'Kelly <sokelly@okorlaw.com>; Laura Carrig <lcarrig@okorlaw.com>; Mike Mitchell <mmitchell@smithlaw.com>; Jackson Moore <jmoore@smithlaw.com>
**Subject:** RE: Request for Financial Information from Insightsoftware, LLC pursuant to Subpoena in e-Numerate Solutions, Inc., et al. v. United States, No. 1:19-cv-859 [SMITHLAW-RDU.016041.00021]

Jerry,

I'm following up on our meet and confer call earlier today.  I appreciate the discussion.  In response to some of the objections I raised to the deposition subpoena, including as to breadth and burden, I understand from our conversation that E-Numerate is seeking a much narrower scope of information via deposition than what it identified in its current deposition subpoena (which included 10 topics and I believe 74 subtopics).  I noted that we believe we have a deadline to file a motion for protection and to quash by no later than Friday and potentially tomorrow since that will be 14 days from service.  Although you stated you would not raise a timing objection to any motion and that you did not anticipate taking the deposition this Friday but could schedule it at a mutually convenient date, I stated that we may still need to proceed with filing to avoid potential waivers by our client.  I asked that you withdraw the deposition subpoena and issue a narrowed subpoena with a new compliance date so that we could consider whether our objections are materially addressed by the new subpoena, but you stated that since you are still in the process of trying to work out an extension of the discovery deadline with DOJ attorneys on this case, you were not in a position to do so right now.

I understand you are talking to DOJ counsel tomorrow morning about the case schedule.  If you are not willing or able to withdraw the deposition subpoena by noon Eastern tomorrow, we will need to proceed under the current deposition subpoena and file our motions.  I hope to hear from you after you talk to DOJ tomorrow morning.  If you would like to discuss further even after we file our motions, please feel free to contact me.

Regards,

Case 1:19-cv-00859-MHS   Document 216-6   Filed 05/28/26   Page 5 of 8

**JOHN H. JO | PARTNER**
jjo@smithlaw.com | bio
O: 919.821.6636 | vcard | smithlaw.com | map

---

**From:** Gerard O'Rourke <gorourke@okorlaw.com>
**Sent:** Thursday, May 14, 2026 3:37 PM
**To:** John Jo <jjo@smithlaw.com>
**Cc:** Sean O'Kelly <sokelly@okorlaw.com>; Laura Carrig <lcarrig@okorlaw.com>
**Subject:** RE: Request for Financial Information from Insightsoftware, LLC pursuant to Subpoena in e-Numerate Solutions, Inc., et al. v. United States, No. 1:19-cv-859 [SMITHLAW-RDU.016041.00021]

**External:**

Dear John,

We are in receipt of your letter of May 12.  We are still in the fact discovery period in this litigation.  We have duly noticed insightsoftware's deposition in Delaware pursuant to the attached subpoena.  This deposition will seek technical information along with the financial information sought in the table we previously forwarded to you.  As we indicated in the subpoena, we can forego testimony on this issue if insightsoftware completes the table and certifies its correctness at the deposition.

In connection with the financial information,  we are not asking Insightsoftware to create financial analyses or reports. Existing ordinary-course reports or summaries containing the requested information would be acceptable.  This information is relevant to damages, operational scale, and the SEC filing ecosystem.

There is a protective order in the case, so the confidentiality of any financial information will be protected.  Moreover, we have made clear that e-Numerate will not sue insightsoftware directly.  The Government has indemnified all third parties for infringement of e-Numerate's patents in connection with the preparation and filing of documents with the SEC.

We do not agree that Insightsoftware has complied with the prior subpoena.  Nevertheless, that issue has been rendered moot by the new subpoena.

In connection with the noticed deposition, we are amenable to proceeding remotely on the noticed date to minimize the burden on insightsoftware.

Very truly yours,

Jerry

Gerard M. O'Rourke, Esq.

O'Kelly & O'Rourke, LLC

824 N. Market Street, Suite 1001A

Wilmington, DE  19801

Phone: (302) 778-4000

Direct: (302) 778-4002

Facsimile: (302) 295-2873

gorourke@okorlaw.com

---

**From:** John Jo <jjo@smithlaw.com>
**Sent:** Tuesday, May 12, 2026 5:03 PM
**To:** Gerard O'Rourke <gorourke@okorlaw.com>
**Cc:** Sean O'Kelly <sokelly@okorlaw.com>; Mike Mitchell <mmitchell@smithlaw.com>; Shahar.Harel@usdoj.gov; Andrew.Curran2@usdoj.gov
**Subject:** RE: Request for Financial Information from Insightsoftware, LLC pursuant to Subpoena in e-Numerate Solutions, Inc., et al. v. United States, No. 1:19-cv-859 [SMITHLAW-RDU.016041.00021]

Jerry,

Attached is our letter in response to your April 28 letter.

Regards,

**JOHN H. JO | PARTNER**
jjo@smithlaw.com | bio
O: 919.821.6636 | vcard | smithlaw.com | map

Case 1:19-cv-00859-MHS Document 216-6 Filed 05/28/26 Page 7 of 8

**From:** John Jo
**Sent:** Monday, May 4, 2026 5:25 PM
**To:** 'Laura Carrig' <lcarrig@okorlaw.com>
**Cc:** Gerard O'Rourke <gorourke@okorlaw.com>
**Subject:** RE: Request for Financial Information from Insightsoftware, LLC pursuant to Subpoena in e-Numerate Solutions, Inc., et al. v. United States, No. 1:19-cv-859 [SMITHLAW-RDU.016041.00021]

Jerry,

I wanted to confirm that I've received your letter.  I'm reviewing it with our client and getting back up to speed on this matter since it's been a couple of years from our last correspondence, but I will follow up with you.

Thanks,

**JOHN H. JO | PARTNER**
jjo@smithlaw.com | bio
O: 919.821.6636 | vcard | smithlaw.com | map

---

**From:** Laura Carrig <lcarrig@okorlaw.com>
**Sent:** Tuesday, April 28, 2026 3:51 PM
**To:** John Jo <jjo@smithlaw.com>
**Cc:** Gerard O'Rourke <gorourke@okorlaw.com>
**Subject:** Request for Financial Information from Insightsoftware, LLC pursuant to Subpoena in e-Numerate Solutions, Inc., et al. v. United States, No. 1:19-cv-859

**External:**

Dear Counsel,

On behalf of Gerard M. O'Rourke, please see the attached correspondence.

Sincerely,

--

**Laura G. Carrig**
**Paralegal**
O'Kelly & O'Rourke, LLC
824 N. Market Street, Suite 1001A
Wilmington, DE  19801
Phone: (856) 266-2797
Fax: (302) 295-2873
lcarrig@okorlaw.com

IMPORTANT: This e-mail message is intended solely for the individual or individuals to whom it is addressed. It may contain confidential attorney-client privileged information and attorney work product. If the reader of this message is not the intended recipient, you are requested not to read, copy or distribute it or any of the information it contains. Please delete it immediately and notify us by return e-mail or by telephone (919) 821-1220.