# EXHIBIT G

## Gerard O'Rourke

| | |
|---|---|
| **From:** | Beyer, Carrie A. <carrie.beyer@faegredrinker.com> on behalf of Beyer, Carrie A. |
| **Sent:** | Wednesday, May 27, 2026 7:49 PM |
| **To:** | Gerard O'Rourke |
| **Subject:** | e-Numerate v. United States - deposition subpoena to Workiva |

Hi Jerry,

I'm writing concerning e-Numerate's recent deposition subpoena to Workiva. We intend to serve objections to the subpoena, but we are willing to meet and confer regarding both why e-Numerate believes it needs deposition testimony rather than an authentication declaration for the documents produced months ago and the very extensive scope of the topics in Exhibit A (which currently includes more than 70 sub-topics). In addition, Workiva is not available for a deposition on June 1, but we are willing to meet and confer regarding an acceptable time, place, and length for any deposition that might occur.

Regarding the request for financial and customer information in Exhibit B, Workiva produced revenue and customer information in January (see WORKIVA000413), and additional financial information for Workiva is publicly available via EDGAR. My current understanding is that the additional information you're seeking in Exhibit B was not kept in the ordinary course of business, but we are checking into that again.

**Carrie A. Beyer**
Partner
Pronouns: she/her/hers
carrie.beyer@faegredrinker.com
Connect: vCard

+1 312 569 1487 direct / +1 312 569 3000 fax

**Faegre Drinker Biddle & Reath LLP**
320 South Canal Street, Suite 3300
Chicago, Illinois 60606, USA