# EXHIBIT H



**Gerard O'Rourke <gorourke@okorlaw.com>**

---

## Re: [EXTERNAL] e-Numerate v US - Source Code Inspection & Status Report
1 message

---

**Gerard O'Rourke** <gorourke@okorlaw.com>                                         Wed, May 20, 2026 at 9:53 AM
To: "Harel, Shahar (CIV)" <Shahar.Harel@usdoj.gov>
Cc: "Curran, Andrew (CIV)" <Andrew.Curran2@usdoj.gov>, "Bolden, Scott (CIV)" <Scott.Bolden@usdoj.gov>, Sean O'Kelly <sokelly@okorlaw.com>,
"andrew@agordonlawfirm.com" <andrew@agordonlawfirm.com>

Shahar,

Per your request, the source code printouts are in the following folders.  At the DOJ, it is on the desktop in a folder called TO_PRINT.  At the SEC, it is in a folder called print_march26.  Please send these to us asap.  Thanks.

Jerry

On Thu, May 14, 2026 at 5:47 PM Gerard O'Rourke <gorourke@okorlaw.com> wrote:
> Shahar,
>
> Thank you for your email.  Bill Davis will not be returning to either the SEC or DOJ tomorrow.  Pursuant to paragraph 5g of the protective order, we request that you print out the code excerpts saved at the DOJ and at the SEC and provide them to us.
>
> We believe that the source code inspections we need to do at this time (other than with the DAIMS code) are complete.  We reserve the right to return for further source code inspections based on our review of the printouts produced by the Government.  In addition, we reserve the right to conduct further inspections based on the testimony of the Government's fact and/or expert witnesses.
>
> Very truly yours,
>
> Jerry
>
> On Thu, May 14, 2026 at 5:17 PM Harel, Shahar (CIV) <Shahar.Harel@usdoj.gov> wrote:
>> Following up on this, please let us know if we should expect Bill Davis at the SEC or DOJ tomorrow.  Thanks.
>>
>> ---
>>
>> **From:** Harel, Shahar (CIV)
>> **Sent:** Tuesday, May 12, 2026 9:24 AM
>> **To:** 'Gerard O'Rourke' <gorourke@okorlaw.com>

**Cc:** Curran, Andrew (CIV) <Andrew.Curran2@usdoj.gov>; Bolden, Scott (CIV) <Scott.Bolden@usdoj.gov>; Sean O'Kelly <sokelly@okorlaw.com>; andrew@agordonlawfirm.com

**Subject:** RE: [EXTERNAL] e-Numerate v US - Source Code Inspection & Status Report

Jerry,

In addition to today, Bill Davis is cleared for tomorrow and Friday at DOJ or SEC.

Regards,

Shahar

---

**From:** Gerard O'Rourke <gorourke@okorlaw.com>
**Sent:** Monday, May 11, 2026 8:12 AM
**To:** Harel, Shahar (CIV) <Shahar.Harel@usdoj.gov>
**Cc:** Curran, Andrew (CIV) <Andrew.Curran2@usdoj.gov>; Bolden, Scott (CIV) <Scott.Bolden@usdoj.gov>; Sean O'Kelly <sokelly@okorlaw.com>; andrew@agordonlawfirm.com
**Subject:** Re: [EXTERNAL] e-Numerate v US - Source Code Inspection & Status Report

Shahar,

We have not heard anything from you about the availability of the code at the DOJ today. As a result, Bill Davis will not go there today. He will go to the DOJ tomorrow (Tuesday). He will be at the DOJ or the SEC on Wednesday. He is available for an additional day of inspection this coming Friday. If that is necessary, it will most likely be at the SEC. Please confirm that the code will be available then. Thanks.

Jerry

On Fri, May 8, 2026 at 4:51 PM Harel, Shahar (CIV) <Shahar.Harel@usdoj.gov> wrote:

Jerry,

We may be able to accommodate Bill Davis on Monday but we will not know for certain until late Sunday or early Monday. If you want, we can notify you then.

Regards,

Shahar

---

**From:** Gerard O'Rourke <gorourke@okorlaw.com>
**Sent:** Friday, May 8, 2026 3:53 PM
**To:** Harel, Shahar (CIV) <Shahar.Harel@usdoj.gov>; Curran, Andrew (CIV) <Andrew.Curran2@usdoj.gov>; Bolden, Scott (CIV) <Scott.Bolden@usdoj.gov>
**Cc:** Sean O'Kelly <sokelly@okorlaw.com>; andrew@agordonlawfirm.com
**Subject:** RE: [EXTERNAL] e-Numerate v US - Source Code Inspection & Status Report

Shahar,

Bill Davis requested to go to the DOJ on Monday, May 11. Will the code be available at the DOJ on that date? We will send you a response to the rest of your email including Dr. Martin's proposed inspection on Monday by COB. Thanks.

Jerry

---

**From:** Harel, Shahar (CIV) <Shahar.Harel@usdoj.gov>
**Sent:** Friday, May 8, 2026 3:44 PM
**To:** Gerard O'Rourke <gorourke@okorlaw.com>; Curran, Andrew (CIV) <Andrew.Curran2@usdoj.gov>; Bolden, Scott (CIV) <Scott.Bolden@usdoj.gov>
**Cc:** Sean O'Kelly <sokelly@okorlaw.com>; andrew@agordonlawfirm.com
**Subject:** RE: [EXTERNAL] e-Numerate v US - Source Code Inspection & Status Report

Jerry,

The parties agreed that reasonable notice for an inspection would be a week's notice and the Government has always accommodated e-Numerate's inspection requests when such notice was provided and even in cases where notice was provided on a much shorter basis.   As we stated before, we can accommodate Mr. Bill Davis at either DOJ or SEC on May 12-13; if you would like May 14-15, please let us know and we will see if we can accommodate that as well.  In the meantime, we are still awaiting your response with respect to Dr. Martin's proposed inspection, where we provided you with two week's notice.  In particular,  we would have expected that you could immediately confirm that you had produced native copies of *all* of the "Product Development" files as you indicated as much last year and we have not received notice of any additional files being made available at your office.

In terms of the Michael Hoover depositions in Pittsburgh, thank you for arranging a location at Jones Day's offices. We understand the street address to be 500 Grant Street, Suite 4500.  Andrew Curran and I will be attending.  We will provide the names of the court reporter and videographers as they become available to us.  Please confirm that we can begin the depositions by 9 AM.  We are also in receipt of your designations of individuals (Davis and Hoover) with respect to the noticed topics.  In some cases, you list two individuals for the same topic without any proposed split.  While you may split a topic up and designate two individuals for different aspects of that topic, that bifurcation should be identified ahead of time; such as Mr. X will cover Topic 1 for years 1-5 and Mr. Y will cover Topic 1 for years 6-10.  Do you have any authority for your proposed approach?

In terms of deposition scheduling, your email does not dispute that you are not making Mr. Davis available for his noticed deposition during the fact discovery period.  Instead, you merely seek to justify that delay.  We will not engage as to the merits of that in this letter but we are open to extending the deadline for fact discovery for the limited purposes of taking depositions that have already been noticed, both 30(b)(6) and 30(b)(1).  However, we need to determine the availability of our witnesses, and we cannot have them on perpetual "standby" for e-Numerate to finish its review. Additionally, we do not understand your insistence that Mr. Davis' depositions take place after the SEC depositions.  This is not a deposition of your infringement expert based on a report and you previously stated he would not be your testifying expert witness.  We would like to discuss this and our correspondence from today regarding your recent discovery responses.  In order to have a meaningful discussion as to deposition scheduling, this call should be conducted once you are in position to say that you have completed your source code review and are prepared to discuss dates.

Finally, in terms of source code print outs, our position remains the same.  In terms of the DAIMS System, we have repeatedly explained that based on our understanding of your evolving infringement theories and contentions, the source code was either previously produced to you or is publicly available and there is no need for the Government to place it on a source code machine. If e-Numerate has a proposal with respect to DAIMS source code and associated 30(b)(6) questioning, it should base it on its infringement contentions, such as by identifying the cited code for which it will seek detailed questions.  In terms of the print outs from the inspected source code, we have already printed significantly more than the amount of pages the protective order deemed reasonable and we are open to further printouts but we will not do so on a piecemeal basis.  Once you have indicated that you have completed your review, we will batch prior requests and then address them with you.

Regards,

Shahar

---

**From:** Gerard O'Rourke <gorourke@okorlaw.com>
**Sent:** Thursday, May 7, 2026 3:57 PM

5/28/26, 10:59 AM
Case 1:19-cv-00859-MHS Document 216-8 Filed 05/28/26 Page 6 of 10
O'Kelly & O'Rourke, LLC Mail - RE: [EXTERNAL] e-Numerate v US - Source Code Inspection & Status Report

**To:** Harel, Shahar (CIV) <Shahar.Harel@usdoj.gov>; Curran, Andrew (CIV) <Andrew.Curran2@usdoj.gov>; Bolden, Scott (CIV) <Scott.Bolden@usdoj.gov>
**Cc:** Sean O'Kelly <sokelly@okorlaw.com>; andrew@agordonlawfirm.com
**Subject:** RE: [EXTERNAL] e-Numerate v US - Source Code Inspection & Status Report

Dear Shahar,

We write in response to the below email. Your email does not reflect the history of discovery in this matter, nor does it accurately set forth e-Numerate's proposal to the Government regarding the deposition schedule.

Initially, Bill Davis' schedule has changed. He would like to inspect the code on May 11 – 13. He will come to the DOJ on May 11. He will be at either the DOJ or the SEC on the 12th and, if necessary, the SEC on the 13th. Please confirm that the code will be available on those dates and that his points of contact are the same. We will write you separately regarding Dr. Martin's proposed inspection.

Initially, e-Numerate has consistently attempted to work through discovery issues cooperatively and without unnecessary motion practice. We remain prepared to do so. To that end, we have had multiple meet and confers with the Government. We have also requested meet and confers with the Government and made requests for authority supporting your position that you have turned down. e-Numerate would prefer to focus the parties' efforts on the substantive technical and infringement issues presented by the case rather than repeated discovery disputes and motion practice.

In terms of the review of the source code, there has been an extraordinary burden associated with the Government's source-code production. The Government has placed approximately 780,000 files on the source-code review systems for the SEC alone and additional code spanning multiple agencies and multiple highly technical Government platforms. Plaintiffs and their expert have had to work through an enormous volume of source code, architecture materials, and related technical information in order to identify and understand the relevant systems, relationships, processing flows, and infringement evidence. This has been a substantial undertaking requiring careful and methodical analysis, particularly in a complex multi-agency §1498 case involving multiple interconnected Government systems.

In addition, the timing and pace of the inspections are necessarily dependent not only on Government availability and access limitations, but also on the availability of Plaintiffs' source-code expert, whose schedule must be coordinated around the Government's permitted inspection dates and locations. There have also been occasions where requested inspection timing has not aligned with Government availability. As a result, the scheduling process has involved significant coordination constraints and logistical limitations beyond Plaintiffs' control.

Plaintiffs are proceeding diligently and expect to substantially complete the current inspection phase next week (by May 13), subject to receipt and review of all requested printouts and any reasonable follow-up issues arising from those materials. Plaintiffs also expressly reserve the right to conduct reasonable follow-up inspections should review of the requested printouts reveal additional issues warranting further inspection. Our proposal for sequencing depositions after completion of the core technical review is intended to avoid inefficiency, duplication, and the need for multiple depositions in a highly technical multi-agency source-code case. The foregoing does not include the DAIMS system. You have not produced code for the DAIMS system for inspection, and we still need to come to a resolution about that with the Government given your proposal regarding 30(b)(6) witness preparation regarding code. We have previously proposed the terms of an agreement about that and received no response from you about it.

We have not "refused" to produce any witnesses. We have produced Jim Rockenbach and Bill Diefenderfer. With regard to the latter, we did not engage in motion practice regarding that deposition notwithstanding his significant medical issues. We are also producing Mike Hoover for deposition on the 19th and 20th. We sent you the list of our designees for the various topics in the 30(b)(6) notice today via separate email.

The Government's positions and delays have materially impacted e-Numerate's ability to complete its source-code inspection process. This includes objecting to Russ Davis initially (which necessitated motion practice). Moreover, the Government has refused to produce the "To Print" materials that Bill Davis and Russ Davis identified and placed on the source-code review computers for production to us. We have been repeatedly requesting these materials

for many months, and those materials remain outstanding. Those materials are critically important to our technical analysis and infringement assessment, and we cannot reasonably complete a fully informed review process or properly prepare for meaningful depositions without receiving and evaluating them. The current timing issues associated with source-code review are therefore not simply a function of Plaintiffs' review process, but are being materially impacted by the Government's ongoing delay in producing requested inspection materials arising directly from the review itself.

Russ Davis was involved in reviewing the source code and requesting printouts, which we still have not received. Are you going to forego asking him questions about those printouts at his deposition? Please advise. As for Bruce Lagerman, we told you that he would likely adopt Russ Davis' and Mike Hoover's testimony as to events that took place at e-Numerate. As a result, Mr. Lagerman's deposition must follow the deposition of Mr. Hoover and Mr. Russ Davis.

The Government itself has represented that it requires approximately two to three weeks to prepare each Government witness for deposition. Given the Government's position that approximately three witnesses may be required for each agency/grouping, and given the amount of remaining fact discovery that still must occur, it does not appear practical for all remaining fact discovery to be completed by the current June 5 deadline. The scheduling realities associated with preparing and coordinating those witnesses independently support a reasonable extension of the current fact discovery schedule. We believe that a date towards the end of September makes sense, and you previously proposed this to us prior to our last conference with the Court.

If we get all requested printouts from our review next week, we should be in a position to take the SEC depositions at the beginning of June. We can discuss scheduling for Russ Davis, the FDIC, Bruce Lagerman, FERC and Treasury as well during our meet and confer.

We still need to come to a resolution vis-à-vis the DAIMS system and we reserve all rights regarding that system. Please let us know your availability for a meet and confer. Thanks.

Very truly yours,

Jerry

Gerard M. O'Rourke, Esq.

O'Kelly & O'Rourke, LLC

824 N. Market Street, Suite 1001A

Wilmington, DE 19801

Phone: (302) 778-4000

Direct: (302) 778-4002

Facsimile: (302) 295-2873

gorourke@okorlaw.com

Case 1:19-cv-00859-MHS   Document 216-8   Filed 05/28/26   Page 8 of 10

**From:** Harel, Shahar (CIV) <Shahar.Harel@usdoj.gov>
**Sent:** Wednesday, May 6, 2026 4:35 PM
**To:** Gerard O'Rourke <gorourke@okorlaw.com>; Curran, Andrew (CIV) <Andrew.Curran2@usdoj.gov>; Bolden, Scott (CIV) <Scott.Bolden@usdoj.gov>
**Cc:** Sean O'Kelly <sokelly@okorlaw.com>; andrew@agordonlawfirm.com
**Subject:** RE: [EXTERNAL] e-Numerate v US - Source Code Inspection & Status Report


Jerry,


Bill Davis may come and inspect the SEC code on May 8, 12, or 13.  The DOJ code will not be available on May 8 but will be available on May 12 and 13. Please let us know which days he will be coming and to which locations.  In the same vein, please respond to my email from yesterday morning with respect to Dr. Martin inspecting what you referred to as "e-Numerate's Product Development" at your offices on May 20th.


We are happy to meet and confer regarding scheduling and the upcoming status report which is due later this month.  Before we do so, we would like to recap out understanding regarding depositions.  You are not willing to schedule Mr. Russell Davis for either his 30(b)(1) or 30(b)(6) noticed depositions before the present end of fact discovery because e-Numerate is still reviewing the source code we produced.  At this point, you do not know when that will be completed.  Similarly, we understand that you will not be producing Mr. Lagerman for his 30(b)(1) deposition during the discovery period.  If that is incorrect, please provide the dates for these depositions.  In terms of Mr. Hoover and his 30(b)(1) and 30(b)(6) depositions, we understand that those will be held in Pittsburgh on May 19-20. Despite assuring us that you would identify the topics that he would be designated for by May 4th you have still not done that.  We note that the Government explained that it would need the corresponding topics at least two weeks before the deposition.  Please provide that identification today.


In terms of the depositions of Government 30(b)(6) witnesses, you are not ready to take those until after e-Numerate has completed all of its source code review.  At the moment, you do not have an idea of when that will be.  Additionally, you will need some time between the completion of the review and taking the depositions.  Please let us know how much lead time you expect to need.  We have explained to you that we expect three (3) witnesses for each of the four Government agency/groupings such that e-Numerate will need to take approximately twelve (12) depositions. You also would like to proceed with all of the SEC depositions before Mr. Davis sits for his two depositions.  You then want to take the depositions of FDIC. After those FDIC depositions are completed, Mr. Lagerman would sit for his deposition and then FERC and Treasury would have their depositions.  If this is incorrect, please let us know.


Regards,

Shahar


**Shahar Harel, Trial Attorney**

Intellectual Property Section | Commercial Litigation Branch

Civil Division | U.S. Department of Justice | Washington D.C. 20530

T: (202) 305-3075 | F: (202) 307-0345 | Shahar.Harel@usdoj.gov

Please direct all packages and express deliveries to:

1100 L Street, N.W., Room 8520

Washington, D.C. 20005

---

**From:** Gerard O'Rourke <gorourke@okorlaw.com>
**Sent:** Wednesday, May 6, 2026 11:48 AM
**To:** Harel, Shahar (CIV) <Shahar.Harel@usdoj.gov>; Curran, Andrew (CIV) <Andrew.Curran2@usdoj.gov>; Bolden, Scott (CIV) <Scott.Bolden@usdoj.gov>
**Cc:** Sean O'Kelly <sokelly@okorlaw.com>; andrew@agordonlawfirm.com
**Subject:** [EXTERNAL] e-Numerate v US - Source Code Inspection & Status Report

Shahar,

We would like Bill Davis to return to the DOJ this Friday (May 8) to continue his inspection of the FDIC and FERC code there.  Bill is also able to inspect code on Tuesday and Wednesday of next week (May 12/May 13).   That will likely be at the SEC, but we will confirm that after Bill inspects the code at the DOJ on May 8.   Please confirm that he is able to inspect the code on those days and that his points of contact will be the same.

Also, we have a status report due later this month.  We would like to meet and confer with you about the schedule.  Please let us know your availability to discuss.  Thanks.

Very truly yours,

Jerry

Gerard M. O'Rourke, Esq.

O'Kelly & O'Rourke, LLC

824 N. Market Street, Suite 1001A

Wilmington, DE  19801

Phone: (302) 778-4000

Direct: (302) 778-4002

Facsimile: (302) 295-2873

gorourke@okorlaw.com


--

Gerard M. O'Rourke, Esq.

O'Kelly & O'Rourke, LLC

824 N. Market Street, Suite 1001A

Wilmington, DE  19801

Phone: (302) 778-4000

Direct: (302) 778-4002

Facsimile: (302) 295-2873

gorourke@okorlaw.com