# EXHIBIT I



**U.S. Department of Justice**

Civil Division

SH

154-19-859

Telephone:    (202) 305-3075

Facsimile:    (202) 307-0345

*Washington, DC 20530*

May 22, 2026

<u>VIA E-MAIL</u>

Sean T. O'Kelly
Gerard M. O'Rourke
O'KELLY & O'ROURKE, LLC
824 N. Market Street, Suite 1001A
Wilmington, DE 19801
sokelly@okorlaw.com
gorourke@okorlaw.com

G. Andrew Gordon
ANDREW GORDON LAW FIRM PLLC
6518 Ryeworth Dr.
Frisco, TX 75035
andrew@agordonlawfirm.com

                  Re:  e-Numerate Solutions, Inc. et al., v. United States,
                    <u>Court of Federal Claims No. 1:19-cv-859   </u>

Dear Jerry,

I write in response to your email of May 20th identifying specific source code folders with requested printouts from the computers inspected at the SEC and DOJ.

The Government is producing all the printouts you have requested.  For this latest round of inspections, this includes over 230 pages from the SEC computer and over 150 pages from the DOJ computer corresponding to (FDIC and/or FERC source code). We note that to date the Government has produced over one thousand (1,000) pages of highly confidential source code whereas the Court's Protective Order notes that 400 is a reasonable amount.  This production does not waive the Government's right to object to any updated infringement contentions including based on the lack of timeliness in e-Numerate's source code inspection.  Moreover, the production of such source code should not be interpreted to mean that Rule 30(b)(6) designees will be expected to testify as to the technical details of this code.

This production is spread over two volumes with the following Bates numbers:

S. Harel to G. O'Rourke
May 22, 2026

DOJ Prod Volume 35: US_00350988 – US_00351149
DOJ Prod Volume 36: US_00351150 – US_00351387

and will be provided via the JEFS file system in an encrypted format.  Please note that these documents have been designated HIGHLY CONFIDENTIAL - SOURCE CODE pursuant to the protective order.  Please treat them accordingly.

We will follow up via e-mail regarding instructions to access this production through JEFS.

Very truly yours,

/s/ Shahar Harel
SHAHAR HAREL
Trial Attorney
Commercial Litigation Branch

2