# EXHIBIT L

Case 1:19-cv-00859-MHS Document 216-12 Filed 05/28/26 Page 2 of 2



**Gerard O'Rourke <gorourke@okorlaw.com>**

---

## Fwd: Production from Third Party SAP America, Inc. Case No. 1:19-cv-00859-RTH - E-NUMERATE SOLUTIONS, INC. et al v. USA

1 message

---

**Laura Carrig** <lcarrig@okorlaw.com>                                Wed, May 27, 2026 at 1:36 PM
To: Gerard O'Rourke <gorourke@okorlaw.com>

---------- Forwarded message ---------
From: **Laura Carrig** <lcarrig@okorlaw.com>
Date: Thu, Aug 22, 2024 at 1:06 PM
Subject: Production from Third Party SAP America, Inc. Case No. 1:19-cv-00859-RTH - E-NUMERATE SOLUTIONS, INC. et al v. USA
To: Harel, Shahar (CIV) <Shahar.Harel@usdoj.gov>, Curran, Andrew (CIV) <Andrew.Curran2@usdoj.gov>, Bolden, Scott (CIV) <Scott.Bolden@usdoj.gov>
Cc: Gerard O'Rourke <gorourke@okorlaw.com>, Sean O'Kelly <sokelly@okorlaw.com>

Dear Counsel,

Linked below is the production we received from SAP America, Inc. on July 30, 2024.

https://www.dropbox.com/scl/fo/mpj74ebvw6ur1pzyg4e5h/AFM71x8aaIH-50X8nR9mqt8?rlkey=xgv551byqxn5a0tczc6uouqr6&st=bgnfam7i&dl=0

Please let me know if you have any trouble with the link.

Sincerely,
--
**Laura G. Carrig**
**Paralegal**
O'Kelly & O'Rourke, LLC
824 N. Market Street, Suite 1001A
Wilmington, DE  19801
Phone: (856) 266-2797
Fax: (302) 295-2873
lcarrig@okorlaw.com