# EXHIBIT M

5/28/26, 11:24 AM

O'Kelly & O'Rourke, LLC Mail - Fwd: Third Party Productions in Case No. 1:19-cv-00859-MHS - E-NUMERATE SOLUTIONS, INC. et al v. USA

Case 1:19-cv-00859-MHS   Document 216-13   Filed 05/29/26   Page 2 of 2



Gerard O'Rourke <gorourke@okorlaw.com>

---

## Fwd: Third Party Productions in Case No. 1:19-cv-00859-MHS - E-NUMERATE SOLUTIONS, INC. et al v. USA
1 message

---

**Laura Carrig** <lcarrig@okorlaw.com>                                                     Wed, May 27, 2026 at 1:36 PM
To: Gerard O'Rourke <gorourke@okorlaw.com>


---------- Forwarded message ---------
From: **Laura Carrig** <lcarrig@okorlaw.com>
Date: Mon, Nov 24, 2025 at 4:40 PM
Subject: Third Party Productions in Case No. 1:19-cv-00859-MHS - E-NUMERATE SOLUTIONS, INC. et al v. USA
To: Harel, Shahar (CIV) <Shahar.Harel@usdoj.gov>, Curran, Andrew (CIV) <Andrew.Curran2@usdoj.gov>, Bolden, Scott (CIV) <Scott.Bolden@usdoj.gov>
Cc: Gerard O'Rourke <gorourke@okorlaw.com>, Sean O'Kelly <sokelly@okorlaw.com>


Dear Counsel,

Please use the following links:

PwC:

https://www.dropbox.com/scl/fo/lt8fk7c5rrat3fo4s9rge/AGkeDiuWMddZs9W973STOFU?rlkey=vto2fsjghk9wl1vnuo83n3g86&st=r5fxgb45&dl=0

XBRL:

https://www.dropbox.com/scl/fo/qazl16ktifkyvkfmg2zyr/ANGfTPRMgkZ0dPnZCuF4sb0?rlkey=4gi2tm8wfw3osr4ioimbgoval&st=2bj9hwiy&dl=0

Sincerely,
--
**Laura G. Carrig**
**Paralegal**
O'Kelly & O'Rourke, LLC
824 N. Market Street, Suite 1001A
Wilmington, DE  19801
Phone: (856) 266-2797
Fax: (302) 295-2873
lcarrig@okorlaw.com