# EXHIBIT N

5/28/26, 11:26 AM

O'Kelly & O'Rourke, LLC Mail - Fwd: Third Party Production in Case No. 1:19-cv-00859-MHS - E-NUMERATE SOLUTIONS, INC. et al v. USA

Case 1:19-cv-00859-MHS    Document 216-14    Filed 05/28/26    Page 2 of 2



**Gerard O'Rourke <gorourke@okorlaw.com>**

## Fwd: Third Party Production in Case No. 1:19-cv-00859-MHS - E-NUMERATE SOLUTIONS, INC. et al v. USA

1 message

**Laura Carrig** <lcarrig@okorlaw.com>                                                    Wed, May 27, 2026 at 1:03 PM
To: Gerard O'Rourke <gorourke@okorlaw.com>

---------- Forwarded message ---------
From: **Laura Carrig** <lcarrig@okorlaw.com>
Date: Wed, Nov 26, 2025 at 7:41 PM
Subject: Third Party Production in Case No. 1:19-cv-00859-MHS - E-NUMERATE SOLUTIONS, INC. et al v. USA
To: Harel, Shahar (CIV) <Shahar.Harel@usdoj.gov>, Curran, Andrew (CIV) <Andrew.Curran2@usdoj.gov>, Bolden, Scott (CIV) <Scott.Bolden@usdoj.gov>
Cc: Gerard O'Rourke <gorourke@okorlaw.com>, Sean O'Kelly <sokelly@okorlaw.com>

Dear Counsel,

Please use the following link:

https://www.dropbox.com/scl/fo/xfk1ppdhsxwml9urvczht/AMMWjUcdxRJ-_tsoqmP__FY?rlkey=jexeut0qlnxlw6crcpqpcuxe2&st=0sb1kiev&dl=0

Have a happy Thanksgiving,
--
**Laura G. Carrig**
**Paralegal**
O'Kelly & O'Rourke, LLC
824 N. Market Street, Suite 1001A
Wilmington, DE  19801
Phone: (856) 266-2797
Fax: (302) 295-2873
lcarrig@okorlaw.com