# EXHIBIT P

Case 1:19-cv-00859-MHS    Document 216-16    Filed 05/28/26    Page 2 of 2



Gerard O'Rourke <gorourke@okorlaw.com>

# Additional 3rd Party Productions in Case No. 1:19-cv-00859-MHS - E-NUMERATE SOLUTIONS, INC. et al v. USA

1 message

**Laura Carrig** <lcarrig@okorlaw.com>                                                                    Wed, May 27, 2026 at 4:47 PM
To: "Harel, Shahar (CIV)" <Shahar.Harel@usdoj.gov>, "Bolden, Scott (CIV)" <Scott.Bolden@usdoj.gov>, "Curran, Andrew (CIV)" <Andrew.Curran2@usdoj.gov>
Cc: Gerard O'Rourke <gorourke@okorlaw.com>, Sean O'Kelly <sokelly@okorlaw.com>

Dear Counsel,

Please see below:

Workiva: https://www.dropbox.com/scl/fo/h4dr6rvd07524qz1gb7fx/ABnsQR_itsS678UTwuCx85s?rlkey=zzumskh2x05i1fpjt3uwlezaw&st=9yos8y98&dl=0

Oracle: https://www.dropbox.com/scl/fo/zqbk930gndk7spx0ulg63/AG4jSG3D2YVV5Y9AJzdtmNQ?rlkey=i5idzotlos29f4eshu00s2ip2&st=3urb4rkx&dl=0

SAP Prod 2: https://www.dropbox.com/scl/fo/i2fll9zcbgk55mrlfsw1f/ACTJaWilDjsJ7xfh7Q0RgSc?rlkey=bw4qg94agifxg38ldwwq2osgv&st=xucxtpy0&dl=0

ISW: https://www.dropbox.com/scl/fo/o50tv58shnvlmulmf96h8/AG4IlQn4F5Xu02o-kbomUll?rlkey=4cuzmxfi5mlppp3ae9uvau4b1&st=47eah7o7&dl=0

Sincerely,
--
**Laura G. Carrig**
**Paralegal**
O'Kelly & O'Rourke, LLC
824 N. Market Street, Suite 1001A
Wilmington, DE  19801
Phone: (856) 266-2797
Fax: (302) 295-2873
lcarrig@okorlaw.com