# EXHIBIT Q

Laura Carrig <lcarrig@okorlaw.com>

## Additional 3rd Party Production in Case No. 1:19-cv-00859-MHS - E-NUMERATE SOLUTIONS, INC. et al v. USA

1 message

**Laura Carrig** <lcarrig@okorlaw.com>                                     Thu, May 28, 2026 at 12:38 PM
To: "Harel, Shahar (CIV)" <Shahar.Harel@usdoj.gov>, "Bolden, Scott (CIV)" <Scott.Bolden@usdoj.gov>, "Curran, Andrew (CIV)" <Andrew.Curran2@usdoj.gov>
Cc: Gerard O'Rourke <gorourke@okorlaw.com>, Sean O'Kelly <sokelly@okorlaw.com>

Dear Counsel,

Please see the attached from Toppan Merrill LLC.

Sincerely,
--
**Laura G. Carrig**
**Paralegal**
O'Kelly & O'Rourke, LLC
824 N. Market Street, Suite 1001A
Wilmington, DE  19801
Phone: (856) 266-2797
Fax: (302) 295-2873
lcarrig@okorlaw.com

📄 **TM005439-c.pdf**
696K