# EXHIBIT R



**Gerard O'Rourke <gorourke@okorlaw.com>**

# RE: e-Numerate v United States

1 message

---

**Gerard O'Rourke** <gorourke@okorlaw.com>                                   Thu, Jul 17, 2025 at 4:09 PM
To: "Harel, Shahar (CIV)" <Shahar.Harel@usdoj.gov>
Cc: "Bolden, Scott (CIV)" <Scott.Bolden@usdoj.gov>, "Curran, Andrew (CIV)" <Andrew.Curran2@usdoj.gov>, Sean O'Kelly <sokelly@okorlaw.com>, Laura Carrig <lcarrig@okorlaw.com>, andrew@agordonlawfirm.com

Shahar,

Luther Hampton is deceased.  That is why he is not listed on our Initial Disclosures.

Very truly yours,

Jerry

Gerard M. O'Rourke, Esq.

O'Kelly & O'Rourke, LLC

824 N. Market Street, Suite 1001A

Wilmington, DE  19801

Phone: (302) 778-4000

Direct: (302) 778-4002

Facsimile: (302) 295-2873

gorourke@okorlaw.com

**From:** Harel, Shahar (CIV) <Shahar.Harel@usdoj.gov>
**Sent:** Thursday, July 17, 2025 4:05 PM
**To:** Gerard O'Rourke <gorourke@okorlaw.com>
**Cc:** Bolden, Scott (CIV) <Scott.Bolden@usdoj.gov>; Curran, Andrew (CIV) <Andrew.Curran2@usdoj.gov>; Sean O'Kelly <sokelly@okorlaw.com>; Laura Carrig <lcarrig@okorlaw.com>; andrew@agordonlawfirm.com
**Subject:** RE: e-Numerate v United States

Counsel,

Please see the attached.

Regards,

Shahar

**Shahar Harel, Trial Attorney**

Intellectual Property Section | Commercial Litigation Branch

Civil Division | U.S. Department of Justice | Washington D.C. 20530

T: (202) 305-3075 | F: (202) 307-0345 | Shahar.Harel@usdoj.gov

Please direct all packages and express deliveries to:

1100 L Street, N.W., Room 8520

Washington, D.C. 20005