# EXHIBIT S

PTO/AIA/02 (07-13)
Approved for use through 01/31/2014.  OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## SUBSTITUTE STATEMENT IN LIEU OF AN OATH OR DECLARATION FOR UTILITY OR DESIGN PATENT APPLICATION (35 U.S.C. 115(d) AND 37 CFR 1.64)

| Title of Invention | RDX enhancement of system and method for implementing reusable data markup language (RDL) |
|---|---|

This statement is directed to:

☐ The attached application,

OR

☑ United States application or PCT international application number **10/052,250** filed on **01-23-2002**

**LEGAL NAME of inventor to whom this substitute statement applies:**

(E.g., Given Name (first and middle (if any)) and Family Name or Surname)

Luther Pearson Hampton

Residence (except for a deceased or legally incapacitated inventor):

| City | State | Country |
|---|---|---|
| | | |

Mailing Address (except for a deceased or legally incapacitated inventor):

| City | State | Zip | Country |
|---|---|---|---|
| | | | |

I believe the above-named inventor or joint inventor to be the original inventor or an original joint inventor of a claimed invention in the application.

The above-identified application was made or authorized to be made by me.

I hereby acknowledge that any willful false statement made in this statement is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

Relationship to the inventor to whom this substitute statement applies:

☐ Legal Representative (for deceased or legally incapacitated inventor only),

☑ Assignee,

☐ Person to whom the inventor is under an obligation to assign,

☐ Person who otherwise shows a sufficient proprietary interest in the matter (petition under 37 CFR 1.46 is required), or

☐ Joint Inventor.

[Page 1 of 2]

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 1 minute to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

PTO/SB/AIA02 (07-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# SUBSTITUTE STATEMENT

Circumstances permitting execution of this substitute statement:

☑ Inventor is deceased,

☐ Inventor is under legal incapacity.

☐ Inventor cannot be found or reached after diligent effort, or

☐ Inventor has refused to execute the oath or declaration under 37 CFR 1.63.

If there are joint inventors, please check the appropriate box below:

☐ An application data sheet under 37 CFR 1.76 (PTO/AIA/14 or equivalent) naming the entire inventive entity has been or is currently submitted.

OR

☑ An application data sheet under 37 CFR 1.76 (PTO/AIA/14 or equivalent) has not been submitted. Thus, a Substitute Statement Supplemental Sheet (PTO/AIA/11 or equivalent) naming the entire inventive entity and providing inventor information is attached. See 37 CFR 1.64(b).

## WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

**PERSON EXECUTING THIS SUBSTITUTE STATEMENT:**

Name: **William M. Diefenderfer**          Date (Optional): 7 MAY 2015

Signature: *[signature]*

**APPLICANT NAME AND TITLE OF PERSON EXECUTING THIS SUBSTITUTE STATEMENT:**

If the applicant is a juristic entity, list the applicant name and the title of the signer:

Applicant Name: **e-Numerate Solutions, Inc.**

Title of Person Executing This Substitute Statement: **CEO**

The signer, whose title is supplied above, is authorized to act on behalf of the applicant.

**Residence of the signer (unless provided in an application data sheet, PTO/AIA/14 or equivalent):**

| City | State | Country |
|---|---|---|
| **Great Falls** | **VA** | **USA** |

**Mailing Address of the signer (unless provided in an application data sheet, PTO/AIA/14 or equivalent)**

P.O. Box 179

| City | State | Zip | Country |
|---|---|---|---|
| **Great Falls** | **VA** | **22066** | **USA** |

Note: Use an additional PTO/AIA/02 form for each inventor who is deceased, legally incapacitated, cannot be found or reached after diligent effort, or has refused to execute the oath or declaration under 37 CFR 1.63.

[Page 2 of 2]

PTO/AIA/11 (06-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office. U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| SUBSTITUTE STATEMENT SUPPLEMENTAL SHEET | INVENTOR(S) Supplemental Sheet (for PTO/AIA/02,04,07) | Page 1 of 1 |
|---|---|---|

**Note: List entire inventive entity in the desired order.**

**Legal Name of Joint Inventor:**

*(E.g., Given Name (first and middle (if any)) and Family Name or Surname)*

RUSSELL T. DAVIS

| Inventor's Signature | *[signature]* | Date (Optional) 5/18/15 |
|---|---|---|

| Residence: City BETHESDA | State MD | Country USA |
|---|---|---|

Mailing Address: 6006 WOODACRES DRIVE

| City BETHESDA | State MD | Zip 20816 | Country |
|---|---|---|---|

**Legal Name of Joint Inventor:**

*(E.g., Given Name (first and middle (if any)) and Family Name or Surname)*

LUTHER PEARSON HAMPTON

| Inventor's Signature | | Date (Optional) |
|---|---|---|

| Residence: City | State | Country |
|---|---|---|

Mailing Address

| City | State | Zip | Country |
|---|---|---|---|

**Legal Name of Joint Inventor:**

*(E.g., Given Name (first and middle (if any)) and Family Name or Surname)*

| Inventor's Signature | | Date (Optional) |
|---|---|---|

| Residence: City | State | Country |
|---|---|---|

Mailing Address

| City | State | Zip | Country |
|---|---|---|---|

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 21 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*