**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| E-NUMERATE SOLUTIONS, INC. and E-NUMERATE, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 19-859-RTH |

**DECLARATION OF ANDREW H. WINETROUB IN SUPPORT OF NON-PARTY DONNELLEY FINANCIAL SOLUTIONS, INC.'S MOTION TO QUASH PLAINTIFFS' SUBPOENA TO TESTIFY AT A DEPOSITION AND TO PRODUCE DOCUMENTS**

I, ANDREW H. WINETROUB, hereby declare:

1.      I am a partner at the law firm of Nixon Peabody LLP.  This firm represents non-party Donnelley Financial Solutions, Inc. ("DFIN") in connection with the subpoena served by Plaintiffs E-Numerate Solutions, Inc. and E-Numerate, LLC (collectively, "Plaintiffs") in the above-captioned action.

2.      I have personal knowledge of the facts set forth herein.

3.      This declaration is made in support of DFIN's Motion to Quash Plaintiffs' Subpoena to Testify at a Deposition and to Produce Documents, which was served on DFIN on or around May 15, 2026 (the "2026 Subpoena"). A true and correct copy of the 2026 Subpoena is attached hereto as Exhibit A.

4.      DFIN is a leading provider of software and technology-enabled financial regulatory and compliance solutions. ActiveDisclosure is one of DFIN's core products, which, among other things, enables customers to use certain XBRL functions in connection with preparing documents filed with the SEC.

4903-6336-1968.1

5.      DFIN has no interest in the outcome of the litigation between Plaintiffs and the United States in this Court.

6.      On or around April 26, 2024, Plaintiffs served a subpoena on DFIN (the "2024 Subpoena"). A true and correct copy of the 2024 Subpoena is attached hereto as Exhibit B.

7.      On or around May 24, 2024, DFIN served its responses and objections to the 2024 Subpoena. A true and correct copy of DFIN's responses and objections to the 2024 Subpoena is attached hereto as Exhibit C.

8.       On or around July 25, 2024, counsel for Plaintiffs sent a letter to DFIN's counsel regarding the 2024 Subpoena. A true and correct copy of the letter sent by Gerard O'Rourke is attached hereto as Exhibit D.

9.      On or around August 23, 2024, counsel for DFIN sent a letter in response to Mr. O'Rourke's letter of July 25, 2024. A true and correct copy of the letter sent by Robert Weikert is attached hereto as Exhibit E.

10.     DFIN received no further communications from Plaintiffs after Mr. Weikert sent his letter in August 2024 until it was served with Plaintiffs' 2026 Subpoena on or around May 15, 2026.

11.     DFIN is continuing to assess the 2026 Subpoena, including to determine who the appropriate corporate representative or representatives would be in the event DFIN is ordered to produce a witness to testify at a deposition pursuant to the 2026 Subpoena. As of the time of this Declaration, DFIN is assessing whether a member, or members, of its Product and Technology team would have the requisite knowledge to testify on behalf of the company. Based on the information made available to me, the leader of that team and all of his direct reports reside and are employed outside of 100-miles from Wilmington, Delaware.

2

3

I declare, under penalty of perjury, under the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge. Executed this 29th day of May, 2026 at San Francisco, California.

Respectfully submitted,

Dated: May 29, 2026

_s/Andrew H. Winetroub_
Andrew H. Winetroub

3

4903-6336-1968.1