# Exhibit D



**O'KELLY & O'ROURKE, LLC**

**Gerard M. O'Rourke, Esq.**
gorourke@okorlaw.com
**Direct: (302) 778-4002**

July 25, 2024

**VIA ELECTRONIC MAIL**
Donnelley Financial Solutions, Inc.
C/O Robert A. Weikert, Esq.
Nixon Peabody LLP
One Embarcadero Center, 32nd Floor
San Francisco, CA 94111-3600
rweikert@nixonpeabody.com

> *RE: E-NUMERATE SOLUTIONS, INC. et al v. USA - Case No. 1:19-cv-00859-RTH - Subpoena to Non-Party Donnelley Financial Solutions, Inc.*

Dear Robert,

Thank you for speaking with us today. Per our conversation, e-Numerate Solutions, Inc., and e-Numerate, LLC, (collectively "e-Numerate") is willing to narrow the subpoena e-Numerate served on Donnelley Financial Solutions, Inc. ("DFIN") to features sufficient to show the presence of certain functionality in DFIN's ActiveDisclosure product as defined in definition 5 of the subpoena that are relevant to the infringement allegations pending in the above-referenced litigation against the United States in the Court of Federal Claims. In addition, we are seeking certain financial and usage information from DFIN regarding ActiveDisclosure along with advertising material for the product. Finally, we are seeking communications that DFIN has had with the United States regarding this litigation and the subpoenas served by e-Numerate.

As we indicated to you on the phone, our position is that the United States assumed liability for all infringement of e-Numerate's patents done by third parties such as DFIN in connection with the preparation and filing of XBRL documents with the Securities and Exchange Commission ("SEC") by virtue of the United States filing the Statement of Interest in the original litigation against Merrill in the District of Delaware. Although DFIN was not a party to that litigation, the Statement of Interest is very broad and covers DFIN's activities. Had e-Numerate sued DFIN In the District of Delaware after the United States filed the Statement of Interest, DFIN (or the United States) would have raised that as a defense to jurisdiction.

As you are aware, most of e-Numerate's patents expired on May 18, 2020. Documents sufficient to show the below technical information for DFIN ActiveDisclosure before that date are what is sought from the below requests.

As we further indicated on the phone, the below is the minimum that e-Numerate is willing to accept from DFIN. If DFIN refuses to produce any of the requested information, please let us know and we will promptly move to enforce the subpoena as narrowed as to categories DFIN refuses to produce.

Robert A. Weikert, Esq.                                          O'Kelly & O'Rourke, LLC
Page 2 of 4                                                                      July 25, 2024

Finally, we are willing to hold off on seeking source code for ActiveDisclosure at this time if DFIN is willing to produce a witness for deposition who will indicate that the features shown in the produced documents are implemented in the code in its ActiveDisclosure Product.

The information we are seeking is as follows:

- Documents sufficient to show the overall program/system architecture of DFIN ActiveDisclosure.

- The installation guide for DFIN ActiveDisclosure.

- The user manual(s) and operating instructions for DFIN ActiveDisclosure.

- Demonstration software for DFIN ActiveDisclosure.

- Documents sufficient to show internet operability of DFIN ActiveDisclosure.

- Documents sufficient to show how tagging is done in DFIN ActiveDisclosure.

- Documents sufficient to show how tags and data (numerical and non-numerical) are associated with each other.

- Documents sufficient to show a user's ability to select tags for numerical values in DFIN ActiveDisclosure.

- Documents sufficient to show mapping of tags to numerical values in DFIN ActiveDisclosure.

- Documents sufficient to show whether the tags are searchable in DFIN ActiveDisclosure.

- Documents sufficient to show how "tree views" are indicted in tagged numerical values in DFIN ActiveDisclosure.

- Documents sufficient to show how hierarchical relationship between numbers are tagged and processed in DFIN ActiveDisclosure.

- Documents sufficient to show how validation is done in DFIN ActiveDisclosure.

- Documents sufficient to show whether validation is done pursuant to the XBRL standard and/or "Arelle" (SEC) validation.

- Documents sufficient to show how parsing is done for documents being validated in DFIN ActiveDisclosure.

Robert A. Weikert, Esq.                                          O'Kelly & O'Rourke, LLC
Page 3 of 4                                                      July 25, 2024

- Documents sufficient to show the validation rules for documents being validated in DFIN ActiveDisclosure.

- Documents sufficient to show error messages (including screen shots) of errors in a document being validated in DFIN ActiveDisclosure.

- Document sufficient to show reports of validation (including screenshots) in a document being validated in DFIN ActiveDisclosure.

- Documents sufficient to show how numbers in two or more documents are converted into common formats and combined in DFIN ActiveDisclosure. This includes scale/magnitude (e.g., 1000s/1,000,000s) and currencies (dollars/euros).

- Documents sufficient to show how converted numbers are displayed in DFIN ActiveDisclosure.

- Documents sufficient to show the manipulation of the numeric values in the combined set and how that is accomplished DFIN ActiveDisclosure.

- Documents sufficient to show the ability to display the combined set in a chart view, tree views and spreadsheet views in DFIN ActiveDisclosure.

- Documents sufficient to show how changes in numeric values propagate across linked documents (including spreadsheets) in DFIN ActiveDisclosure.

- Documents sufficient to show how documents (including spreadsheets) are linked in DFIN ActiveDisclosure including how the linked documents are reflected in a server or other memory.

- Documents sufficient to show the interoperability of DFIN ActiveDisclosure with the Microsoft office suite of products including Word, Excel and Powerpoint.

- Documents sufficient to show how macros (whether dubbed "macro," "script," "routine" or "module") perform arithmetic operations in DFIN ActiveDisclosure.

- Documents sufficient to show how DFIN ActiveDisclosure graphs numerical values on x- and y-axes when it performs arithmetic operations on tagged numerical values using macros (whether dubbed "macro," "script," "routine" or "module") including graphing using Powerpoint.

- Documents sufficient to show how DFIN ActiveDisclosure puts titles on x- and y-axes in graphs.

Robert A. Weikert, Esq.                                    O'Kelly & O'Rourke, LLC
Page 4 of 4                                                              July 25, 2024

- Document sufficient to show whether the macro (whether dubbed "macro," "script," "routine" or "module") makes a copy of the numerical values before the arithmetic operation is performed in DFIN ActiveDisclosure.

- Documents sufficient to show the use of arithmetic statements and variables in the macro (whether dubbed "macro," "script," "routine" or "module") including whether the variable is referenced in a document other than the document that contains the macro.

- Documents sufficient to show the error handling instructions in the macros (whether dubbed "macro" or "routine" or "module") used in DFIN ActiveDisclosure.

- Documents sufficient to show the license fees charged on an annual basis for DFIN ActiveDisclosure.

- Documents sufficient to show subscription fees charged on an annual basis for DFIN ActiveDisclosure.

- Documents sufficient to show maintenance fees charged on an annual basis for DFIN ActiveDisclosure.

- Documents sufficient to show the cost of developing DFIN ActiveDisclosure.

- Documents sufficient to show the number of XBRL-compliant filings made to the SEC and other agencies of the United States on an annual basis using DFIN ActiveDisclosure.

- Document sufficient to show the number of customers using DFIN ActiveDisclosure on an annual basis.

- Representative samples of advertising for DFIN ActiveDisclosure.

- All documents relating to communications between DFIN and its attorneys and the United States including its attorneys regarding this lawsuit and/or the subpoenas served on you.

Kindly let us know if DFIN will agree to produce the above information and please provide a date certain for its production. Upon receipt of the documents responsive to the foregoing, we reserve our right to challenge whether the production is, in fact, sufficient to show the above-items. If DFIN is refusing to produce any documents whatsoever in response to the subpoena, please let us know that as well. Kindly provide a response to this letter within one (1) week.

Very truly yours,

*Gerard M. O'Rourke*

Cc: Sean T. O'Kelly, Esq.

4