**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| E-NUMERATE SOLUTIONS, INC. and E-NUMERATE, LLC,<br><br>Plaintiffs,<br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 19-859-MHS |

**STIPULATION OF NON-PARTY DONNELLEY FINANCIAL SOLUTIONS, INC. AND PLAINTIFFS E-NUMERATE SOLUTIONS, INC. AND E-NUMERATE, LLC REGARDING THE WITHDRAWAL, WITHOUT PREJUDICE, OF THE MOTION TO QUASH PLAINTIFFS' SUBPOENA TO TESTIFY AT A DEPOSITION AND TO PRODUCE DOCUMENTS**

Non-Party Donnelley Financial Solutions, Inc. ("DFIN") and Plaintiffs e-Numerate Solutions, Inc. and e-Numerate, LLC (collectively, "Plaintiffs," and, together with DFIN, the "Parties") respectfully submit this stipulation for the withdrawal, without prejudice, of DFIN's motion to quash (D.I. 218, the "Motion") the subpoena served by Plaintiffs in the above-captioned action (the "Subpoena").

WHEREAS, Plaintiffs served DFIN with a subpoena seeking documents on or about April 26, 2024, and DFIN timely objected to same;

WHEREAS, on or about May 15, 2026, DFIN was served with the Subpoena at issue in this motion.

WHEREAS, on May 29, 2026, DFIN filed the Motion and timely served objections to the Subpoena.

WHEREAS, on June 22, 2026, Plaintiffs filed their response to the Motion.

WHEREAS, the deadline for DFIN's reply in support of the Motion is currently set for July 13, 2026.

WHEREAS, since the filing of DFIN's Motion, the Parties have met and conferred on multiple occasions to discuss narrowing the scope of the Subpoena.

WHEREAS, the Parties have reached a preliminary compromise agreement that may obviate the need for the Court to rule on the Motion.

WHEREAS, the Parties therefore believe it is in the interest of efficiency and conserving judicial resources to permit DFIN to withdraw the Motion without prejudice, such that the Motion and all dates associated therewith are taken off calendar. Nothing in this Stipulation withdraws, stays, limits, or otherwise modifies the Subpoena, Plaintiffs' rights under the Subpoena, DFIN's objections to the Subpoena, or the parties' respective positions concerning document production or deposition testimony, all of which are expressly reserved.

Other than those dates expressly addressed herein, the Parties are unaware of any other dates in this action that would be changed as a result of the requested relief.

Respectfully submitted,

Dated: July 10, 2026

**O'KELLY & O'ROURKE, LLC**

*/s/ Sean T. O'Kelly*
Sean T. O'Kelly
Gerard M. O'Rourke
824 N. Market Street, Suite 1001A
Wilmington, DE 19801
302-778-4000
sokelly@okorlaw.com
gorourke@okorlaw.com

*Attorneys for Plaintiffs*

**NIXON PEABODY LLP**

*s/Brian A. Hill*
Brian A. Hill, Esq.
NIXON PEABODY LLP
799 9th Street NW, Suite 500
Washington, DC 20001-5327
Telephone: (202) 585-8000
bhill@nixonpeabody.com

Robert A. Weikert, Esq.
Andrew H. Winetroub, Esq.
NIXON PEABODY LLP
One Embarcadero Center, 32nd Floor
San Francisco, CA 94111-3600
Telephone: (415) 984-8200
rweikert@nixonpeabody.com
awinetroub@nixonpeabody.com

*Attorneys for Non-Party*
*Donnelley Financial Solutions, Inc.*