# Exhibit C

## Harel, Shahar (CIV)

| | |
|---|---|
| **From:** | Harel, Shahar (CIV) |
| **Sent:** | Friday, July 10, 2026 1:48 PM |
| **To:** | 'Gerard O'Rourke'; Curran, Andrew  (CIV); Bolden, Scott (CIV) |
| **Cc:** | 'Sean O'Kelly'; 'Andrew Gordon'; 'Laura Carrig' |
| **Subject:** | RE: [EXTERNAL] e-Numerate v US - Letter of Today's Date |

Counsel,

Following up on this.  Please provide a time to meet and confer next week regarding the issues listed below.

Regards,
Shahar

---

**From:** Harel, Shahar (CIV)
**Sent:** Wednesday, June 17, 2026 4:40 PM
**To:** 'Gerard O'Rourke' <gorourke@okorlaw.com>; Curran, Andrew (CIV) <Andrew.Curran2@usdoj.gov>; Bolden, Scott (CIV) <Scott.Bolden@usdoj.gov>
**Cc:** Sean O'Kelly <sokelly@okorlaw.com>; Andrew Gordon <andrew@agordonlawfirm.com>; Laura Carrig <lcarrig@okorlaw.com>
**Subject:** RE: [EXTERNAL] e-Numerate v US - Letter of Today's Date

Counsel,

Following up on this correspondence (of June 15th) and out prior correspondence (of June 9th), the parties are at an impasse with respect to supplementation with respect to Defendant's Interrogatory No. 19.  Please provide times you are available to meet and confer as Defendant intends to move to compel supplementation.

Additionally, with respect to the upcoming June 24th deposition of Mr. Hamidi at the SEC, please let us know which vendor you will be using, including their contact information and reference number, as we want to ensure that the vendor can provide real-time service.   Once you have the names of the court reporter and videographer, please provide those to us.

Regards,
Shahar

---

**From:** Gerard O'Rourke <gorourke@okorlaw.com>
**Sent:** Monday, June 15, 2026 3:44 PM
**To:** Harel, Shahar (CIV) <Shahar.Harel@usdoj.gov>; Curran, Andrew (CIV) <Andrew.Curran2@usdoj.gov>; Bolden, Scott (CIV) <Scott.Bolden@usdoj.gov>
**Cc:** Sean O'Kelly <sokelly@okorlaw.com>; Andrew Gordon <andrew@agordonlawfirm.com>; Laura Carrig <lcarrig@okorlaw.com>
**Subject:** [EXTERNAL] e-Numerate v US - Letter of Today's Date

Shahar,

Please see the attached.

Very truly yours,

Jerry

Gerard M. O'Rourke, Esq.
O'Kelly & O'Rourke, LLC
824 N. Market Street, Suite 1001A
Wilmington, DE  19801
Phone: (302) 778-4000
Direct: (302) 778-4002
Facsimile: (302) 295-2873
gorourke@okorlaw.com