# Exhibit E

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| E-NUMERATE SOLUTIONS, INC. and E-NUMERATE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 19-859 C<br>Chief Judge Matthew H. Solomson |

**DEFENDANT'S FOURTH SET OF
INTERROGATORIES TO PLAINTIFFS (NOS. 19-20)**

Defendant, the United States, submits the following interrogatories to plaintiffs, e-Numerate Solutions, Inc., and e-Numerate, LLC, pursuant to Rule 33 of the Rules of the United States Court of Federal Claims (RCFC). The following interrogatories are to be answered separately, fully, in writing, and under oath, within the time prescribed by RCFC 33.

**DEFINITIONS**

1.      "Action" refers to the instant case, e-Numerate Solutions, Inc., and e-Numerate, LLC v. United States, Civil Action No. 19-859 C, United States Court of Federal Claims.

2.      "Patents-in-Suit" means the following patents identified in the Complaint: U.S. Patent Nos. 7,650,355, 8,185,816, 9,262,383, 9,262,384, 9,268,748, 9,600,842, 10,223,337, and 10,423,708.

3.      The term "the '355 patent" means U.S. Patent Number 7,650,355.

4.      The term "the '816 patent" means U.S. Patent Number 8,185,816.

5.      The term "the '383 patent" means U.S. Patent Number 9,262,383.

6.      The term "the '384 patent" means U.S. Patent Number 9,262,384.

1

7.    The term "the '748 patent" means U.S. Patent Number 9,268,748.

8.    The term "the '842 patent" means U.S. Patent Number 9,600,842.

9.    The term "the '337 patent" means U.S. Patent Number 10,223,337.

10.    The term "the '708 patent" means U.S. Patent Number 10,423,708.

11.    "Asserted Claims" refers to all claims of the Patents-in-Suit which Plaintiffs are presently asserting in this Action and as specified in their Infringement Contentions including those served on December 15, 2020, February 26, 2021, June 8, 2021, August 5, 2024, December 20, 2024, and February 12, 2026.  The Government maintains that because Plaintiffs have not moved the Court for leave to amend its final infringement contentions, the infringement contentions that Plaintiffs served on the Government on March 26, 2026—which purport to assert thirty-one (31) claims against the Government, whereas e-Numerate previously asserted thirty (30) total claims in the Action (against third-parties) and only four claims against SEC and FFIEC/FDIC and two claims against USDOT/OMB and FERC/DOE—are not presently in the case and are therefore excluded from the Government's definition of  "Asserted Claims" for the purposes of these interrogatories.  See Correspondence S. Harel Letter to e-Numerate Regarding Meet and Confer and Contentions dated April 9, 2026, at 2–3; see also ECF No. 209 at 10, 28 (Court's Opinion and Order) (requiring that "e-Numerate shall file an appropriate motion . . . to swap in previously dropped patent claims," and granted-in-part the Government's cross-motion to strike e-Numerate's infringement contentions and ordering e-Numerate to amend its contentions to correct the "unacceptable" and deficient source code citations identified by the Government). For purposes of responding to Interrogatory No. 19, Plaintiffs should therefore use the thirty (30) claims asserted in their February 12, 2026 infringement contentions.

12. The term "invention" includes every alleged invention claimed in the Patents-in-Suit. The use of the term "invention" is not an admission by the Defendant that any claim of the Patents-in-Suit is valid or that the Patents-in-Suit disclose or claim any patentable invention.

13. The terms "Plaintiffs," "You," and "Your" mean both e-Numerate Solutions, Inc., and e-Numerate, LLC, and their parents, divisions, departments, prior owners of the Patents-in-Suit, predecessors in business and wholly owned subsidiaries, and any present or former officer, agent, employee, or any other person acting on its behalf.

14. The term "person" means natural persons.

15. The term "organization" means entities including domestic or foreign corporations, public or private corporations, partnerships, proprietorships, as well as other business organizations, associations, forms, trusts, or legal entities of persons.

16. "Document" is used in a comprehensive sense and means any material capable of conveying information that is written, printed, recorded, photographically reproduced, electronically produced or stored, or reproduced by any process, including by hand, and whether or not claimed to be privileged, confidential, or personal. "Document" as used herein is to be broadly interpreted to include any matter that is discoverable as a document pursuant to RCFC 34. Any comment or notation, appearing on any document, and not a part of the original text, is a separate "document."

17. The term "communication" means any exchange of information other than in writing, including, without limitation, telephone conversations, oral conversations, and meetings.

18. The term "any" includes both "any" and "every."

19. The term "and/or" is to be read in both the conjunctive and disjunctive and shall serve as a request for information which would be responsive under a conjunctive reading in addition to all information which would be responsive under a disjunctive reading.

20. The singular shall include the plural and vice versa, and words in any gender shall include the other gender.

21. The term "relating to" means referring to, with respect to, regarding, reflecting, discussing, constituting, mentioning, pertaining to, alluding to, or associated with.

22. The term "identify" or "identity," in the case of a person, means to state with particularity sufficient information such that the person can be contacted telephonically and/or served with process.

23. The term "identify" or "identity," in the case of an organization, means to state with particularity sufficient information such that the organization can be contacted telephonically and/or served with process directly or through a registered agent.

24. The term "identify" or "identity," in the case of a document, means to state with particularity enough information to locate the document.

25. The term "identify" or "identity," in the case of any course of action or conduct, means to state with particularity enough information to enable subsequent inquiries into the identified course of action or conduct.

26. "Complaint" refers to the Complaint, and any amended or supplemental Complaints, in this Action, including the original Complaint of June 11, 2019, the First Amended Complaint of August 26, 2020, the Second Amended Complaint of April 27, 2021, and the Third Amended Complaint of December 6, 2024.

27. "XBRL" refers to the eXtensible Business Reporting Language.

28.    "Accused Systems" refers to any apparatus, product, device, process, method, act, or other instrumentality that Plaintiffs contend infringes or has infringed the Patents-in-Suit in this Action including those offered by Toppan Merrill, Workiva, Certent, Oracle, Donnelley Financial, and SAP as well as those alleged to be used by agencies of the Government.  *See, e.g.*, Plaintiffs' Final Infringement Contentions (August 5, 2024) at Ex. G, Ex. H; Plaintiffs' Supplemental Final Infringement Contentions (Feb. 12, 2026).

29.    "Your Product and/or System," "your product and/or system," and "your product(s) and/or system(s)" refers to any products and/or systems identified by You in Your response to Defendant's Interrogatory No. 7 (e.g., "e-Numerate's Numerator product), in the documents You have produced in discovery, and by James Rockenbach during his December 5, 2025 deposition (e.g., "Numerator," "Numerator Publish," "Numerator Publisher," "Numerator XBRL," "Numerator XBRL Tool," "Numerator XBRL Tool Kit," "Numerator Lite," "Numerator Heavy," "Numerator for Windows," "Web Developer Tool Kit," "Data Publishing Suite," "Data Publisher Suite," "Data Converter Suite," "Chartlet Developer Tool Kit," "Chartlet Apps," any product and/or system sold, licensed, and/or delivered by You to PricewaterhouseCoopers ("PwC"), and any product and/or system developed by You for PwC)).

**Instructions**

1.      These interrogatories shall be deemed to seek answers as of this date and to the full extent of the RCFC.  Further, these interrogatories are of a continuing nature, and you are required to prepare and serve supplemental responses if you or any of your attorneys, agents, or representatives obtains further or different information after the date of your initial answer.

2.      If any information called for by an interrogatory is withheld on the basis of a claim of privilege, the nature of the claim of privilege and the nature of the information in respect of which it is claimed shall be set forth.  Further, if only a portion of the document is subject to an assertion of privilege, such document shall be produced with the privileged portion redacted.

3.      If you object to any part of an interrogatory and refuse to answer that part, state your objection and answer the remaining portion of that interrogatory.  If you object to the scope or time period of an interrogatory and refuse to answer for that scope or time period, state your objection and answer the interrogatory for the scope or time period you believe is appropriate (including in your answer a specific statement as to why you believe the scope or time period is inappropriate).

4.      For the convenience of counsel and the Court, defendant requests that plaintiff answers each numbered request by repeating the request in its entirety above the corresponding answer.

**INTERROGATORY NO. 19:**

For each of Your Products and/or Systems that You contend embodies, implements, incorporates, and/or practices any of the inventions disclosed in the Patents-in-Suit, including the inventions described and/or claimed in the '355 patent, the '816 patent, the '383 patent, the '384 patent, the '748 patent, the '842 patent, '337 patent, and/or the '708 patent and all disclosures pertaining thereto, provide a claim chart on a limitation- by-limitation basis setting forth the complete factual and legal basis for Your contention, including an identification of all elements and limitations You contend are present in the product(s) and/or system(s), identify all documents related to Your contentions, including any source code and citations thereto, and identify witnesses knowledgeable about the factual basis for each contention.

**INTERROGATORY NO. 20:**

Identify each sale, transfer, redemption, or buyback of any stock in Your company occurring after January 1, 1998 and, identify the effective valuation of Your company associated with each such transaction (or potential transaction) and all documents supporting such valuations.   Your response should include the transaction between ████████████████████████ ██████████████████████████████████████████████████████ ██████████████████████████████████████████████████████ ██████████████████████████████████████████████████████ ██████████████████████████████████████████████████████ ████████████████████████████████████

7

|  | BRETT A. SHUMATE<br>Assistant Attorney General |
|---|---|
|  | SCOTT BOLDEN<br>Director |
| Of Counsel:<br>ANDREW CURRAN<br>U.S. Department of Justice | *s/ Shahar Harel*<br>SHAHAR HAREL<br>Trial Attorney<br>Intellectual Property Section<br>Commercial Litigation Branch<br>Civil Division<br>U.S. Department of Justice<br>Washington, DC 20530<br>Shahar.Harel@usdoj.gov<br>Tel:   (202) 305-3075<br>Fax:  (202) 307-0345 |
| Date: May 4, 2026 | Attorney for the Defendant,<br>the United States of America. |

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true copy of the foregoing DEFENDANT'S FOURTH SET OF INTERROGATORIES TO PLAINTIFFS (NO. 19-20) was sent by e-mail this 4th day of May 2026 to:

Sean T. O'Kelly
Gerard M. O'Rourke
O'KELLY & O'ROURKE, LLC
824 N. Market Street, Suite 1001A
Wilmington, DE 19801
302-778-4000
sokelly@okorlaw.com
gorourke@okorlaw.com

8

G. Andrew Gordon
ANDREW GORDON LAW FIRM PLLC
6518 Ryeworth Dr.
Frisco, TX 75035
andrew@agordonlawfirm.com


                                        *s/ Shahar Harel*
Of Counsel:                             SHAHAR HAREL
ANDREW CURRAN                           Trial Attorney
U.S. Department of Justice              Intellectual Property Section
                                        Commercial Litigation Branch
                                        Civil Division
                                        U.S. Department of Justice
                                        Washington, DC 20530
                                        Shahar.Harel@usdoj.gov
                                        Tel:   (202) 305-3075
                                        Fax:   (202) 307-0345

                                        Attorney for the Defendant,
Date: May 4, 2026                       the United States of America.


9