# Exhibit G

## Harel, Shahar (CIV)

**From:** Gerard O'Rourke <gorourke@okorlaw.com>
**Sent:** Wednesday, June 25, 2025 2:31 PM
**To:** Harel, Shahar (CIV)
**Cc:** Curran, Andrew  (CIV); Bolden, Scott (CIV); Sean O'Kelly; Laura Carrig
**Subject:** [EXTERNAL] e-Numerate v United States - Electronic Data Relating To e-Numerate Product Development
**Attachments:** 20250624_01 CD and ZIP Inventory File List.xlsx

Shahar,

We have located several CDs and a Zip Disk containing information relevant to e-Numerate's product development.  Photos of the CDs and the file lists on them is attached.  Please note that we only found a cover for disc 6 as shown in the attached.

We can make this available for inspection in our offices.  Alternatively, we can produce them through Logikcull with a placeholder bates number followed by the native files.  Please advise how you wish to proceed.  Thanks.

Very truly yours,

Jerry

Gerard M. O'Rourke, Esq.
O'Kelly & O'Rourke, LLC
824 N. Market Street, Suite 1001A
Wilmington, DE  19801
Phone: (302) 778-4000
Direct: (302) 778-4002
Facsimile: (302) 295-2873
gorourke@okorlaw.com

1