**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| E-NUMERATE SOLUTIONS, INC., and E-NUMERATE, LLC, | Plaintiffs, | No.: 1:19-cv-00859-MHS<br>Chief Judge<br>Matthew H. Solomson |
| v. | | |
| THE UNITED STATES, | Defendant. | |

# PLAINTIFFS' EXHIBIT 1

## RELEVANT DEPOSITION EXCERPTS

Deposition of Russell T. Davis, Individually and as e-Numerate's Rule 30(b)(6) Corporate Representative

July 1, 2026

**Transcript pages included:**

12-20, 27-34, 178-179, 193-195, 197, and 201-214

*HIGHLY CONFIDENTIAL*

HIGHLY CONFIDENTIAL
Transcript of Russell T. Davis, Individually And Corporate Designee
Conducted on July 1, 2026                    12



**Ex. 1-2**

HIGHLY CONFIDENTIAL
Transcript of Russell T. Davis, Individually And Corporate Designee
Conducted on July 1, 2026                    13



09:35:16
09:35:32
09:35:34
09:35:36
09:35:41
09:35:43
09:35:46
09:35:47
09:35:47
09:35:50
09:35:53
09:35:55
09:35:55
09:35:58
09:36:05
09:36:09
09:36:12
09:36:16
09:36:26
09:36:29
09:36:31
09:36:32

**Ex. 1-3**

HIGHLY CONFIDENTIAL
Transcript of Russell T. Davis, Individually And Corporate Designee
Conducted on July 1, 2026                                14



09:36:34
09:36:39
09:36:40
09:36:42
09:36:44
09:36:50
09:36:53
09:36:56
09:36:57
09:37:01
09:37:17
09:37:19
09:37:22
09:37:24
09:37:31
09:37:31
09:37:31
09:37:34
09:37:34
09:37:40
09:37:45
09:37:47

**Ex. 1-4**

HIGHLY CONFIDENTIAL
Transcript of Russell T. Davis, Individually And Corporate Designee
Conducted on July 1, 2026

15



**Ex. 1-5**

HIGHLY CONFIDENTIAL
Transcript of Russell T. Davis, Individually And Corporate Designee
Conducted on July 1, 2026                                16



09:39:29
09:39:38
09:39:42
09:39:45
09:39:46
09:39:49
09:39:56
09:40:01
09:40:01
09:40:03
09:40:08
09:40:11
09:40:19
09:40:21
09:40:25
09:40:27
09:40:29
09:40:36
09:40:37
09:40:44
09:40:44
09:40:45

**Ex. 1-6**

HIGHLY CONFIDENTIAL
Transcript of Russell T. Davis, Individually And Corporate Designee
Conducted on July 1, 2026 17



**Ex. 1-7**

HIGHLY CONFIDENTIAL
Transcript of Russell T. Davis, Individually And Corporate Designee
Conducted on July 1, 2026                                   18



09:43:43
09:43:44
09:43:51
09:43:53
09:43:58
09:44:02
09:44:06
09:44:08
09:44:09
09:44:10
09:44:11
09:44:13
09:44:16
09:44:21
09:44:24
09:44:28
09:44:31
09:44:34
09:44:39
09:44:40
09:44:48
09:44:56

**Ex. 1-8**

HIGHLY CONFIDENTIAL
Transcript of Russell T. Davis, Individually And Corporate Designee
Conducted on July 1, 2026                                    19



**Ex. 1-9**

HIGHLY CONFIDENTIAL
Transcript of Russell T. Davis, Individually And Corporate Designee
Conducted on July 1, 2026                                    20



**Ex. 1-10**

HIGHLY CONFIDENTIAL
Transcript of Russell T. Davis, Individually And Corporate Designee
Conducted on July 1, 2026                    27



**Ex. 1-11**

HIGHLY CONFIDENTIAL
Transcript of Russell T. Davis, Individually And Corporate Designee
Conducted on July 1, 2026                                    28



**Ex. 1-12**

HIGHLY CONFIDENTIAL
Transcript of Russell T. Davis, Individually And Corporate Designee
Conducted on July 1, 2026                    29



**Ex. 1-13**

HIGHLY CONFIDENTIAL
Transcript of Russell T. Davis, Individually And Corporate Designee
Conducted on July 1, 2026
30



**Ex. 1-14**

HIGHLY CONFIDENTIAL
Transcript of Russell T. Davis, Individually And Corporate Designee
Conducted on July 1, 2026                                    31



**Ex. 1-15**

HIGHLY CONFIDENTIAL
Transcript of Russell T. Davis, Individually And Corporate Designee
Conducted on July 1, 2026                              32



**Ex. 1-16**

HIGHLY CONFIDENTIAL
Transcript of Russell T. Davis, Individually And Corporate Designee
Conducted on July 1, 2026                33



**Ex. 1-17**

HIGHLY CONFIDENTIAL
Transcript of Russell T. Davis, Individually And Corporate Designee
Conducted on July 1, 2026　　　　　34



**Ex. 1-18**

HIGHLY CONFIDENTIAL
Transcript of Russell T. Davis, Individually And Corporate Designee
Conducted on July 1, 2026                178



**Ex. 1-19**

HIGHLY CONFIDENTIAL
Transcript of Russell T. Davis, Individually And Corporate Designee
Conducted on July 1, 2026                                      179



14:39:53

14:39:55

14:39:56

14:39:59

14:40:10

14:40:16

14:40:20

14:40:23

14:40:24

14:40:27

14:40:31

14:40:33

14:40:39

14:40:42

14:40:44

14:40:48

14:40:52

14:40:58

14:41:03

14:41:08

14:41:08

14:41:10

**Ex. 1-20**

HIGHLY CONFIDENTIAL
Transcript of Russell T. Davis, Individually And Corporate Designee
Conducted on July 1, 2026                                    193



**Ex. 1-21**

HIGHLY CONFIDENTIAL
Transcript of Russell T. Davis, Individually And Corporate Designee
Conducted on July 1, 2026                              194



**Ex. 1-22**

HIGHLY CONFIDENTIAL
Transcript of Russell T. Davis, Individually And Corporate Designee
Conducted on July 1, 2026

195

15:03:01

15:03:07

15:03:10

15:03:15

15:03:18

15:03:21

15:03:27

15:03:31

15:03:34

15:03:35

15:03:38

15:03:47

15:03:48

15:03:51

15:03:52

15:03:54

15:03:59

15:04:07

15:04:09

15:04:13

15:04:19

15:04:22

Ex. 1-23

HIGHLY CONFIDENTIAL
Transcript of Russell T. Davis, Individually And Corporate Designee
Conducted on July 1, 2026                                    197



**Ex. 1-24**

HIGHLY CONFIDENTIAL
Transcript of Russell T. Davis, Individually And Corporate Designee
Conducted on July 1, 2026                                    201

15:11:52

15:11:55

15:11:58

15:12:01

15:12:06

15:12:08

15:12:09

15:12:11

15:12:11

15:12:13

15:21:17

15:22:13

15:22:13

15:22:15

15:22:18

15:22:20

15:22:22

15:22:25

15:22:32

15:22:33

Ex. 1-25

HIGHLY CONFIDENTIAL

Transcript of Russell T. Davis, Individually And Corporate Designee
Conducted on July 1, 2026                                    202



**Ex. 1-26**

HIGHLY CONFIDENTIAL
Transcript of Russell T. Davis, Individually And Corporate Designee
Conducted on July 1, 2026                    203



15:23:28
15:23:51
15:23:53
15:23:53
15:23:57
15:23:58
15:24:06
15:24:09
15:24:13
15:24:22
15:24:25

15:24:28
15:24:29
15:24:31
15:25:44
15:25:47
15:25:49
15:25:51
15:25:52
15:25:53
15:25:55

HIGHLY CONFIDENTIAL
Transcript of Russell T. Davis, Individually And Corporate Designee
Conducted on July 1, 2026                                    204

15:25:56

15:25:58

15:25:59

15:26:01

15:26:04

15:26:05

15:26:07

15:26:08

15:26:10

15:26:14

15:26:17

15:26:30

15:26:35

15:26:35

15:26:41

15:26:43

15:26:46

15:26:50

15:26:51

15:26:54

15:27:00

Ex. 1-28

HIGHLY CONFIDENTIAL
Transcript of Russell T. Davis, Individually And Corporate Designee
Conducted on July 1, 2026                              205



Ex. 1-29

HIGHLY CONFIDENTIAL
Transcript of Russell T. Davis, Individually And Corporate Designee
Conducted on July 1, 2026                                    206



**Ex. 1-30**

HIGHLY CONFIDENTIAL
Transcript of Russell T. Davis, Individually And Corporate Designee
Conducted on July 1, 2026                                        207



**Ex. 1-31**

HIGHLY CONFIDENTIAL
Transcript of Russell T. Davis, Individually And Corporate Designee
Conducted on July 1, 2026                                    208



**Ex. 1-32**

HIGHLY CONFIDENTIAL

Transcript of Russell T. Davis, Individually And Corporate Designee
Conducted on July 1, 2026                                        209



**Ex. 1-33**

HIGHLY CONFIDENTIAL
Transcript of Russell T. Davis, Individually And Corporate Designee
Conducted on July 1, 2026                                    210



15:34:42
15:34:44
15:34:48
15:34:55
15:34:57
15:35:00
15:35:08
15:35:11
15:35:14
15:35:16
15:35:21
15:35:24
15:35:25
15:35:28
15:35:33
15:35:37
15:35:41
15:35:44
15:35:48
15:35:52
15:35:55
15:35:59

**Ex. 1-34**

HIGHLY CONFIDENTIAL
Transcript of Russell T. Davis, Individually And Corporate Designee
Conducted on July 1, 2026                                        211

15:36:05

15:36:07

15:36:10

15:36:13

15:36:15

15:36:18

15:36:21

15:36:24

15:36:26

15:36:31

15:36:37

15:36:41

15:36:42

15:36:45

15:36:47

15:36:56

15:36:59

15:37:02

15:37:05

15:37:09

15:37:43

15:37:46

Ex. 1-35

HIGHLY CONFIDENTIAL
Transcript of Russell T. Davis, Individually And Corporate Designee
Conducted on July 1, 2026                    212

15:37:52

15:38:07

15:38:07

15:38:10

15:38:17

15:38:18

15:38:18

15:38:22

15:38:24

15:38:25

15:38:26

15:38:28

15:38:29

15:38:31

15:38:37

15:38:39

15:38:43

15:38:45

15:38:52

15:38:54

15:38:57

**Ex. 1-36**

HIGHLY CONFIDENTIAL
Transcript of Russell T. Davis, Individually And Corporate Designee
Conducted on July 1, 2026                                    213

15:39:01

15:39:07

15:39:10

15:39:16

15:39:18

15:39:20

15:39:22

15:39:26

15:39:28

15:39:30

15:39:33

15:39:38

15:39:45

15:39:50

15:39:53

15:39:57

15:39:58

15:39:59

15:40:00

15:40:03

15:40:07

15:40:13

Ex. 1-37

HIGHLY CONFIDENTIAL
Transcript of Russell T. Davis, Individually And Corporate Designee
Conducted on July 1, 2026                                     214

15:40:22

15:40:24

15:40:26

15:40:26

15:40:29

15:40:32

15:40:34

15:40:35

15:40:40

15:40:45

15:40:47

15:40:50

15:40:55

15:40:56

15:40:59

15:41:01

15:41:05

15:41:06

15:41:09

15:41:14

15:41:21

Ex. 1-38