**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

|  |  |  |
|---|---|---|
| E-NUMERATE SOLUTIONS, INC., and E-NUMERATE, LLC, | Plaintiffs, | No.: 1:19-cv-00859-MHS<br>Chief Judge<br>Matthew H. Solomson |
| v. |  |  |
| THE UNITED STATES, | Defendant. |  |

# PLAINTIFFS' EXHIBIT 2

## RELEVANT DEPOSITION EXCERPTS

Individual Deposition of Russell T. Davis (Volume 2)

July 2, 2026

**Transcript pages included:**

580-581 and 589-595

*HIGHLY CONFIDENTIAL*

**Ex. 2-1**

HIGHLY CONFIDENTIAL
Transcript of Russell T. Davis, as Corporate Representative, Volume 2
Conducted on July 2, 2026                                          580



17:07:16
17:07:16
17:07:19
17:07:24
17:07:30
17:07:34
17:07:36
17:07:44
17:07:47
17:07:58
17:07:59
17:08:03
17:08:07
17:08:10
17:08:15
17:08:18
17:08:20
17:08:25
17:08:27
17:08:31
17:08:31

Ex. 2-2

HIGHLY CONFIDENTIAL
Transcript of Russell T. Davis, as Corporate Representative, Volume 2
Conducted on July 2, 2026

581



17:08:37
17:08:37
17:08:41
17:08:43
17:08:44
17:08:48
17:08:53
17:08:56
17:08:57
17:08:57
17:08:59
17:09:02
17:09:12
17:09:22
17:09:26
17:09:33
17:09:37
17:09:42
17:09:45
17:09:49
17:09:53
17:09:55

**Ex. 2-3**

HIGHLY CONFIDENTIAL
Transcript of Russell T. Davis, as Corporate Representative, Volume 2
Conducted on July 2, 2026

589



17:30:06
17:30:10
17:30:13
17:30:17
17:30:20
17:30:21
17:30:25
17:30:36
17:30:38
17:30:42
17:30:45
17:30:57
17:30:58
17:31:00
17:31:14
17:31:20
17:31:24
17:31:28
17:31:31
17:31:32
17:31:35
17:32:02

**Ex. 2-4**

HIGHLY CONFIDENTIAL
Transcript of Russell T. Davis, as Corporate Representative, Volume 2
Conducted on July 2, 2026

590



17:32:07
17:32:10
17:32:23
17:32:27
17:32:28
17:32:30
17:32:33
17:32:36
17:32:40
17:32:47
17:32:50
17:32:54
17:33:02
17:33:06
17:33:14
17:33:17
17:33:25
17:33:30
17:33:34
17:33:34
17:33:36
17:33:38

HIGHLY CONFIDENTIAL
Transcript of Russell T. Davis, as Corporate Representative, Volume 2
Conducted on July 2, 2026                                    591



17:33:43
17:33:44
17:33:48
17:33:51
17:33:52
17:33:55
17:33:58
17:34:00
17:34:02
17:34:03
17:34:07
17:34:12
17:34:19
17:34:20
17:34:25
17:34:29
17:34:32
17:34:33
17:34:37
17:34:40
17:34:45
17:34:46

**Ex. 2-6**

HIGHLY CONFIDENTIAL
Transcript of Russell T. Davis, as Corporate Representative, Volume 2
Conducted on July 2, 2026

592



HIGHLY CONFIDENTIAL
Transcript of Russell T. Davis, as Corporate Representative, Volume 2
Conducted on July 2, 2026

593



**Ex. 2-8**

HIGHLY CONFIDENTIAL
Transcript of Russell T. Davis, as Corporate Representative, Volume 2
Conducted on July 2, 2026

594



17:38:22
17:38:29
17:38:38
17:38:41
17:38:44
17:38:47
17:38:51
17:38:54
17:38:56
17:38:57
17:38:59
17:39:01
17:39:03
17:39:04
17:39:11
17:39:14
17:39:15
17:39:18
17:39:21
17:39:24
17:39:27
17:39:30

**Ex. 2-9**

HIGHLY CONFIDENTIAL
Transcript of Russell T. Davis, as Corporate Representative, Volume 2
Conducted on July 2, 2026

595



17:39:34
17:39:41
17:39:41
17:39:46
17:39:52
17:39:55
17:39:56
17:39:58
17:40:05
17:40:09
17:40:12
17:40:15
17:40:19
17:40:22
17:40:31
17:40:34
17:40:37
17:40:42
17:40:49
17:40:51
17:40:56
17:40:58

**Ex. 2-10**