**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| E-NUMERATE SOLUTIONS, INC. and<br>E-NUMERATE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 19-859 C<br><br>Chief Judge Matthew H. Solomson |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION TO FILE ITS REPLY BRIEF IN SUPPORT OF ITS MOTION TO COMPEL (ECF NO. 235)**

BRETT A. SHUMATE
Assistant Attorney General

SCOTT BOLDEN
Director

SHAHAR HAREL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Email: Shahar.Harel@USDOJ.gov
Telephone: (202) 305-3075
Facsimile: (202) 307-0345
*COUNSEL FOR THE UNITED STATES OF AMERICA*

Of Counsel:
ANDREW CURRAN
Department of Justice

August 13, 2026

Defendant, the United States of America (the "Government"), hereby moves the Court for an extension to file its Reply in support of its Motion to Compel a Substantive Response to Government Interrogatory No. 19 (ECF No. 235). At present, the deadline for Government to submit its Reply in support of its Motion is August 14, 2026. The Government respectfully requests an extension of four (4) business days until August 20, 2026 to reply. This is the Government's first request for an extension with respect to this deadline. The additional time will allow the Government to address the arguments made in Plaintiffs' Response (ECF No. 243) and is also to due to an absence of a team member since the Response was filed.

Counsel for the Government has consulted with Plaintiffs' counsel and they do not oppose this Motion.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

SCOTT BOLDEN
Director

*s/ Shahar Harel*
SHAHAR HAREL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Email: Shahar.Harel@USDOJ.gov
Telephone: (202) 305-3075
Facsimile: (202) 307-0345
*COUNSEL FOR THE UNITED STATES OF AMERICA*

Of Counsel:
ANDREW CURRAN
Department of Justice

August 13, 2026