# EXHIBIT A

O'Kelly & O'Rourke, LLC

**Gerard M. O'Rourke, Esq.**
**gorourke@okorlaw.com**
**Direct: (302) 778-4002**

May 7, 2026

**VIA ELECTRONIC MAIL**
Shahar Harel, Esq.
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
shahar.harel@usdoj.gov

*Re: e-Numerate Solutions, Inc. et al. v. United States - Fed. Cl. No. 19-859-MHS*

Dear Shahar,

We write regarding the designees for e-Numerate Solutions, Inc., ("e-Numerate") in response to the Government's Rule 30(b)(6) deposition notice served on September 22, 2025. We object to the notice to the extent it improperly seeks the "contentions" of e-Numerate via deposition testimony. We are providing designees for all categories. Nevertheless, we reserve all rights to object to questions including based on the attorney-client and/or work-product privileges.

You have also Mr. Hoover in his personal capacity. We would like to proceed with the 30(b)(6) testimony first followed by Mr. Hoover's deposition in his personal capacity.

For the Rule 30(b)(6) deposition, our list of designees is as follows. For certain topics, where Mr. Hoover and Mr. Davis are both designated, Mr. Hoover may defer to Mr. Davis to answer certain questions.

Topics In Notice:

1 & 2 – Russell Davis
3 – Russell Davis (all subparts) with Michael Hoover and Russell Davis for 3g & 3h
4 – 5 – Russell Davis
6 – Michael Hoover & Russell Davis
7 – Michael Hoover
8 – Michael Hoover & Russell Davis
9 – Michael Hoover
10 – 11 – Russell Davis
12-Michael Hoover
13 – Russell Davis
14 – Michael Hoover
15 – Russell Davis

16 – 26 – Michael Hoover
27 – 29 – Russell Davis
30 - Michael Hoover & Russell Davis
31 – Russell Davis
32 - Michael Hoover
33 – Michael Hoover
34 – Michael Hoover & Russell Davis
35 – 36 – Russell Davis
37 – 41 – Michael Hoover
42 – Michael Hoover & Russell Davis
43 – Michael Hoover
44 – Michael Hoover & Russell Davis
45 – 48 – Michael Hoover
49- 55 - Russell Davis
56 – 57 Michael Hoover
58 – 59: Michael Hoover
61 – Michael Hoover
62 – Michael Hoover & Russell Davis
63- 64 – Michael Hoover
65-66 – Michael Hoover & Russell Davis
67 – 68 – Russell Davis
69 – 70 – Michael Hoover & Russell Davis
71 – 73 – Russell Davis
74 – 77 – Michael Hoover
78 – Michael Hoover & Russell Davis

For Mr. Hoover's deposition, we will need to let the Jones Day firm know who is attending for the Government (names for each attendee) along with the names of the court reporter and videographer. Please send those to us as soon as possible.

We note that the Government has served additional document requests and interrogatories. The response date for these requests is after the date noticed for Mr. Hoover. Please confirm that the Government will not seek additional deposition testimony for any responses and documents produced for this discovery from Mr. Hoover or e-Numerate.

Very truly yours,

*/s/ Gerard M. O'Rourke*

Gerard M. O'Rourke

CC: All Counsel of Record