**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| E-NUMERATE SOLUTIONS, INC. and E- NUMERATE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 1:19-cv-00859-MHS |

**NOTICE OF WITHDRAWAL OF CO-COUNSEL**

Pursuant to Rule 83.1 of the Rules of the United States Court of Federal Claims ("RCFC"), the undersigned attorney hereby provides notice of withdrawal as co-counsel for Plaintiffs in the above-captioned matter.

Lead counsel of record, Sean T. O'Kelly of O'Kelly & O'Rourke, LLC, remains active in this case and will continue to fully represent the Plaintiffs uninterrupted. Thus, Plaintiffs remain fully represented by counsel in accordance with RCFC 83.1(a)(4).

Pursuant to RCFC 83.1(b)(4), notice has been served upon the clients.

Dated: September 8, 2026

Respectfully submitted,

*/s/ G. Andrew Gordon*
G. Andrew Gordon
A. GORDON LAW FIRM, PLLC
3201 DALLAS PARKWAY
SUITE 200 PMB 3074
FRISCO, TX 75034
408-390-4473
andrew@agordonlawfirm.com
*Withdrawing Co-Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of September 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

*/s/ G. Andrew Gordon*
G. Andrew Gordon