**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

E-NUMERATE SOLUTIONS, INC, and
E-NUMERATE, LLC,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

No.: 1:19-cv-00859-MHS

**PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO NON-PARTY INSIGHTSOFTWARE, LLC'S MOTION TO QUASH PLAINTIFFS' SUBPOENA TO TESTIFY AT A DEPOSITION AND TO PRODUCE DOCUMENTS**

Plaintiffs e-Numerate Solutions, Inc., and e-Numerate, LLC's, (collectively "e-Numerate") deadline to respond to Non-Party Insightsoftware, LLC'S Motion to Quash Plaintiffs' Subpoena to Testify at a Deposition and to Produce Documents (D.I. 232) is presently set for September 28, 2026.

WHEREAS e-Numerate's counsel and Insightsoftware, LLC's ("ISW") counsel are still attempting to negotiate an amicable resolution of e-Numerate's subpoenas and ISW's motion to quash;

WHEREAS the Parties are making significant progress towards a resolution;

WHEREAS an extension of time will allow for negotiations to continue and potentially obviate the need for Court involvement;

WHEREAS Plaintiffs respectfully request time to allow for continued negotiations;

WHEREAS Counsel for ISW has indicated that they do not oppose this request.

WHEREFORE, Plaintiffs respectfully move this Court to extend Plaintiffs' deadline to file their response from September 28, 2026 to October 9, 2026.

All remaining dates presently in effect in this action remain unchanged.

Respectfully submitted,

**O'KELLY & O'ROURKE, LLC**

*/s/ Gerard M. O'Rourke*
Gerard M. O'Rourke
Sean T. O'Kelly
824 N. Market Street, Suite 1001A
Wilmington, DE 19801
302-778-4000
sokelly@okorlaw.com
gorourke@okorlaw.com

Dated: September 28, 2026

*Attorneys for Plaintiffs*