**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **E-NUMERATE SOLUTIONS INC. and E-NUMERATE LLC,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Civil Action No. 1:19-cv-00859-MHS** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**STIPULATION OF NON-PARTY INSIGHTSOFTWARE, LLC AND PLAINTIFFS E-NUMERATE SOLUTIONS, INC. AND E-NUMERATE, LLC, REGARDING PLAINTIFFS' SUBPOENAS TO TESTIFY AT DEPOSITION AND TO PRODUCE DOCUMENTS AND INSIGHTSOFTWARE, LLC'S MOTION TO QUASH**

Non-Party insightsoftware, LLC ("insightsoftware") and Plaintiffs, e-Numerate Solutions, Inc. and e-Numerate, LLC (both of the foregoing together, "Plaintiffs," and, together with insightsoftware, the "Parties"), respectfully submit this stipulation for the withdrawal of the subpoenas served by Plaintiffs on insightsoftware in the above-captioned action and the withdrawal with prejudice of insightsoftware's pending Motion to Quash (D.I. 232, the "Motion").

WHEREAS, in the above-captioned action, Plaintiffs served insightsoftware with two subpoenas seeking documents and testimony (the "Subpoenas"), and insightsoftware timely objected to those subpoenas;

WHEREAS, on or about July 17, 2026, insightsoftware filed the Motion.

WHEREAS, after insightsoftware filed the Motion, the Parties, through counsel, met and conferred to discuss resolving the Subpoenas and the Motion.

WHEREAS, the Parties have reached an agreement that obviates the need for the Subpoenas and for the Court to rule on the Motion.

WHEREAS, the Parties therefore believe it is in the interest of efficiency and conserving judicial resources to permit insightsoftware to withdraw the Motion with prejudice and for Plaintiffs to withdraw the Subpoenas.

The withdrawal of the Motion includes insightsoftware's withdrawal of any request for attorneys' fees, costs, sanctions, or other relief arising from or relating to the Subpoenas or the Motion, and each Party shall bear its own attorneys' fees and costs relating thereto.

Other than those dates expressly addressed herein, the Parties are unaware of any other dates in this action that would be changed as a result of the requested relief.

Respectfully submitted this 19th day of October, 2026.

**O'KELLY & O'ROURKE, LLC**

*/s/ Sean T. O'Kelly*
Sean T. O'Kelly
Gerard M. O'Rourke
824 N. Market Street, Suite 1001A
Wilmington, DE 19801
302-778-4000
sokelly@okorlaw.com
gorourke@okorlaw.com

*Attorneys for Plaintiffs*

**SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, L.L.P.**

/s/ Jackson W. Moore, Jr.
Jackson W. Moore, Jr.
NC Bar No. 29912
P.O. Box 2611
Raleigh, NC 27602-2611
T: (910) 821-1220
F: (919) 821-6800
jmoore@smithlaw.com

*Attorneys for Non-Party insightsoftware, LLC*